IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOE GONZALEZ, | § § | |
| *Plaintiff,* | § § | C. A. NO. B-02-194 |
| vs. | § § | |
| HIDALGO COUNTY, TEXAS, ROBERT LIZCANO, MICHAEL WILSON, JOE E. LOPEZ, SGT. RAMIREZ and J.C. GOMEZ | § § § § | |
| *Defendants.* | § | JURY DEMAND |

## PLAINTIFF'S CERTIFICATE LISTING PERSONS OR ENTITIES FINANCIALLY INTERESTED

1.  Noe Gonzalez, Noe Andres Gonzalez, 254 S. Central Ave., Brownsville, Texas 78521.

2.  Michael Wilson, 1000 North "M" Road, P.O. Box 1109, Edinburg, Texas 78540.

3.  J.C. Gomez, 1000 North "M" Road, P.O. Box 1109, Edinburg, Texas 78540.

4.  Sgt. Ramirez, 1000 North "M" Road, P.O. Box 1109, Edinburg, Texas 78540.

5.  Joe E. Lopez, 1000 North "M" Road, P.O. Box 1109, Edinburg, Texas 78540.

6.  Robert Lizcano, 1000 North "M" Road, P.O. Box 1109, Edinburg, Texas 78540.

7.  Hidalgo County by and through County Judge, Jose Eloy Pulido, 100 East Cano Street, 2nd Floor, Edinburg, Texas 78539.

The undersigned attorney certifies that, to the best of his knowledge and belief, the above listed persons or entities are financially interested in the outcome of this litigation.

Respectfully submitted,

Moss Law Office
5350 S. Staples, Suite 209
Corpus Christi, Texas 78411
(361) 992-8999 Telephone
(361) 992-8373 Telecopier

By: _____
Abraham Moss
State Bar No. 14581700
Fed Bar No. 364

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to wit:

COUNSEL UNKNOWN AT THIS TIME

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to Rules 21 and 21a, Tex. R. Civ. Pro. on this the 21st day of October, 2002.

_____
Abraham Moss