IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOE GONZALEZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-02-194 |
| HIDALGO COUNTY, TEXAS, § | |
| ROBERT LIZCANO, MICHAEL § | |
| WILSON, JOE E. LOPEZ, § | |
| SGT. RAMIREZ AND J.C. GOMEZ § | |

**DEFENDANT'S CERTIFIED DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order, Defendant HIDALGO COUNTY, TEXAS, ET AL'S counsel certifies that the only persons, associations, etc., that are known to Defendant HIDALGO COUNTY, TEXAS, ET AL to be financially interested in the outcome of this litigation are as follows:

Plaintiff Noe Gonzalez

Abraham Moss - Attorney for Plaintiff Noe Gonzalez

Defendant Hidalgo County, Texas

Charles Willette, Jr., - Attorney for Defendant Hidalgo County, Texas

Defendant Robert Lizcano

Defendant Michael Wilson

Defendant Joe E. Lopez

Defendant Sgt. Ramirez

Defendant J. C. Gomez

Hidalgo County Boot Camp
(also known as Judge Homer Salinas Rehabilitation Center) (Boot Camp)

Barron Risk Management Services, Inc.

Texas Association of Counties County Government Risk Management Pool

                            Respectfully submitted,

                            WILLETTE & GUERRA, L.L.P.
                            International Plaza, Suite 460
                            3505 Boca Chica Blvd.
                            Brownsville, Texas 78521
                            Telephone   : (956) 541-1846
                            Facsimile    : (956) 541-1893

BY: _____
       CHARLES WILLETTE
       State Bar No. 21509700
       USDC Adm. No. 1937

BY: _____
       SETH MOORE
       State Bar No. 24027522
       USDC Adm. No. 28488

**ATTORNEYS FOR DEFENDANT
HIDALGO COUNTY**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANT HIDALGO COUNTY'S DISCLOSURE OF INTERESTED PARTIES has been served by mailing same, certified mail, return receipt requested to all counsel of record as follows:

Abraham Moss
MOSS LAW OFFICE
5350 South Staples, Suite 209
Corpus Christi, Texas 78411
*(Attorney for Plaintiff)*

on this the ____20____ day of November, 2002.

_____
CHARLES WILLETTE