

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOE GONZALEZ | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-02-194 |
| HIDALGO COUNTY, TEXAS, | § |
| ROBERT LIZCANO, MICHAEL | § |
| WILSON, JOE E. LOPEZ, | § |
| SGT. RAMIREZ AND J.C. GOMEZ | § |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1. State when and where the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   The parties, through counsel, met on January 29, 2003, at 10:00 a.m., via telephonic conference.

   Mr. Abraham Moss attended the meeting on behalf of plaintiff Noe Gonzalez.

   Mr. Charles Willette attended the meeting on behalf of defendant Hidalgo County.

   Mr. John Orton attended the meeting on behalf of defendants Robert Lizcano, Michael Wilson, Joe E. Lopez, Alex Ramirez and J.C. Gomez.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   None.

3. Specify the allegation of federal jurisdiction.

   Jurisdiction and venue are proper in this Court under 28 U.S.C. § 1331, 28 U.S.C. § 1343 (3)(4), 42 U.S.C. § 1983, the Eighth and Fourteenth Amendments.

4. Name the parties who disagree and the reasons.

   None.

5. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

   **Defendant Hidalgo County may include the Hidalgo County Supervision & Corrections Department, no later than February 28, 2003.**

6. List anticipated interventions.

   **None.**

7. Describe class-action issues.

   **None.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **All parties will provide their initial disclosures on or before February 10, 2003.**

9. Describe the proposed agreed discovery plan, including:

   A) Responses to all the matters raised in Rule 26(f).

   **At this time, the parties do not feel any changes should be made in the timing, form or requirement for disclosures.**

   **At this time, the parties will need discovery on the facts of the incident, the allegations made by the plaintiff, and the defenses raised by defendants.**

   **At this time, the parties do not feel any changes or limitations on discovery should be conducted.**

   **Not applicable.**

   B) When and to whom the plaintiff anticipates it may send interrogatories.

   **Plaintiff anticipates sending interrogatories to defendants on or before, May 1, 2003.**

   C) When and to whom the defendant anticipates it may send interrogatories.

   **Defendant Hidalgo County anticipates it may send all interrogatories to plaintiff and all other parties on or before June 15, 2003.**

      Defendants Joe. E. Lopez, Robert Lizcano, Michael Wilson, Alex Ramirez and J.C. Gomez, anticipate they may send interrogatories to the plaintiff and all other parties on or before June 15, 2003.

D)    Of whom and by when the plaintiff anticipates taking oral depositions.

      Plaintiff anticipates taking oral depositions of employees of the Boot Camp, the in-house medical personnel, Boot Camp residents and possibly other disclosed person on or before August 15, 2003.

E)    Of whom and by when the defendant anticipates taking oral depositions.

      Defendant Hidalgo County anticipates taking oral depositions of plaintiff, and possibly other disclosed persons on or before August 15, 2003.

      Defendants Joe. E. Lopez, Robert Lizcano, Michael Wilson, Alex Ramirez and J.C. Gomez, anticipate taking oral depositions of plaintiff, and possibly other disclosed persons on or before August 15, 2003.

F)    When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

      Plaintiff will be able to designate experts and provide reports by September 30, 2003.

      On issues for which they have the burden of proof, defendants Hidalgo County and Joe. E. Lopez, Robert Lizcano, Michael Wilson, Alex Ramirez and J.C. Gomez, will be able to designate experts and provide reports within 30 days of the deposition of the plaintiff's expert.

G)    List expert depositions that plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

      Plaintiff anticipates taking the depositions of defendants' expert witnesses no later than 30 days after defendants designate experts and provide reports and anticipates completion within 90 days of the defendants' designation.

H)    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

>Defendants Hidalgo County and Joe. E. Lopez, Robert Lizcano, Michael Wilson, Alex Ramirez and J.C. Gomez, anticipate taking depositions of plaintiff's expert witnesses within 30 days of the plaintiff's designation of experts with reports, and anticipate completion within 90 days of plaintiff's designation.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

   **The parties agree.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

   **None.**

12. State the date the planned discovery can reasonably be completed.

   **The Parties anticipate that planned discovery can reasonably be completed by December 19, 2003.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

   **The parties discussed the possibilities for a prompt settlement or resolution of the case through mediation . The parties will continue to discuss the issue.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

   **The parties will make their Rule 26 initial disclosures no later than February 10, 2003. The parties have agreed to the possibility of mediation after the parties' deposition are taken. The parties have agreed to continue discussion possibilities of mediation.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

   **Mediation will be considered at a later date.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   **The parties do not agree to consent to trial before a magistrate at this time.**

17. State whether a jury demand has been made and if it was made on time.

   **A jury demand was made on time.**

18. Specify the number of hours it will take to present the evidence in this case.

    **The parties anticipate it will take 31-40 hours to present the evidence in this case.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **None at this time.**

20. List other motions pending.

    **None at this time.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **There may be an issue of indemnity between defendant Hidalgo County and a non-party, Hidalgo County Supervision & Corrections Center.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

    Abraham Moss
    State Bar No. 14581700
    USDC No. 364
    MOSS LAW OFFICE
    5350 S. Staples, Suite 209
    Corpus Christi, Texas 78411
    Telephone: 361-992-8999
    Facsimile: 361-992-8373
    *Attorney for Plaintiff*

    John M. Orton
    State Bar No. 00792038
    USDC No. 29115
    Assistant Attorney General
    Law Enforcement Defense Division
    P.O. Box 12548
    Austin, Texas 78711-2548
    Telephone: 512-463-2080
    Facsimile: 512-495-9139
    *Attorney for Defendants,*
    *Lopez, Lizcano, Wilson, Ramirez & Gomez*

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 12401
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956-541-1846
Facsimile: 956-541-1893
Attorney for Defendant Hidalgo County

SIGNED on February 3, 2003.

                              Abraham Moss
                              MOSS LAW OFFICE
                              5350 S. Staples, Suite 209
                              Corpus Christi, Texas 78411
                              Telephone: 361-992-8999
                              Facsimile: 361-992-8373

                              By: _____
                              Abraham Moss
                              State Bar No. 14581700
                              USDC No. 364
                              Attorney for Plaintiff

                              John M. Orton
                              Assistant Attorney General
                              Law Enforcement Defense Division
                              P.O. Box 12548
                              Austin, Texas 78711-2548
                              Telephone: 512-463-2080
                              Facsimile: 512-495-9139

                              By: _____
                              John M. Orton
                              State Bar No. 00792038
                              USDC No. 29115
                              Attorney for Defendants, Lopez, Lizcano, Wilson, Ramirez & Gomez

Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956-541-1846
Facsimile: 956-541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 12401
Attorney for Defendant Hidalgo County

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| NOE GONZALEZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-02-194 |
| HIDALGO COUNTY, TEXAS, § | |
| ROBERT LIZCANO, MICHAEL § | |
| WILSON, JOE E. LOPEZ, § | |
| SGT. RAMIREZ AND J.C. GOMEZ § | |

## SCHEDULING ORDER

1. Trial:  Estimated time to try 5 days.        ☐ Bench    X  Jury

2. New parties must be joined by:                                    February 28, 2003

   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:   September 30, 2003

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                  December 19, 2003
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates.********************

6. Dispositive Motions will by filed by:                            _____
7. Joint pretrial order is due:                                     _____
8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  _____
9. Jury Selection is set for 9:00 a.m. on :                         _____

The case will remain on standby until tried.

   Signed on _____, 2003, at Brownsville, Texas.


                                              _____
                                              Hilda G. Tagle
                                              United States District Judge

Abraham Moss
MOSS LAW OFFICE
5350 S. Staples, Suite 209
Corpus Christi, Texas 78411
Telephone: 361-992-8999
Facsimile: 361-992-8373

By: /s/ Abraham Moss
Abraham Moss
State Bar No. 14581700
USDC No. 364
Attorney for Plaintiff

John M. Orton
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: 512-463-2080
Facsimile: 512-495-9139

By: /s/ John Orton
John M. Orton
State Bar No. 00792038
USDC No. 29115
Attorney for Defendants,
Lopez, Lizcano, Wilson, Ramirez & Gomez

Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956-541-1846
Facsimile: 956-541-1893

By: /s/ Charles Willette, Jr.
Charles Willette, Jr
State Bar No. 21509700
USDC No. 12401
Attorney for Defendant Hidalgo County