IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED
FILED

FEB 1 0 2003

Michael N. Milby, Clerk

| | | |
|---|---|---|
| *NOE GONZALES,* | § | |
| Plaintiff, | § | |
| | § | |
| *v.* | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants Joe E. Lopez, Executive Director, Hidalgo County Community

Supervision and Corrections Department, Robert Lizcano, Program Coordinator, Judge Homer

Salinas Rehabilitation Center, Michael Wilson, Drill Staff, Judge Homer Salinas Rehabilitation

Center, Sgt Alex Ramirez, Drill Staff, Judge Homer Salinas Rehabilitation Center, and J.C.

Gomez, Director, Judge Homer Salinas Rehabilitation Center, by and through the Office of the

Attorney General for the State of Texas, advising this Honorable Court that they have complied

with Federal Rule of Civil Procedure 26 by transmittal of their Initial Disclosure to the Plaintiff

in this case.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ m d l*

JOHN M. ORTON
Assistant Attorney General
Attorney in Charge
State Bar No. 00792038
Southern District Bar No. 29115

P. O. Box 12548, Capitol Station
Austin, Texas 78711
512.463.2080
512.495.9139 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, JOHN M. ORTON, Assistant Attorney General of Texas, do hereby certify that a true and

correct copy of the above and foregoing **Defendants' Notice of Initial Disclosure** has been served by

placing same in the United States Mail on this 7th day of February, 2003, addressed to:

Abraham Moss                                *CM/RRR No.*  7001 0360 0001 0854 6933
Attorney at Law
5350 S. Staples, Suite #209
Corpus Christi, Texas 78411
*Attorney for Plaintiff*

Charles Willette, Jr.                       CM/RRR No.: 7001 0360 0001 0854 6940
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Attorney for Defendant Hidalgo County

*/s/ m d l*

JOHN M. ORTON
Assistant Attorney General