IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOE GONZALEZ, | § § | |
| *Plaintiff,* | § § | C. A. NO. B-02-194 |
| vs. | § § | |
| HIDALGO COUNTY, TEXAS, ROBERT LIZCANO, MICHAEL WILSON, JOE E. LOPEZ, SGT. RAMIREZ and J.C. GOMEZ | § § § § | |
| *Defendants.* | § § | JURY DEMAND |

## PLAINTIFF'S INITIAL DISCLOSURE

TO:  Defendant, HIDALGO COUNTY by and through their attorney of record Charles Willette, Jr., WILLETTE & GUERRA, L.L.P., International Plaza, Ste. 460, 3505 Boca Chica Boulevard, Brownsville, Texas 78521 and Defendants, ROBERT LIZCANO, MICHAEL WILSON, JOE E. LOPEZ, SGT. ALEX RAMIREZ AND J.C. GOMEZ by and through their attorney of record John M. Orton, Assistant Attorney General, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548.

Pursuant to FRCP 26(a)(1), Plaintiffs make their mandatory initial disclosures as follows:

A.  WITNESSES

   1.  Noe Andres Gonzalez
       254 S. Central Ave.
       Brownsville, Texas 78521
       Plaintiff

   2.  Michael Wilson
       1000 North "M" Road
       P.O. Box 1109
       Edinburg, Texas 78540.
       Defendant

3. J.C. Gomez
   1000 North "M" Road
   P.O. Box 1109
   Edinburg, Texas  78540
   Defendant

4. Sgt. Ramirez
   1000 North "M" Road
   P.O. Box 1109
   Edinburg, Texas  78540
   Defendant

5. Joe E. Lopez
   1000 North "M" Road
   P.O. Box 1109
   Edinburg, Texas  78540
   Defendant

6. Robert Lizcano
   1000 North "M" Road
   P.O. Box 1109
   Edinburg, Texas  78540
   Defendant

7. Hidalgo County by and through their
   attorney of record Charles Willette, Jr.
   WILLETTE & GUERRA, L.L.P.
   International Plaza, Ste. 460
   3505 Boca Chica Boulevard
   Brownsville, Texas  78521
   Defendant

8. Frank W. Schroeder, DO
   6900 N. 10th Suite 4
   McAllen, Texas  78504
   Healthcare provider for plaintiff.

9. Edinburg Regional Medical Center
Attn: Medical Records Dept.
1102 West Trenton Road
Edinburg, Texas 78539
Healthcare provider for plaintiff.

10. Walmart Pharmacy
2721 Boca Chica Blvd
Brownsville, Texas 78520
Healthcare provider for Plaintiff.

11. Dr. Socrates Garrigos
Dr. Jesus Valdes
Edinburg Regional Medical Center
Attn: Medical Records Dept.
1102 West Trenton Road
Edinburg, Texas 78539
Healthcare provider for plaintiff.

12. Dr. Omar Garza
1000 North "M" Road
P.O. Box 1109
Edinburg, Texas 78540
Provided medical treatment to plaintiff at the Judge Homer Salinas Adult Rehab Center.

13. Maria Gonzalez
254 S. Central Ave
Brownsville, Texas 78521
Plaintiff's mother. Has knowledge of how incident affected Plaintiff.

B. DOCUMENTS

Documents Bates No. 01-0475-0001 to 00297 which are in the possession of the undersigned attorney and which are available for inspection and copying at a mutually convenient date and time.

C. COMPUTATION OF DAMAGES

Medical expenses past: approx. $27, 178.25

D.   INSURANCE POLICIES

   None.

Dated: February 10, 2003.

                              Respectfully submitted,

                              Moss Law Office
                              5350 S. Staples, Suite 209
                              Corpus Christi, Texas 78411
                              (361) 992-8999 Telephone
                              (361) 992-8373 Telecopier

                              By: _____
                              Abraham Moss
                              State Bar No. 14581700
                              Fed Bar No. 364

                              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to wit:

Charles Willette, Jr.  
WILLETTE & GUERRA, L.L.P.  
International Plaza, Ste. 460  
3505 Boca Chica Boulevard  
Brownsville, Texas 78521

**Telecopied**: # 956-541-1893; *and*  
**CM RRR**: # 7002 0510 0004 4299 1675

John M. Orton  
Assistant Attorney General  
Law Enforcement Defense Division  
P.O. Box 12548  
Austin, Texas 78711-2548

**Telecopied**: # 512-495-9139; *and*  
**CM RRR**: # 7002 0510 0004 4299 1668

by certified mail, return receipt requested pursuant to Rule 5, Fed. R. Civ. Pro., and as otherwise indicated, on this the 10th day of February, 2003.

_____  
Abraham Moss