# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 02 — 18 — 03 |
| TIME | 1:30 p.m.   1:55 p.m. |
| CIVIL ACTION | B — 02 — 194 |
| STYLE | Noe Gonzalez *versus* Hidalgo County, Texas, et al. |

United States District Court
Southern District of Texas
FILED
FEB 18 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;     (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):       Abraham Moss

Attorney(s) for Defendant(s)    Charles Willette (for Hidalgo County)
                                John Orton (remaining defendants)

---

Comments:

The facility at issue is run by the Adult Probation Department. Hidalgo County had it built and then leased it to the Probation Dept. Pl will likely nonsuit the county, but he is waiting for Mr. Willette to file an affidavit from the state stating the county has had nothing to do with running the facility.

John Orton feels the case should be dealt w/ on summary judgment. Parties are discussing the possibility of a stipulation of facts b/c there appear to be few factual disputes. One dispute is whether the injuries arise from the bite of the brown recluse spider. Pl alleges that he was injured when the spiders bit him. Pl also argues an infection, "MRSA," which was likely present in the PL had an opportunity to develop b/c it needs an opening in the skin and this opening was produced by the spider bites. Also, there is an issue as to who paid for what hospital and surgery bills. Appears the institution paid for the hospital bills. Pls state they are dropping the claims under the TX Tort Claims Act and then just pursuing the section 1983 claims.

Parties believe they can get the affidavit and stipulated facts to the Court, along with dispositive briefs by May 5, 2003 (75 days). Court requested they put in their scheduling order a time line that allows summary judgment to be become ripe by May 5th.