IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **NOE GONZALEZ** § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION B-02-194 |
| § § § | |
| **HIDALGO COUNTY, TEXAS,** § **ROBERT LIZCANO, MICHAEL WILSON,** § **JOE EL LOPEZ, SGT. RAMIREZ, AND** § **J.C. GOMEZ** § Defendants. § | |

## ORDER

BE IT REMEMBERED, that on March 5, 2003, the Court **ORDERED** the parties to submit affidavits, a stipulation of facts, and all dispositive motions by May 5, 2003. The parties previously informed the Court during the Initial Pre-trial Conference that they were amenable to this deadline.

DONE at Brownsville, Texas, this 5th day of March, 2003.

Hilda G. Tagle
United States District Judge