IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE GONZALEZ, | § | JURY DEMAND |
| | § | |
| *Plaintiff,* | § | C. A. NO.B-02-194 |
| | § | JURY DEMAND |
| vs. | § | |
| | § | |
| HIDALGO COUNTY, TEXAS, ROBERT LIZCANO, MICHAEL WILSON, JOE E. LOPEZ, SGT. RAMIREZ and J.C. GOMEZ | § § § | |
| | § | |
| *Defendants.* | § | |

United States District Court
Southern District of Texas
FILED

FEB 27 2003

Michael N. Milby
Clerk of Court

## AGREED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, HIDALGO COUNTY, TEXAS

Plaintiff serves this agreed notice of voluntary dismissal, without prejudice, on Defendant HIDALGO COUNTY, TEXAS, as follows:

1. Based on an affidavit submitted by Joe E. Lopez, Director of Hidalgo County CSCD, Plaintiff has determined that Defendant HIDALGO COUNTY, TEXAS, has been misjoined in this case.

2. All parties in this case have agreed with this notice and stipulate, by their signatures below, that Defendant HIDALGO COUNTY, TEXAS, should be dismissed without prejudice, with each party to bear its own costs and attorney fees.

3. All parties in this action also stipulate, by their signatures below, that no sanctions shall be sought against the parties or their attorneys as a result of this dismissal.

WHEREFORE, Plaintiff respectfully requests this Court to dismiss, without prejudice, Defendant HIDALGO COUNTY, TEXAS, from this action.

Dated: 3-17-03

Respectfully submitted,

MOSS LAW OFFICE
5350 S. Staples, Suite 209
Corpus Christi, Texas 78411
(361) 992-8999 Telephone
(361) 992-8373 Telecopier

By: _____
Abraham Moss
State Bar No. 14581700
Fed Bar No. 364

ATTORNEYS FOR PLAINTIFF

AGREED:

_____
Charles Willette, Jr.
State Bar Number: 24027522
Federal Bar Number: 28488
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
956-541-1846 Telephone
956-541-1893 Telecopier

_____
John M. Orton
State Bar Number: 00792038
Federal Bar Number: 29115
Assistant Attorney General
Law Enforcement Defense Division
P. O. Box 12548
512-495-9139
Austin, Texas 78711-2548
512-463-2080 Telephone
512-495-9139 Telecopier