United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE GONZALEZ, | § | JURY DEMAND |
| | § | |
| *Plaintiff,* | § | C. A. NO.B-02-194 |
| | § | JURY DEMAND |
| vs. | § | |
| | § | |
| HIDALGO COUNTY, TEXAS, ROBERT | § | |
| LIZCANO, MICHAEL WILSON, JOE E. | § | |
| LOPEZ, SGT. RAMIREZ and J.C. GOMEZ | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiff, Noe Gonzalez' Notice of Voluntary Dismissal and the Court having considered said Notice, orders that Defendant, Hidalgo County, Texas be and it is hereby dismissed without prejudice.

DONE at Brownsville, Texas this _24_ day of _March_, 2003.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE