

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOE GONZALEZ,<br>Plaintiff, | § § § | |
| v. | § § | Civil Action No. B-02-194 |
| HIDALGO COUNTY, TEXAS, ROBERT<br>LIZCANO, MICHAEL WILSON, JOE<br>E. LOPEZ, SGT ALEX RAMIREZ, AND<br>J.C. GOMEZ,<br>Defendants. | § § § § § | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants Joe E. Lopez, Executive Director, Hidalgo County Community Supervision and Corrections Department, Robert Lizcano, Program Coordinator, Judge Homer Salinas Rehabilitation Center, Michael Wilson, Drill Staff, Judge Homer Salinas Rehabilitation Center, Sgt Alex Ramirez, Drill Staff, Judge Homer Salinas Rehabilitation Center, and J.C. Gomez, Director, Judge Homer Salinas Rehabilitation Center, by and through the Office of the Attorney General for the State of Texas, and submit this Motion for Summary Judgment. In support thereof, the Defendants respectfully offer the following:

### SUMMARY JUDGMENT EVIDENCE

Exhibit D-1:   Information Concerning the Judge Homer Salinas Rehabilitation Center Boot Camp

Exhibit D-2:   Order of Modification, Noe Andres Gonzalez

Exhibit D-3:   Chronology, Hidalgo County Boot Camp

Exhibit D-4:   Medical Records for Resident Noe Gonzalez

Exhibit D-5:   Affidavit of J.C. Gomez concerning Report on Lesions, Spider Bites and
Methicillin-Resistant Staphylococcus Aureus (MRSA), on Boot Camp Residents

Exhibit D-6:   Affidavit of Kirk Long, Director of Residential Services for the Texas Department
of Criminal Justice Community Justice Assistance Division

Exhibit D-7:   Affidavit of J.C. Gomez concerning Grievances

Exhibit D-8:   Resident Rights

## NATURE OF THE CASE

The Judge Homer Salinas Rehabilitation Center Boot Camp (Boot Camp) is a community-based, highly structured residential program modeled after military basic training operated by the Hidalgo County Community Supervision and Corrections Department.[1] The Boot Camp houses and supervises male offenders between the ages of 17 and 26 convicted of non-violent felony offenses. During a stay of six months, sentenced offenders participate in a regimen of strict military-style discipline, general educational programs, drug and alcohol counseling, community service work programs, and mentoring programs.

On April 11, 2000, the 138th Judicial District Court in Cameron County deferred adjudication and placed Plaintiff Noe Gonzalez on probation.[2] On February 12, 2001, the court modified the conditions of probation and committed Gonzalez to the Boot Camp for a period not to exceed six months in lieu of incarceration in the Texas Department of Criminal Justice - Institutional Division. Gonzalez processed into the center on June 18, 2001.[3]

---

[1]      Exhibit D-1: Information Concerning the Judge Homer Salinas Rehabilitation Center Boot Camp.

[2]      Exhibit D-2: Order of Modification, Noe Andres Gonzalez.

[3]      Exhibit D-3: Chronology, Hidalgo County Boot Camp.

During Boot Camp in-processing, residents are told that any resident who feels that he has been treated unfairly–or has been discriminated against for any reason–may file a grievance.[4] Gonzalez did not file any grievances during or after his stay at the Boot Camp.

Gonzalez asserts that on or about June 27, 2001, while a resident at the Boot Camp, he suffered bites from one or more brown recluse spiders.[5] He alleges enforcement, supervisory, and medical personnel delayed treatment of his injuries after he advised them of the spider bites.

Medical records maintained by the Boot Camp indicate that on Wednesday, June 27, 2001, Gonzalez reported to sick call for pain associated with swelling to his right knee.[6] The nurse noted, "no previous problem - exercise related" in his medical records. He returned to sick call on Monday, July 2, 2001, with an infection to his right knee. At the direction of the Boot Camp's physician, Dr. Omar Garza, Gonzalez was transported to the Edinburg Medical Center for further observation and medical care. On July 11, 2001, Gonzalez was released by the hospital to his family on the order of Cameron County Judge Garza. The hospital's discharge diagnosis indicated Gonzalez was treated for "toxic affects of venom . . . venomous spider bite."[7]               \

Boot Camp personnel first suspected the presence of brown recluse spiders on or about December 11, 2000.[8] Between the time of the first reported bite and the hospitalization of Gonzalez on July 2, 2001, Boot Camp personnel took the following actions to address the problem:[9]

---

[4]     Exhibit D-7: Affidavit of J.C. Gomez concerning Grievances; Exhibit D-8: Resident Rights.

[5]     Plaintiff's Original Complaint, paragraph 16.

[6]     Exhibit D-4: Medical Records for Resident Noe Gonzalez, page 000006.

[7]     Exhibit D-4: page 000020.

[8]     Exhibit D-5:  Affidavit of J.C. Gomez concerning Report on Lesions, Spider Bites and Methicillin-Resistant Staphylococcus Aureus (MRSA), on Boot Camp Residents, page 01.

[9]     Exhibit D-5: pages 01 - 03.

- Advised residents of the problem and provided medical care at the center for 23 individuals reporting apparent spider bites.

- Referred one individual to hospital for further treatment.

- Fumigated Boot Camp facilities on December 26, January 22, March 23, April 25, May 23, and June 22.

- Treated Boot Camp facilities for spiders on January 2, May 23, June 4, and June 21.

- Caulked openings in dorm areas and covered air conditioning vents with screens.

- Started daily visual inspections of all residents by center staff and nurse for spider bite symptoms on March 14.

- Initiated daily removal of linen and mattress covers at bedtime to check for spiders, began hourly monitoring for spiders from 9:00 p.m. until 5:30 a.m., and moved bunks and lockers away from dorm walls on June 4.

- Trained the staff in preventive measures, identifying lesions, and reporting bites on June 14.

The presence of brown recluse spiders was never confirmed.[10] When the fumigations failed to solve the problem, experts from local and regional health departments concluded a methicillin-resistant staphylococcus aureus virus present in the building may have caused the spider-like wounds when it came into contact with punctures to the skin.[11] Washing down the facility with bleach seemed to resolve the problem.

---

[10]    Exhibit D-5: page 05. Dr. Stormy Sparks from the Texas A&M Agricultural Service reported experts on spiders did not believe the bites were caused by brown recluse spiders because of the number, frequency and location of the bites.

[11]    Exhibit D-5: page 11. Dr. Michael Jelinek, a contagious disease specialist in McAllen, stated that while he was not completely ruling out spider bites, all cases referred to him by the hospital were being treated for staph infections.

## THE ISSUES OF LAW

1. Whether Defendants may be sued in their official capacities.

2. Whether the care provided by Defendants amounted to deliberate indifference to the Gonzalez' serious health and safety needs proscribed by the Eighth Amendment.

3. Whether the doctrine of qualified immunity shields the Defendants from personal liability for damages claimed by the Plaintiff under 42 U.S.C. § 1983.

4. Whether Gonzalez' cause of action is barred because he failed to exhaust his administrative remedies.

## SUMMARY OF THE ARGUMENT

Defendants were not deliberately indifferent to the health and medical needs of Gonzalez and did not violate his constitutional rights. Defendants, as employees of an arm of the State of Texas, are entitled to Eleventh Amendment immunity when sued in their official capacities. Defendants are entitled to qualified immunity when sued in their individual capacities. Gonzalez failed to exhaust his administrative remedies and his claims are barred by 42 U.S.C. § 1997e.

## BRIEF

**A.    The Standard for Summary Judgment.**

Summary judgment is appropriate if no genuine issue of material fact exists and the moving party is entitled to judgment as a matter of law.[12]  When a motion for summary judgment is made, the non-moving party must set forth specific facts showing that there is a genuine issue for trial.[13]

---

[12]      *See* Fed.R.Civ.P. 56(c); *see also Celotex Corp. v. Catrett,* 477 U.S. 317, 323, 106 S.Ct. 2548, 2552-53, 91 L.Ed.2d 265 (1986).

[13]      *See Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 250, 106 S.Ct. 2505, 2510, 91 L.Ed.2d 202 (1986).

Issues of material fact are "genuine" only if they require resolution by a trier of fact.[14]  The mere *existence* of some alleged factual dispute between the parties will not defeat an otherwise properly supported motion for summary judgment. Only disputes over facts that might affect the outcome of the lawsuit under governing law will preclude the entry of summary judgment.[15]  If the evidence is such that a reasonable fact-finder could find in favor of the nonmoving party, summary judgment should not be granted.[16] Determining credibility, weighing evidence, and drawing reasonable inferences are left to the trier of fact.[17]

**B.      Defendants may not be sued in their official capacities under 42 U.S.C. § 1983.**

To the extent that Plaintiff is suing Defendants in their official capacities for damages, Defendants are entitled to Eleventh Amendment immunity.  Defendants are all employees of the Hidalgo County Community Supervision and Corrections Department (CSCD).  CSCDs are arms of the State of Texas within the meaning of the Eleventh Amendment.[18]  A suit for damages against an official in his official capacity is not a suit against that official, but a suit against the state.[19]  Moreover, neither a state nor a state official is a "person" for purposes of liability under 42 U.S.C.

_____

[14]      *See Anderson,* 477 U.S. at 248.

[15]      *See Anderson,* 477 U.S. at 247-48.

[16]      *See id.; see also Matsushita Elec. Indus. Co. v. Zenith RadioCorp.,* 475 U.S. 574, 587, 106 S.Ct. 1348, 1356, 89 L.Ed.2d 538 (1986); *Dixon v. State Farm Fire & Cas. Co.,* 799 F.Supp. 691, 694 (S.D.Tex.1992) (noting that summary judgment is inappropriate if the evidence could lead to different factual findings and conclusions).

[17]      *See Anderson,* 477 U.S. at 255.

[18]      *Clark v. Tarrant County,* 798 F. 2d 736, 745 (5th Cir. 1986).

[19]      *Hafer v. Melo,* 112 S. Ct. 358, 361 (1991).

§ 1983.[20]   The Supreme Court has recognized an exception in *Ex Parte Young*[21] where the

constitutionality of a state official's actions came into question.  The court has kept the reading of

*Ex Parte Young* narrow, however, by refusing to allow any relief beyond an injunction governing

a state official's future conduct.[22] Plaintiff, therefore, cannot state a § 1983 claim for damages against

Defendants in their official capacities.   Accordingly, Defendants, in their official capacities, are

entitled to summary judgment as a matter of law.

**C. Defendants were not deliberately indifferent to the health and safety of the Plaintiff.**

Gonzalez also brought this action against the Defendants in their individual capacities under

42 U.S.C. § 1983 for claimed violations of his rights under the Eighth Amendment to the United

States Constitution.  Although the constitution "does not mandate comfortable prisons,"[23] conditions

of confinement "must not involve the wanton and unnecessary infliction of pain."[24]   The Eighth

Amendment's prohibition against cruel and unusual punishment requires prison officials to provide

"humane conditions of confinement," ensuring that "inmates receive adequate food, clothing, shelter,

---

[20]      *Will v. Michigan Department of State Police,* 491 U.S. 58, 71 (1989)

[21]      209 U.S. 123, 159-60, 28 S. Ct. 441, 453-54 (1908).

[22]      *Kentucky v. Graham,* 473 U.S. 159, 167 n.14, 105 S. Ct. 3099, 3104-05 (1985); *Edelman v. Jordan,* 415 U.S. 651, 666-68 (1974).

[23]      *Rhodes v. Chapman,* 452 U.S. 337, 349, 101 S.Ct. 2392, 2400, 69 L.Ed.2d 59 (1981).

[24]      *Rhodes,* 452 U.S. at 347.

and medical care...."[25] Allowing inmates to endure irritating insect bites; even without immediate medical attention to the bites, does not normally rise to the level of a cognizable constitutional injury.[26]

The Supreme Court has held that an inmate must satisfy two requirements to demonstrate that a prison official has violated the Eighth Amendment. "First, the deprivation alleged must be, objectively, 'sufficiently serious'; a prison official's act or omission must result in the denial of 'the minimal civilized measure of life's necessities.' "[27]  Second, "a prison official must have a 'sufficiently culpable state of mind' "[28] . In prison conditions cases, that state of mind is one of deliberate indifference to inmate health or safety.[29]  "To establish deliberate indifference ..., the prisoner must show that the defendants (1) were aware of facts from which an inference of an excessive risk to the prisoner's health or safety could be drawn and (2) that they actually drew an inference that such potential for harm existed."[30]

In considering an inmate's claim that inadequate prison medical care violated the Eighth Amendment, the Supreme Court has distinguished "deliberate indifference to serious medical needs

---

[25]     *Farmer v. Brennan,* 511 U.S. 825, 832, 114 S.Ct. 1970, 1976, 128 L.Ed.2d 811 (1994).

[26]     *Palmer v. Johnson*, 193 F. 3d 346, 352 (5th Cir. 1999) (citing *Estelle v. Gamble,* 429 U.S. 97, 104, 97 S.Ct. 285, 291, 50 L.Ed.2d 251 (1976) (holding that deliberate indifference to a prisoner's serious medical needs constitutes an Eighth Amendment violation).

[27]     *Farmer,* 511 U.S. at 834, 114 S.Ct. at 1977 (citations omitted); *Wilson v. Seiter,* 501 U.S. 294, 298, 111 S.Ct. 2321, 2324, 115 L.Ed.2d 271 (1991); *Estelle,* 429 U.S. at 104.

[28]     *Farmer,* 511 U.S. at 834.

[29]     *See Farmer,* 511 U.S. at 834.

[30]     *Bradley v. Puckett,* 157 F.3d 1022, 1025 (5th Cir.1998).

of prisoners," from "negligen[ce] in diagnosing or treating a medical condition," holding that only the former violates the Clause.[31]   Thus, Eighth Amendment liability requires "more than ordinary lack of due care for the prisoner's interests or safety."[32] Under the "deliberate indifference" standard, a prison official is not liable for the denial of medical treatment "unless the official knows of and disregards an excessive risk to inmate health or safety."[33] A plaintiff's Eighth Amendment claim can only succeed if he shows prison officials engaged in conduct that resulted in the "unnecessary and wanton infliction of pain repugnant to the conscience of mankind."[34] Thus, a plaintiff must allege a deprivation of medical care sufficiently serious to show that "the state has abdicated a constitutionally-required responsibility to attend to his medical needs,"[35] and that a prison official knew of and disregarded "an excessive risk to inmate health or safety."[36]  "For an official to act with deliberate indifference, 'the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference.' "[37]  "Under exceptional circumstances, a prison official's knowledge of a substantial risk of harm may be inferred by the obviousness of the substantial risk."[38]

---

[31]    *Estelle*, 429 U.S. at 106.

[32]    *Whitley v. Albers*, 475 U.S. 312, 319, 106 S.Ct. 1078, 1084, 89 L.Ed.2d 251 (1986); *Mendoza v. Lynaugh*, 989 F.2d 191, 195 (5th Cir.1993).

[33]    *Stewart v. Murphy*, 174 F.3d 530, 534 (5th Cir.1999)(citing *Estelle*, 429 U.S. at 104, 97 S.Ct. 285).

[34]    *McCormick v. Stalder*, 105 F.3d 1059, 1061 (5th Cir.1997) (citing *Estelle*, 429 U.S. at 105-106).

[35]    *Bienvenu v. Beauregard Parish Police Jury*, 705 F.2d 1457, 1460 (5th Cir.1983).

[36]    *Stewart*, 174 F.3d at 533 (quoting *Farmer*, 511 U.S. at 837).

[37]    *Smith v. Brenoettsy*, 158 F.3d 908, 912 (5th Cir.1998)(quoting *Farmer*, 511 U.S. at 837).

[38]    *Reeves v. Collins*, 27 F.3d 174, 176 (5th Cir.1994) (citing *Farmer*, 511 U.S. at 842 & n. 8).

It is amply clear that the conditions of Gonzalez' confinement did not involve the wanton and unnecessary infliction of pain. The Defendants were neither reckless nor deliberately indifferent to Gonzalez' health and medical needs. At the time Gonzalez first underwent treatment, Defendants knew that over the previous seven months, 23 other residents of the Boot Camp had sustained injuries consistent with spider bits. All but one of these individuals had been successfully treated by on-site medical personnel. Defendants undertook fumigations, inspections, and other countermeasures to control and eliminate the suspected spider problem. The evidence does not support a conclusion that they knew of a *substantial* risk of *serious* harm to residents at the Boot Camp, abdicated their constitutionally-required responsibility to attend to the residents' health and medical needs, or engaged in conduct that resulted in the unnecessary and wanton infliction of pain repugnant to the conscience of mankind.

The Defendants did not know of and disregard an *excessive* risk to Gonzalez' health or safety. They did not deprive Gonzalez of medical care. In fact, the record demonstrates quite the opposite was true. There is extensive evidence in the record that the Defendants made efforts to control suspected spiders, inspected residents for bites, and afforded Gonzalez prompt care and attention when infections were identified in his leg. The medical records indicate that Gonzalez was promptly evacuated to a hospital and afforded extensive medical care when the seriousness of his injury became clear. Gonzalez cannot make out a claim for deliberate indifference. Accordingly, Defendants are entitled to summary judgment.

## D. Defendants are entitled to qualified immunity.

Qualified immunity shields "a government official from civil liability for damages based upon the performance of discretionary functions if the official's acts were objectively reasonable in light of then clearly established law"[39]  To that end:

---

[39]    *Thompson v. Upshur County, Tex.*, 245 F.3d 447, 456 (5th Cir.2001).

Where a defendant pleads qualified immunity and shows he is a governmental official whose position involves the exercise of discretion, the *plaintiff then has the burden* "to rebut this defense by establishing that the official's allegedly wrongful conduct violated clearly established law." We do "not require that an official demonstrate that he did not violate clearly established federal rights; *our precedent places that burden upon plaintiffs.*"[40]

The bifurcated test for qualified immunity is: (1) whether the plaintiff has alleged a violation of a clearly established constitutional or federal statutory right; and, (2) if so, whether the defendant's conduct was objectively unreasonable in the light of the clearly established law at the time of the incident.[41] The first prong requires determining "whether the plaintiff has alleged the deprivation of an *actual* constitutional [or statutory] right."[42] That is, a right "clearly established ... under ... currently applicable ... standards"[43] Only if the plaintiff has done so should a court proceed to the second prong. The second prong "is better understood as two separate inquiries: whether the allegedly violated constitutional rights were clearly established at the time of the incident; and, if so, whether the conduct of the defendants was objectively unreasonable in the light of that then clearly established law."[44] To satisfy the first prong, a plaintiff may allege the claimed deprivation at a

---

[40]    *Pierce v. Smith*, 117 F.3d 866, 871-72 (5th Cir.1997) (emphasis added; internal citations omitted; quoting *Salas v. Carpenter*, 980 F.2d 299, 306 (5th Cir.1992)).

[41]    *Hare v. City of Corinth, Miss.*, 135 F.3d 320, 325 (5th Cir.1998).

[42]    *Conn v. Gabbert*, 526 U.S. 286, 290, 119 S.Ct. 1292, 143 L.Ed.2d 399 (1999).

[43]    *Hare*, 135 F.3d at 325-26 (emphasis added; internal citations and quotation marks omitted).

[44]    *Hare*, 135 F.3d at 326 (first emphasis in original).

higher level of generality.[45]  For the second prong, however,  the contours of the right must be sufficiently clear that a reasonable official would understand that what he is doing violates that right.[46]  A "defendant's acts are ... objectively reasonable unless *all* reasonable officials in the defendant's circumstances would have then known that the defendant's conduct violated the United States Constitution or the federal statute as alleged by the plaintiff."[47]

In this case, Gonzalez has not alleged a deprivation of an *actual* constitutional or statutory right clearly established  under currently applicable standards.  Further, most would agree that the actions of the Defendants in this case—the fumigations, inspections, other countermeasures, and prompt medical attention for Gonzalez—were objectively reasonable. Kirk Long, the Director of Residential Services for the Texas Department of Criminal Justice Community Justice Assistance Division, opined "the actions taken by Mr. Gomez and the staff of the Boot Camp to address the problem of suspected spiders in the facility were reasonable, met TDCJ-CJAD standards, and complied [with] American Corrections Association standards."[48] Defendants are entitled to qualified immunity.

## E.  Gonzalez failed to exhaust his administrative remedies

Under the Prison Litigation Reform Act (PLRA),[49] a defendant may assert as an affirmative defense, rather like a statute of limitations, the plaintiff's failure to comply with the Act's exhaustion

---

[45]      *See Thompson*, 245 F.3d at 459.

[46]      *Anderson v. Creighton*, 483 U.S. 635, 640, 107 S.Ct. 3034, 97 L.Ed.2d 523 (1987).

[47]      *Thompson*, 245 F.3d at 457 (emphasis in original).

[48]      Exhibit D-6, Affidavit of Kirk Long, pages 2 and 3.

[49]      42 U.S.C. §1997e(a).

requirement.[50] The applicable version of 42 U.S.C. § 1997e provides: "No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

According to the Director of the Boot Camp, J.C. Gomez, residents are advised when they enter the facility that they may file grievances. According to the Boot Camp's policy, documentation concerning grievances must be kept on file.[51] A review of the grievance files at the Boot Camp failed to disclose any grievances filed by Gonzalez. Thus, Gonzalez failed to meet the conditions precedent established in 42 U.S.C. § 1997e for this lawsuit concerning Boot Camp conditions.

## CONCLUSION

WHEREFORE, Defendants Joe E. Lopez, Robert Lizcano, Michael Wilson, Alex Ramirez, and J.C. Gomez pray that they be granted summary judgment and that this case be dismissed with prejudice. Defendants further pray that they be awarded attorney's fees, costs and any other relief which this Court deems is just and proper.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
For Criminal Justice

---

[50]   *Wendell v. Asher*, 162 F.3d 887, 890 (5th Cir.1998).

[51]   Exhibit D-8: Resident Rights.

JOHN A. NEAL
Assistant Attorney General
Chief, Criminal Law Enforcement Division

PHILLIP E. MARRUS
Assistant Attorney General
Deputy Chief, Litigation Services

*[signature]*

JOHN M. ORTON
Assistant Attorney General
Attorney in Charge
State Bar No. 00792038
Southern District No. 29115

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139
E-mail: john.orton@oag.state.tx.us

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, JOHN M. ORTON, Assistant Attorney General of Texas, do hereby certify that a true and

correct copy of the above and foregoing **Defendants' Motion for Summary Judgment** has been

served by placing same in the United States Mail on this 25th day April, 2003, addressed to:

Abraham Moss                          *CM/RRR No. 7002 3150 0001 4726 2219*
Attorney at Law
5350 S. Staples, Suite #209
Corpus Christi, Texas 78411

*Attorney for Plaintiff*

*[signature]*

JOHN M. ORTON
Assistant Attorney General

## TABLE OF CASES

**CASES**                                                                 **PAGE**

*Anderson v. Creighton*, 483 U.S. 635 S.Ct. 3034, 97 L.Ed.2d 523 (1987) . . . . . . . . . . . . . . . . 12

*Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 91 L.Ed.2d 202 (1986) . . . . . . . . . . . . . . . . . 5, 6

*Bienvenu v. Beauregard Parish Police Jury,* 705 F.2d 1457(5th Cir.1983) . . . . . . . . . . . . . . . . 9

*Bradley v. Puckett,* 157 F.3d 1022 (5th Cir.1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Celotex Corp. v. Catrett,* 477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) . . . . . . . . . . . . 5

*Clark v. Tarrant County,* 798 F. 2d 736 (5th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Conn v. Gabbert,* 526 U.S. 286, 119 S.Ct. 1292, 143 L.Ed.2d 399 (1999) . . . . . . . . . . . . . . . . 11

*Dixon v. State Farm Fire & Cas. Co.,* 799 F.Supp. 691 (S.D.Tex.1992) . . . . . . . . . . . . . . . . . . 6

*Edelman v. Jordan,* 415 U.S. 651 (1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Estelle v. Gamble,* 429 U.S. 97, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976) . . . . . . . . . . . . . . . . . . 8, 9

*Ex Parte Young*, 209 U.S. 123, 28 S. Ct. 441 (1908) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Farmer v. Brennan*, 511 U.S. 825, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) . . . . . . . . . . . . . 8, 9

*Hafer v. Melo,* 112 S. Ct. 358, 361 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Hare v. City of Corinth, Miss.,* 135 F.3d 320 (5th Cir.1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Kentucky v. Graham,* 473 U.S. 159 n.14, 105 S. Ct. 3099 (1985) . . . . . . . . . . . . . . . . . . . . . . . 7

*McCormick v. Stalder,* 105 F.3d 1059 (5th Cir.1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Matsushita Elec. Indus. Co. v. Zenith RadioCorp.,*
    475 U.S. 574, 106 S.Ct. 1348, 89 L.Ed 2d 538 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Mendoza v. Lynaugh,* 989 F.2d 191 (5th Cir.1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Palmer v. Johnson,* 193 F. 3d 346 (5th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Pierce v. Smith,* 117 F.3d 866 (5th Cir.1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Reeves v. Collins*, 27 F.3d 174 (5th Cir.1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Rhodes v. Chapman*, 452 U.S. 337, 101 S.Ct. 2392, 69 L.Ed.2d 59 (1981) . . . . . . . . . . . . . . 7

*Salas v. Carpenter*, 980 F.2d 299 (5th Cir.1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Smith v. Brenoettsy*, 158 F.3d 908 (5th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Stewart v. Murphy*, 174 F.3d 530 (5th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Thompson v. Upshur County, Tex.*, 245 F.3d 447 (5th Cir.2001) . . . . . . . . . . . . . . . . . . . . . 10,12

*Wendell v. Asher,* 162 F.3d 887 (5th Cir.1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Whitley v. Albers*, 475 U.S. 312, 106 S.Ct. 1078, 89 L.Ed.2d 251 (1986) . . . . . . . . . . . . . . . . . 9

*Will v. Michigan Department of State Police*, 491 U.S. 58 (1989) . . . . . . . . . . . . . . . . . . . . . . . 7

*Wilson v. Seiter*, 501 U.S. 294, 298, 111 S.Ct. 2321, 115 L.Ed.2d 271(1991) . . . . . . . . . . . . . . 8

## CODES & STATUTES

42 U.S.C. § 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6, 7

42 U.S.C. § 1977e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 12, 13

## OTHER

Fed.R.Civ.P. 56(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

**SUMMARY JUDGMENT EVIDENCE**

Exhibit D-1:
Information Concerning the Judge Homer Salinas Rehabilitation Center Boot Camp

# The Judge Homer Salinas
# *"Boot Camp"*
# Rehabilitation Center



*1000 North "M" Road*

*P.O. Box 1109*

*Edinburg TX 78540*

Phone (956) 380 3311

Fax (956) 380 3324

# PROGRAM DESCRIPTION

The Judge Homer Salinas Rehabilitation Center is a community based, highly structured residential program modeled after military basic training. The center houses and supervises male offenders convicted of a felony offense. During a stay of 6 months, sentenced offenders are exposed to a regimen of strict military-style discipline, a GED program, Drug and Alcohol Counseling, performance of CSR hours and participation in the Boot Camp's Padrino/Mentor program.

Individuals referred to the program are youthful, male offenders who have failed in a less restrictive enviornment. The program provides services to convicted non-violent felony offenders as a diversion from the Institutional Division of the Texas Department of Corrections.

The Correctional Aims of the the program are:

1. Rehabilitation --- to reform offenders so that they will return to society in a constructive rather than a destructive way.

2. Incapacitation --- to protect society by placing offenders in residential programs so that they can't victimize anyone.

3. Deterrence --- to teach offenders as well as other people contemplating going into crime that in America crime does not pay.

4. Retribution --- to punish offenders for the harm they have caused society.

Eligibility Criteria for Admission
to the
Judge Homer Salinas Rehabilitation Center

In an effort to ensure adherence with the department's mission statement, goals/objectives, and strict compliance with state standards, the following admission and eligibility criteria is hereby adopted.

The Defendant:

1. Must be a male between the ages of 17 and 26.

2. Must be on probation for a felony offense. (Deferred Adjudication included)

3. Must not have personally and intentionally caused serious bodily injury or death* of another as a result of the commission of the offense, as determined by the trier of the facts.

4. Must not have personally used a deadly weapon during the commission of or flight from the offense as determined by the trier of the facts.

5. Must be physically capable of participating in the program, as determined by a licensed medical physician.

NOTE: Placement of a defendant in the Boot Camp Program shall only be done by order of the Court.

* Section 1.07. (46), "Serious bodily injury" means bodily injury that creates a substantial risk of death or that causes death, serious permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ. (Penal Code)

To:     All Referring Angencies
From:   Robert Lizcano, Program Coordinator
RE:     MRSA Culture Test (Eligibility Criteria)


As an added preventive measure, we will now be requiring that all referrals to the Boot Camp be
screened for MRSA by utilizing a nasal culture test before acceptance. Individuals testing positive for
MRSA bacteria will be automatically disqualified. This additional eligibility requirement was presented
to and approved by our local Board of Judges in their meeting of May 2, 2002.

# TITLE V OFFENSES

## TITLE 5. OFFENSES AGAINST THE PERSON

19. Criminal Homicide................................................................................ 33
    Section
    19.01.  Types of Criminal Homicide......................................................... 33
    19.02.  Murder......................................................................................... 33
    19.03.  Capital Murder............................................................................. 33
    19.04.  Manslaughter................................................................................ 34
    19.05.  Criminally Negligent Homicide................................................... 34
    19.06.  Deleted......................................................................................... 34
    19.07.  Renumbered.................................................................................. 34
20. Kidnapping and Unlawful Restraint...................................................... 34
    Section
    20.01.  Definitions.................................................................................... 34
    20.02.  Unlawful Restraint....................................................................... 35
    20.03.  Kidnapping................................................................................... 35
    20.04.  Aggravated Kidnapping................................................................ 35
    20.05.  Unlawful Transport...................................................................... 36
21. Sexual Offenses..................................................................................... 36
    Section
    21.01.  Definitions.................................................................................... 36
    21.02 to 21.05. Repealed......................................................................... 36
    21.06.  Homosexual Conduct.................................................................... 36
    21.07.  Public Lewdness........................................................................... 36
    21.08.  Indecent Exposure........................................................................ 37
    21.09 to 21.10. Repealed......................................................................... 37
    21.11.  Indecency With a Child................................................................ 37
    21.12.  Repealed....................................................................................... 37
    21.13.  Renumbered.................................................................................. 37
    21.14.  Deleted......................................................................................... 37
    Section
    22.01.  Assault.......................................................................................... 37
    22.011. Sexual Assault.............................................................................. 39
    22.012. Deleted......................................................................................... 40
    22.015. Coercing, Soliciting, or Inducing Gang Membership.................. 40
    22.02.  Aggravated Assault....................................................................... 41
    22.021. Aggravated Sexual Assault........................................................... 41
    22.03.  Deleted......................................................................................... 42
    22.04.  Injury to a Child, Elderly Individual, or Disabled Individual...... 42
    22.041. Abandoning or Endangering Child................................................ 44
    22.05.  Deadly Conduct............................................................................ 44
    22.06.  Consent as Defense to Assaultive Conduct.................................. 45
    22.065. Repealed....................................................................................... 45
    22.07.  Terrorist Threat............................................................................. 45
    22.08.  Aiding Suicide.............................................................................. 45
    22.09.  Tampering with Consumer Product.............................................. 45
    22.10.  Leaving a Child in a Vehicle........................................................ 46
    22.11.  Harassment by Persons in Certain Correctional Facilities........... 46

# REFERRAL PROCESS

1. Fill out boot camp referral form and determine offenders eligibility.
   (Attachment #1).

2. Meet with defendant and fill out Personal Screening Sheet.
   (Attachment #2).

3. Submit the 2 completed forms to the Boot Camp Program Coordinator via fax (956)-380-3324.

4. Boot Camp Program Coordinator will review forms for proper completion.

5. Boot Camp Program Coordinator will notify referring county of the decision to accept or reject referral.

6. Boot Camp Program Coordinator will continue working with referring county to complete the process on all referrals which are accepted.

Hidalgo County CSCD
Boot Camp
Referral Form

Defendant:_____Cause #._____DOC:
Offense:_____CSO:_____Date:
DOB:_____SSN:_____DPS #:

Type of Placement:Direct__MWO__ADM__ Boot Camp start date:

Defendant's phone number_____

If in custody (Hidalgo County) Cell block#_____
Medical Exam Date:_____ Court Date:_____

Eligibility Check List:

a. Is the defendant between the age of 17 - 26 years?
   Yes___No___

b. Would the defendant be sentenced to the TDCJ-ID, were it
   not for the availability of the Boot Camp?
   Yes___No

c. Does the defendant have a physical or mental disability?
   Yes___No

d. Did the defendant personally and intentionally cause serious
   bodily injury or death of another as a result of the
   commission    of the offense?
   Yes___No

e. Did the defendant personally use a deadly weapon during the
   commission of or flight from the offense?
   Yes___No

f. Has the defendant ever been convicted of a Title V Offense
   before?
   Yes___No

g. **CIRCLE THE FOLLOWING PROBLEM AREAS IF APPLICABLE:**

   1. Academic/Vocational Skills    5.  Companions
   2. Employment                    6.  Emotional stability
   3. Financial Difficulties        7.  Alcohol Usage Problems
   4. Marital/Family Relationship   8.  Drug Usage Problems
   9. Other:_____
      _____

h. Identify any programs referred to during this supervision
_____

i. Identify any programs completed during this supervision


After being ordered into the program the participants must bring the following items:

1. Running Shoes
2. White T-shirts (6)
3. Tooth paste (1)
4. Shower Shoes
5. White Socks (6)
6. Razors (1 pack)
7. White Undershorts (boxer or jockey)
8. Roll on Deodorant (1)
9. Book of Stamps (1)
10. Box of Envelopes (1)
11. Grey Cotton Sweats (2) (depending on weather)
12. Family Pictures are Allowed

**NOTE:** **The above items need to be brought in a paper sack or plastic bag. Tell your defendants not to bring any jewelry, money, or a wallet. If your defendant cannot purchase these items, we will provide these items for indigents.**

Has or is the defendant presently taking any type of medication? Yes_____No_____  If yes list the medication:
In the event that participant does not pass the physical exam, the following is an Alternative Plan:_____


_____DENIED    _____APPROVED

                              FELONY SECTION SUPERVISOR

If denied, why?_____
_____

**BOOT CAMP RESPONSE TO THE CASE REFERRAL:**

_____Accepted  _____Rejected Comments:_____
_____
_____


_____    _____
Staff Member Conducting Screening              Date



Revised 05/01/00

**Judge Homer Salinas Rehabilitation Center**
**Boot Camp**

**SCREENING SHEET**

01. NAME_____ D.O.B._____ AGE_____

02. OFFENSE_____ CR_____ (IF KNOWN)

03. ATTORNEY'S NAME_____ CELL BLOCK#_____ (IF IN
    CUSTODY)

04. EXPECTED COURT DATE_____

05. PROBATION/PSI OFFICER_____

06. SCHEDULED PHYSICAL DATE_____ MEDICALLY CLEARED YES__ NO

07. ETHNICITY_____

08. MARITAL STATUS_____

09. ADDRESS_____ CITY_____

    PHONE # _____

10. WHOM DO YOU RESIDE WITH? _____

11. PARENTS NAME _____

12. SIGNIFICANT OTHER_____

13. ADDRESS_____

14. # OF CHILDREN_____AGE_____

15. HAVE YOU EVER USED THE FOLLOWING:

    **Marijuana____        Cocaine____        Roches_____**
    **Heroin_____        Alcohol____        Inhalants_____**

16. ANY OTHER DRUGS USED?_____

17. DO YOU CONSIDER YOURSELF IN GOOD PHYSICAL CONDITION? YES/NO
    IF NO EXPLAIN?_____

18. HAVE YOU EVER HAD A BACK INJURY/BROKEN BONES/DISLOCATIONS?____
    _____

19. DO YOU HAVE ANY HISTORY OF HEALTH PROBLEMS: YES___  NO
    DESCRIBE_____ ARE YOU TAKING ANY
    MEDICATION? YES__ NO__ DESCRIBE _____

20. FAMILY DOCTOR:_____ADDRESS_____PHONE#

21. DO YOU HAVE ANY HISTORY OF MENTAL OR EMOTIONAL PROBLEMS?
    YES___ NO___  DESCRIBE_____

22. ARE YOU A HIGH SCHOOL GRADUATE? YES/NO
    LAST GRADE COMPLETED_____

23. DO YOU HAVE A GED YES__ NO__ HAVE YOU TAKEN ANY GED TESTS AND
    PASSED?  YES/NO WHAT SUBJECTS_____ WHERE/WHEN?_____
    _____

24. WHAT DO YOU KNOW ABOUT THE BOOT CAMP?  EXPLAIN PROGRAM.

25. DO YOU WANT TO PARTICIPATE IN THE PROGRAM?  YES____NO____
    IF NO EXPLAIN_____

REVISED 05/01/00

*EXAMPLE*

CAUSE NO. CR123456

THE STATE OF TEXAS                          IN THE DISTRICT COURT OF

VS.                                         WEBB COUNTY, TEXAS

                        123RD JUDICIAL DISTRICT

## ORDER OF MODIFICATION

BE IT REMEMBERED that on July 22, 1999, a hearing was held on State's Motion to Revoke

Probated Sentence. All parities appeared and announced ready, The Court will approve the agreement

reached by the parties and is of the opinion that said probation should not be revoked and that the

defendant be continued on probation subject to certain modifications;



It is therefore ordered that the defendant, <span>████████</span>, shall remain and continue on probation in
accordance with the Probation Judgment of June 16, 1998, provided:

*As a sentencing alternative and in lieu of incarceration in the institutional
division of the Texas Department of Criminal Justice the defendant is hereby
committed to the Homer Salinas Rehabilitation Center (Adult Probation Boot
Camp) located at 1000 M Road Edinburg, Hidalgo
County, Texas, for a period not to exceed six (6) months; commencing on the
date directed by the Center. The defendant shall remain committed to the
Center, cooperate fully with the program and abide by all program rules until
released by Order of the Court. Upon release, the defendant may be assigned
to any program under the continuum of sanctions of the ████ County
Supervision and Corrections Department; (defendant to remain in jail
until available placement at the Local Boot Camp).*

*All court ordered payments are hereby suspended during the defendant's stay at
the Center. Thirty days from the date of discharge from the Center all payments
shall be reinstated.*

All of the terms and conditions of the Probation Judgment signed for entry on **June 16,
1998**, shall remain in full force and effect.

The Community Supervision and Corrections Department is directed to cause probationer to appear
forthwith to receive and acknowledge a copy of this Order

SIGNED FOR ENTRY: August 12, 1999.

_____
Judge Presiding

**ITEMS REQUIRED BY A DEFENDANT COMMITTED TO THE BOOT CAMP**

01. 6 - PAIRS OF CREW LENGTH WHITE SOCKS

02. 6 - WHITE UNDERWEAR (JOCKEY OR BOXER)

03. 6 - WHITE CREW NECK T-SHIRTS

04. 1 - PAIR OF RUNNING SHOES

05. 1 - PACK OF DISPOSABLE RAZORS

06. 1 - CAN OF SHAVING CREAM

07. 2 - TOOTHPASTES

08. 1 - TOOTH BRUSH

09. 2 - ROLL ON DEODORANTS (NO SPRAYS)

10. 1 - PAIR OF GRAY COTTON RUNNING SHORTS

11. 1 - PAIR OF SHOWER SANDALS

12. 1 - PAIR NAIL AND TOE NAIL CLIPPERS

13. GRAY COTTON SWEATS (DEPENDING ON THE WEATHER)

14. 2 - FAMILY PICTURES

15. 1 - BOX OF ENVELOPES

16. 1 - BOOK OF STAMPS


**The above items need to be brought in a paper sack or plastic bag with their name written on it. Tell your defendants not to bring any jewelry, money or wallet. Note, don't worry if your defendant cannot purchase these items, we will find a way to provide these items for indigents.**

12. Pay a **MONTHLY FEE** to the Court in the amount of **$25.00** due on or before 30 days from the date of this Order and every month thereafter until paid in full, payable at:
COMMUNITY SUPERVISION CORRECTIONS DEPARTMENT
918 E. BUSINESS HWY 83, McALLEN, TEXAS

13. Pay **COURT COSTS** to the County of Hidalgo, payable on or before **December 1, 2003,** payable at:
HIDALGO COUNTY CLERK
100 N. CLOSNER, EDINBURG, TEXAS

14. Pay the **FINE** in the amount of **$750.00** in monthly installments of **$10.00** commencing thirty (30) days from the date of this Order and continuing every month thereafter until paid in full, payable at:
HIDALGO COUNTY CLERK
100 N. CLOSNER, EDINBURG, TEXAS

15. Make **RESTITUTION** to the victim(s) in the amount of **$250.00** in monthly installments of **$10.00** commencing thirty (30) days from the date of this order and continuing every month thereafter until paid in full, payable at:
COMMUNITY SUPERVISION CORRECTIONS DEPARTMENT
918 E. BUSINESS HWY 83, McALLEN, TEXAS

16. Not communicate or associate in any way with co-defendant(s) during the entire period of community supervision.

17. Observe a curfew from 9:00 p.m. to 6:00 a.m. every day during the entire period of community supervision.

18. Work **400** hours at a community service project(s) for an organization(s) approved by the Judge and designated by the Hidalgo County Community Supervision & Corrections Department at the rate of eight (8) hours per week beginning immediately and continuing every week thereafter until completed in full.

19. Participate in the Texas Department of Criminal Justice **"PRISON ORIENTATION FOR A DAY PROGRAM"** operated by the Hidalgo County Community Supervision & Corrections Department, 918 E. Business Highway 83, McAllen, Texas, and the Texas Department of Criminal Justice Institutional Division, Segovia Unit, 1201 E. El Cibolo Road, Edinburg, Texas, within 180 days of this Order or as instructed by the Hidalgo County Community Supervision & Corrections Department; and obey and comply with all rules, regulations, policies, and procedures of the program.

20. Complete all requirements for and obtain a **G.E.D. CERTIFICATE.**

21. Attend and successfully complete a **15-HOUR DRUG EDCUATION PROGRAM** certified by the Texas Commission on Alcohol and Drug Abuse and approved by the Hidalgo County Board of Judges; pay the costs of the classes directly to the sponsoring agency; commence and complete the classes within 180 days from the date of this order; and submit a copy of the certificate of completion to the Hidalgo County Community Supervision and Corrections Department.

22. Not go to any Wal-Mart's, pawnshops or flee markets during the entire period of community supervision.

23. Serve a term of confinement in the **HOMER SALINAS REHABILITATION CENTER** located at 1000 "M" Road, Edinburg, Texas, for a period of SIX (6) months, beginning **INSTANTER,** obey all rules and regulations of the Center, and upon release from the center participate in any program under the continuum of sanctions of the Hidalgo County Community Supervision & Corrections Department.

VI.                          EMERGENCY PLANS

Fire exit plans are posted throughout the facility indicating the proper exit route in case of fire. Residents are made aware of the exit routes when they are assigned a bed in the facility. The facility is equipped with lighted fire exit signs, fire extinguishers, and sprinklers in some areas. The Fire Marshall for the City of Edinburg will conduct periodic fire drills in an effort to ensure that everyone is familiar with the proper exit procedures.

At any time that a Medical Doctor determines that a resident is suffering from a highly contagious disease, the resident is immediately granted an emergency medical pass. The resident will remain with his family until the Doctor authorizes his return to the Boot Camp at no risk to the other residents.

The most common natural disaster in our area is a hurricane. Local news media provide continuous coverage when a hurricane is approaching our area. A disaster control command post is set up at the County Courthouse. County Officials are kept informed through said command post and react accordingly. The Boot Camp will continue its normal course of operation until the County Officials make a decision to release all county employees from work. At this point, all residents who wish to go home and help their families prepare for the hurricane are allowed to do so. Residents are instructed to call the Boot Camp every day to receive instructions as to when to return. The Boot Camp will be manned twenty-four (24) hours a day during the emergency and will resume full operation immediately after it is declared safe to do so by the Boot Camp Director.

## EMERGENCY MEDICAL SERVICE

Emergency medical needs are handled through the Edinburg General Hospital Emergency Room.

Psychiatric help is available to the resident through the Tropical Texas Center for Mental Health and Mental Retardation in Edinburg. This agency provides individual and/or group counseling to residents in need of such services. There is no cost to the resident for services through this agency. Emergency psychiatric services are available through the agency's psychiatric unit. A resident who has the need for emergency services may be committed for evaluation in two different ways. He may be committed through a mental health warrant issued by any Justice of the Peace or he may be committed by any local Police Officer without a warrant. There is no cost to the resident for services rendered.

Residents are issued emergency medical passes in cases where special care or diet is recommended by a doctor. Residents will remain at home where the family can provide the special care. Short term medical passes may also be issued to residents who are diagnosed as having a highly contagious disease.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | **Civil Action No. B-02-194** |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

**SUMMARY JUDGMENT EVIDENCE**

Exhibit D-2:
Order of Modification, Noe Andres Gonzalez

CERTIFIED COPY

## CAUSE NO. 00-CR-122-B
# 117723

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | CAMERON COUNTY, TEXAS |
| NOE ANDRES GONZALEZ | § | 138TH JUDICIAL DISTRICT |

### ORDER OF MODIFICATION

BE IT REMEMBERED that on **February 12, 2001**, a hearing was had on State's Motion for Adjudication of Guilt. All parties appeared and announced ready. Defendant plead true to the allegations in said motion. The Court is of the opinion that said defendant should be continued on probation subject to certain modifications.

IT IS THEREFORE ORDERED that the Defendant, **Noe Andres Gonzalez,** shall remain and continue on probation in accordance with the Order Deferring Adjudication and Placing Defendant on Probation of **April 11, 2000,** provided:

> As a sentencing alternative and in lieu of incarceration in the Texas Department of Criminal Justice - Institutional Division the defendant is hereby committed to the Homer Salinas Rehabilitation Center (Adult Probation Boot Camp) located on M Road & Richardson Road in Edinburg, Texas for a period not to exceed six (6) months, commencing as soon as placement can be made. The defendant shall remain committed to the Center, cooperate fully with the program, and abide by all program rules until released by order of the Court. Upon release the defendant may be assigned to any program under the continuum of sanctions of the Cameron County Community Supervision and Corrections Department.

All of the terms and conditions of the Order Deferring Adjudication and Placing Defendant on Probation signed for entry on **April 6, 2000,** shall remain in full force and effect.

The Community Supervision and Corrections Department is directed to cause probationer to appear forthwith to receive and acknowledge a copy of this Order.

SIGNED FOR ENTRY: July 6, 2001.

7/17/0' COPIES TO:
ADULT PROB. DEPT. CC

Judge Presiding

FILED_____
AURORA DE LA GARZA_____

JUL  6 2001

DISTRICT COUR_____

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE  7-17-01
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | **Civil Action No. B-02-194** |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

## SUMMARY JUDGMENT EVIDENCE

Exhibit D-3:
Chronology, Hidalgo County Boot Camp

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALES,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

STATE OF TEXAS

COUNTY OF HIDALGO

### AFFIDAVIT OF J.C. GOMEZ

Before me, the undersigned notary, on this day, personally appeared J.C. Gomez, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. My name is J.C. Gomez. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct. I am a defendant in this lawsuit.

2. I am the Director of the Judge Homer Salinas Rehabilitation Center Boot Camp operated by the Hidalgo County Community Supervision and Corrections Department.

3. Attached is a copy of the "Chronological" showing that Noe Gonzalez processed into the Boot Camp on June 18, 2001. The original was contained in a file maintained by the Boot Camp on Mr. Gonzalez.

4. This records was kept by the Judge Homer Salinas Rehabilitation Center in the regular course of business, and it was the regular course of business of the Judge Homer Salinas Rehabilitation Center for an employee or representative of the Judge Homer Salinas Rehabilitation Center, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The record attached to this affidavit is an exact duplicate of the original.

IN WITNESS WHEREOF, I have hereto set my hand this 25th day of April, 2003.

SIGNATURE

## CERTIFICATION

BEFORE ME, *Melissa R. Garza*, on this 25th day of April, 2003, personally appeared J.C. Gomez, known to me (or proved to me on the oath of State ID) to be the person whose name is subscribed to the foregoing instrument and he/she has acknowledged to me that he executed the same for the purpose and the consideration therein expressed.

GIVEN under my hand and seal of office this 25th day of April, 2003.

MELISSA R. GARZA
Notary Public, State of Texas
My Commission Expires
May 27, 2006

SIGNATURE OF NOTARY

2

HIDALGO COUNTY BOOT CAMP
CHRONOLOGICAL

Name: Gonzalez Noe ___ DOB: 05-04-82  CAUSE NO.: CO-CR-122-13

DATE ENTERED: June 18 2001 ___ EXIT DATE: ___

Month for    Cont.
reporting    or
Date-all     Act.
other
enteries___

          ON THIS SAID DATE RESIDENT Gonzalez Noe ___ HAS ADMITTED TO THE
      JUDGE HOMER SALINAS REHAB. CENTER (BOOT CAMP). HE WAS PROCESSED
      BY DRILL STAFF. AND HE SIGNED THE FOLLOWING FORMS:

June18-01   1.  CONSENT OF DISCLOSURE AND AUTHORITY TO RELEASE INFORMATION
June18-01   2.  RELEASE OF LIABILITY FOR PERSONAL INJURY
June18-01   3.  RELEASE OF RESPONSIBILITY FOR PERSONAL BELONGINGS
June18-01   4.  RELIGIOUS CONSENT FORM
          RESIDENT ALSO FILLED OUT THE FOLLOWING FORMS:
June18-01   1.  PERSONAL DATA FORM
June18-01   2.  FAMILY HISTORY & CRIMINAL INFORMATION
June18-01   3.  VISITATION LIST
          RESIDENT READ AND ACKNOWLEDGED THE FOLLOWING RULES AND
          REGULATIONS:
June18-01   1.  BOOT CAMP RULES AND REGULATIONS
June18-01   2.  BOOT CAMP BILLETS RULES
          RESIDENT WAS GIVEN A HAIRCUT AND ISSUED BOOT CAMP UNIFORMS.
          TOWELS. LINEN AND ASSIGNED A BUNK. HIS PERSONAL BELONGINGS HERE
          INVENTORIED AND TAGGED FOR STORAGE. Rl were read, and explain
          the Rules Right to the Boot Camp Also they were
          explain the (3) things need to make it in the Boot Camp
          listen, do, observe June 18 2001 and always ask
          for permission

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | **Civil Action No. B-02-194** |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

## SUMMARY JUDGMENT EVIDENCE

Exhibit D-4:
Medical Records for Resident Noe Gonzalez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*NOE GONZALES,* §
         **Plaintiff,** §
§
*v.* §     **Civil Action No. B-02-194**
§
*HIDALGO COUNTY, TEXAS, ROBERT* §
*LIZCANO, MICHAEL WILSON, JOE* §
*E. LOPEZ, SGT ALEX RAMIREZ, AND* §
*J.C. GOMEZ,* §
         **Defendants.** §

STATE OF TEXAS

COUNTY OF HIDALGO

### BUSINESS RECORD AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared Frank Luevano, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. My name is Frank Luevano. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2. I am the staff nurse and custodian of medical records of the Judge Homer Salinas Rehabilitation Center operated by the Hidalgo County Community Supervision and Corrections Department.

3. Attached to this affidavit are 55 pages of medical records for Noe Gonzalez, a resident at the Judge Homer Salinas Rehabilitation Center during portions of June and July in 2001.

4. These records are kept by the Judge Homer Salinas Rehabilitation Center in the regular course of business, and it was the regular course of business of the Judge Homer Salinas Rehabilitation Center for an employee or representative of the Judge Homer Salinas Rehabilitation Center, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are exact duplicates of the original.

04/24/03   11:40   ☎380 3324    BOOT CAMP                    ☑005
     04/24/03   10:29   ☎                    STX Atty Gen                    ☑003/003

IN WITNESS WHEREOF, I have hereto set my hand this 24th day of April, 2003.

*Frank Luevano*

Frank Luevano

## CERTIFICATION

BEFORE ME, *MELISSA R. GARZA*, on this 24th day of April, 2003, personally appeared Frank Luevano, known to me (or proved to me on the oath of State ID) to be the person whose name is subscribed to the foregoing instrument and he/she has acknowledged to me that he executed the same for the purpose and the consideration therein expressed.

GIVEN under my hand and seal of office this 24th day of April, 2003.

MELISSA R. GARZA
Notary Public, State of Texas
My Commission Expires
May 27, 2006

SIGNATURE OF NOTARY

2

# MEDPRACTICE — HISTORY AND PHYSICAL

Name: Noe Gonzalez    SSN: ___    4162-0734-5    Date: 6-

Address: 254 Sixty Garrell Ave    Occupation: ___

City/State: USA    Phone/SS#: 516-02-14    Birth Date: ___

Complaint: ___

## FAMILY MEDICAL HISTORY

N.A.

## CURRENT MEDICATIONS

None

Liquid-D ?KN

| | SELF | MOTHER | FATHER'S PARENT | MOTHER'S PARENT | SIBLINGS | CHILDREN |
|---|---|---|---|---|---|---|
| Heart disease | | | | | | |
| High blood pressure | | ☒ | | | ☒ | ☒ |
| Stroke | | | | | | |
| Cancer | | | | | ☒ | ☒ |
| Glaucoma | | | | | | |
| Diabetes | | | | | | |
| Epilepsy-Convulsions | | | | | | |
| Bleeding disorder | | | | | | |
| Kidney disease | | | | | | |
| Thyroid disease | | | | | | |
| Mental illness | | | | | | |

## HOSPITALIZATION/SURGERY

| | Date | Reason | Date |
|---|---|---|---|
| None | | | |

WOMEN ONLY  Pregnant?  ☐ Yes  ☐ No    Planning Pregnancy?  ☐ Yes  ☐ No

## PAST MEDICAL HISTORY

- Headache
- Shortness of breath
- Heart palpitations
- Heart murmur
- Chest Pain
- Dizziness/Fainting
- Peripheral vascular disease
- Allergies/Hay fever
- Asthma
- Bronchitis
- Pneumonia

- ☐ GI disorder
- ☐ Gall bladder disease
- ☐ Prostate disease
- ☐ Bowel irregularity
- ☐ Incontinence
- ☐ Sexual/Menstrual dysfunction
- ☐ Venereal disease
- ☐ Frequent infections  Sinus/throat
- ☐ Hepatitis
- ☐ Anemia
- ☐ Arthritis
- ☐ Nervousness

- ☐ Depression
- ☐ Gout
- ☐ Scarlet fever
- ☐ Chronic rashes
- ☐ Rheumatic fever
- ☐ Mumps
- ☐ Measles
- ☐ Rubella
- ☐ Polio
- ☐ Diphtheria
- ☐ Tetanus

## HABITS

Smoke: Packs daily  Socially    How long ___    When stopped ___
Exercise routine: Daily    ☐ Coffee: Cups daily  Rarely    Other caffeine  Colas & Tea
Alcohol: Type /Amount  Socially    Diet: Salt intake  Normal    Fat intake  Normal
SLEEP: Difficulty falling asleep  Ø    Continuity disturbances  Ø    Early morning awakening  Ø
Snoring ___    Daytime drowsiness ___
Contact with blood or body fluid at work  Ø

000061

 CliniForms

## REVIEW OF SYSTEMS

☐ Neurological          ☐ GI                    ☐ Cardiovascular
☐ GU                    ☐ Cerebrovascular       ☐ Musculoskeletal
☐ Peripheral vascular   ☐ Dermatologic          ☐ Hematologic

## PHYSICAL EXAM

| Temp. 97 3 | Pulse 64 | BP 120/80 |
| R. 5'11½ | Weight 168½ | Respiration 20 |

GENERAL APPEARANCE  *good*

## NORMAL & NOTES

| Skin | N | |
| HEENT | N | |
| Neck | N | |
|   Thyroid | N | |
|   Lymph nodes | N | |
|   Veins/Carotid | N | |
| Chest | N | |
| Lungs | N | |
| Heart | N | |
| Abdomen | N | |
| Genital | N/A | |
| Rectal | N/A | |
| Extremities | N | |
|   Joints | N | |
|   Clubbing/Cyanosis | N | |
|   Peripheral pulses | N | |
| Edema | N | |
| Neurological | N | |

## TESTS ORDERED

☐ Chest X-ray          ☐ Barium Enema          ☐ T.B. Test           ☐ Flex sigmoidoscopy
☐ Kidney X-ray         ☐ Gall bladder          ☐ Air contrast: Obstruction series   ☐ ERCP
☐ U.G.I. Series        ☐ Electrocardiogram     ☐ Endoscopy           ☐ Liver biopsy
☐ Colonoscopy          ☐ Blood tests

## IMPRESSIONS

*normal exam*

000002

Clemens MD
541 - 5231

K-Lyte® (Potassium K...

## SICK CALL

RESIDENTS REQUESTING MEDICAL ATTENTION WILL SIGN UP ON A BI-WEEKLY
BASIS FOR SCREENING BY THE BOOT CAMP'S NURSE. (UNLESS EMERGENCIES)

DATE 1-27-01

**1ST PLATOON**

Mendoza, Andy
_____
_____
_____
_____
_____
_____
_____
_____
_____

**2ND PLATOON**

Gonzalez, Joe
Solis, Raul
Dela Rosa, Fernando
_____
_____
_____
_____
_____
_____
_____

**3RD PLATOON**

Meier, Christopher
Ceron, Jorge
Matz, David
_____
_____
_____
_____
_____
_____
_____

**4TH PLATOON**

Garcia, Ryan
Hernandez, Reynaldo
Vasquez, Rick Lee
_____
_____
_____
_____
_____
_____
_____

000003

<u>SICK CALL</u>

RESIDENTS REQUESTING MEDICAL ATTENTION WILL SIGN UP ON A BI-WEEKLY
BASIS FOR SCREENING BY THE BOOT CAMP'S NURSE.(UNLESS EMERGENCIES)

DATE 7/2/01

1ST PLATOON

Salinas #14

2ND PLATOON

Gonzales Jose #22
Hidrogo Luis #39 (m-)
Jimenez Raul #43 (m-)
Salinas Mvic #44 (m-)
Martinez D# #27 (m-)

3RD PLATOON


4TH PLATOON


000004

.DALGO COUNTY BOOT CAMP

PROGRESS NOTES

| DATE | NOTES |
|---|---|
| 7-9-0. | Phoned Nurse ____ 2nd ____ |
| | Siad Gonzalez Noe is getting better |
| | Seeing Physical therapist, might |
| | released in 1-2 days. (opinion) cms ___ |
| | |
| 7-10-01 | Visited Gonzalez Noe in hospital. |
| | Looking good. Mrs. Gonzalez states |
| | Noe Gonzalez needs a 2nd Surgery |
| | As per a doctors orders. ___ |
| | |
| 7-11-01 | Noe Gonzalez released from |
| | hospital. Released to family |
| | As per Judge Garza (Cameron Co.) |
| | phone orders. Mr. Lizcano informed |
| | me by phone. cms ___ |
| | |
| | |
| | |
| | |
| | |

Gonzalez Noe

**RESIDENTS NAME**

2___

**RESIDENTS #** | **PLT.**

DALGO COUNTY BOOT CAMP

PROGRESS NOTES

| DATE | NOTES |
|---|---|
| 6-21-01 | *[illegible handwritten notes]* |
| 6-22-01 | Skin Test ⊕ forearm  0.1 ml Lot # |
| | C015114  Exp. 10-6-01  cn4 *[illegible]* |
| 6-25-01 | Negative ⊕ Skin Test  ⊖ mm cn4 *[illegible]* |
| 6-27-01 | ⊖ pain c̄ swelling to (R) Knee × |
| | 2 days. cn4 *[illegible]* |
| | No previous problems — exercise related |
| | I Bf 600 bid × 20 *[illegible]* |
| | Knee Brace. |
| 7-2-01 | Infection (R) Knee c̄ phlebitis — |
| | Dr Aung /MS |
| | To ĉ K fw C+S, RX |
| | Bedrest til Weds  — |

Gonzalez Noe

RESIDENTS NAME

RESIDENTS #   |   PLT.   2nd

# *Romeo F. Montalvo, Jr. M. D., F. A. A. P.*



June 19, 2001

Judge Homer Salinas
Rehabilitation Center
Attn: Liz Cano

Re:    Noe Andres Gonzalez
       DOB 05/04/1982

Noe was seen in our office on 10/01/1996 for a contusion to the sacral spine.
Treatment plan was myoflex cream and heating pad with recommendation that if
there was no improvement a referral to an orthopedic specialist would be
necessary. An orthopedic evaluation was never required.

Noe was again seen at our office on 04/31/1997 with no mention of a back
problem.

I see no problem from his medical history for him to continue any physical activity.
Please do not hesitate to call me if I can be of further assistance regarding this
matter.

Sincerely,

Romeo F. Montalvo, Jr., M.D., F.A.A.P.

000007

General Pediatrics
Newborns, Children, & Adolescents
Tel (956) 541-9334

864 Central Blvd., Ste. 2200
Brownsville, TX 78520

*B. N. Lakshmikanth, M.D.*
ORTHOPEDIC SURGEON

GONZALEZ, NOE                                          05-23-95
While playing baseball, this patient felt pain going down the
right leg. Since then, the pain has been bothering him. He is
here at this time for a further evaluation.

On examination, thin-built, pleasant, young boy, in some
discomfort. Forward flexion is limited to 30 degrees. Walking
on his heels and toes well. Straight leg raising on the right is
about 60 degrees; on the left is about 80 degrees with discomfort
in the same area, in the right sacroiliac region. He has a
prominence of the right iliac crest. On the right side of the
posterior iliac spine, he is vaguely tender to palpation. The
pain goes all the way down to the right ankle on the lateral
aspect. Reflexes are good, even though they had to be
reenforced; otherwise, no sensory changes. X-rays of the
lumbosacral spine show a bilateral spondylolysis. The may
possibly also be the cause of his pain. This has been discussed
with the father.

IMPRESSION: Pinched nerve in the low back region.

RECOMMENDATION: Conservative therapy with anti-inflammatory
medication and back instructions. If he is still having problems
in about a week, I would like a neurosurgical evaluation.


GONZALEZ, NOE  06-01-95
Is feeling much better, very little pain. He has a straight leg
raising of almost 90 degrees without any discomfort. We will see
him back in four weeks. If everything is all right we will
discharge him. He is to gradually get back to activities.


THIS LETTER HAS BEEN DICTATED BY B.N.
LAKSHMIKANTH M.D. BUT NOT READ AND IS
SUBJECT TO DICTATION AND TRANSCRIP-
TION VARIANCE.

000008

315 JOSE MARTI BLVD.    •    BROWNSVILLE, TEXAS 78521    •    (210) 544-0401

# Medication Administration Record

Date Therapy Started: 6/28/01

Date Therapy to End: 7/17/01

Name: Gonzalez Noe                    # 40

Client#: _____

Platoon: 2nd

Medication: Ibuprofen 600rg

Lot#: DG3/99     Manufac.: Interphar     Exp: 3/02

| Date | Time | Resident | Drill Sgt. | Time | Residn | Drill Sgt. |
|------|------|----------|-----------|------|--------|-----------|
| 6/29 | 0800 | | ₂ | 2000 | | |
| 6/29 | 0800 | | ₂ | 2000 | N/ | Ĵ~ |
| 6/30 | 0800 | | ~ | 2000 | N/ | N.D. |
| 7/1 | 0800 | N.G | ~ | 2000 | ⟨⟨ | M.D |
| 7/2 | 0800 | N/G | ℓ | 2000 | | |
| 7/3 | 0800 | | _ | 2000 | | |
| 7/4 | 0800 | | _ | 2000 | | |
| 7/5 | 0800 | .. | /ℓ | 2000 | | |
| 7/6 | 0800 | Hospital | /ℓ | 2000 | | |
| 7/7 | 0800 | | | 2000 | | |
| 7/8 | 0800 | Hospital | .' | 2000 | | |
| 7/9 | 0800 | | ( | 2000 | Hospital | ℓ |
| 7/10 | 0800 | | | 2000 | | |
| 7/11 | 0800 | | | 2000 | | |
| 7/12 | 0800 | | | 2000 | | |
| 7/13 | 0800 | | | 2000 | | |

## DIRECTIONS

Give ~1~ ~~capsule~~ tablet(s) by mouth ~~twice~~ daily at 8am and at 8 pm.

*Take with food.*

000009

## BOOT CAMP PROFILE

DATE _9, 2, 01_

Resident _Gonzalez, Noe_ is on profile for the next _____3_____ days.

NO

_____ RUNNING
_____ JUMPING
_____ PUSH-UPS
_____ SIT-UPS
_____ KP
_____ BED REST

YES

_____ RUNNING
_____ JUMPING
_____ PUSH-UPS
_____ SIT-UPS
_____ KP
___✓__ BED REST        _fluids_

_____
**BOOT CAMP PHYSICIAN**

_____
**BOOT CAMP NURSE**

000010

(BOOT CAMP)

EDWARD G. APARICIO
JUDGE 92ND DISTRICT COURT

RODOLFO 'RUDY' DELGADO
JUDGE 93RD DISTRICT COURT

LETICIA HINOJOSA
JUDGE 139TH DISTRICT COURT

ROSE GUERRA REYNA
JUDGE 206TH DISTRICT COURT

JUAN R. PARTIDA
JUDGE 275TH DISTRICT COURT

MARIO E. RAMIREZ, JR.
JUDGE 332ND DISTRICT COURT

NOE GONZALEZ
JUDGE 370TH DISTRICT COURT

JOE E. LOPEZ
EXECUTIVE DIRECTOR

J.C. GOMEZ
DIRECTOR—BOOT CAMP

1000 NORTH 'M' RD
PO BOX 1109
EDINBURG, TEXAS 78540
PHONE 956 380-3311
FAX 956 380-3324

LETICIA LOPEZ
JUDGE 389TH DISTRICT COURT

AIDA SALINAS FLORES

RODOLFO 'RUDY' GONZALEZ
JUDGE COUNTY COURT AT LAW NO. 1

G. JAIME GARZA
JUDGE COUNTY COURT AT LAW NO. 2

HOMERO GARZA
JUDGE COUNTY COURT AT LAW NO. 3

FEDERICO 'FRED' GARZA, JR.
JUDGE COUNTY COURT AT LAW NO. 4

*Attn: Sara or Noe.*

*Fax to 388-6017*

# FAX
## COVER SHEET

TO: *Release of Medical Info. Edinburg Regional Medical Center*

DATE: *14 Aug. 2001*

SUBJECT: *Noe Gonzalez   Medical Record # 313695*

We are transmitting *2* page(s) (including cover sheet). If you do not receive all the pages, please call *Frank Luevanos* at (956) 380-3311.

COMMENTS: _____

_____

_____

_____

From the desk of....

*Frank Luevanos*

Homer Salinas Rehab. Center
(Boot Camp)
1000 M. Rd./P.O. Box 1109
Edinburg, Texas 78539

The information contained in the accompanying transmission is or may be protected by grand juror other confidentiality statute, or by a work product privilege and is confidential. This transmission is intended only for use by the addressee or entity above named. If you are not the intended recipient, or the recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited. No applicable privilege is waived or relinquished by the party sending the accompanying transmission.

If you have received this communication in error, please notify us immediately. Under certain facts, improper dissemination may be a criminal offense.

## AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize  Edinburg Regional Medical Ctr.  to release to:

Name: Judge Homer Salinas Rehabilitation Center (Boot Camp)

Address: P.O. Box 1109, Edinburg Tx. 78540 Fax # (956)380-3324

The following information from the hospital records of:

Patient name:  Noe Gonzalez          Date of Birth:    05/04/1982

Treatment Date:   7/02/01-7/11/01          Medical Record/SSN:  313695

Information to be released:

_X_ Entire Chart                _X_ Short Stay Form
_X_ Emergency Room              _X_ History & Physical
_X_ Face sheet                  _X_ Discharge Summary
_X_ Operative Report            _X_ Consultation
_X_ Physician's Order           _X_ Physician's Notes
_X_ Lab                         _X_ EKG
_X_ Radiology Report            ___ Pathology Reports
___ Other_____

There are no limitations placed on dates, history of illness or diagnostic and therapeutic information, including any treatment of alcohol/drug abuse, HIV-AIDS, or psychiatric treatment.  Please initial authentication _____

The above information is release for the following purposes and that purpose only. Medical review by Dr. Omar Garza.

I understand that I may revoke this authorization ant any time except to the extent that action has been taken in reliance on it and that in any event this authorization will expire 3 months from the date of my signature or otherwise specified by date, event or condition as follows.

I further authorize that a photocopy of this authorization form will be fully acceptable as an original.

Patient Signature:_____   Date:_ 8/10/01

Relationship to Patient: _____   Witness:_____

Prohibition of Redisclosure: This information has been disclose to you from records whose confidentiality is protected by Federal Law 42 C.F.R. Part 2, You are prohibited from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

000012

CONSENT OF DISCLOSURE AND AUTHORITY TO RELEASE INFORMATION

I, Noe A Gonzalez        , authorize the disclosure and or release
of information with regard to my background and any data on file
which could provide pertinent information i obtaining any type of
treatment, evaluation, academic education, vocational training,
employment and any other type of rehabilitative services.

I authorize Hidalgo County Community Supervision and Corrections
Department and its staff to furnish this information to any agency
that may be deemed appropriate to provide services during my
Commitment to the Boot Camp.

I further understand that any information released by the Hidalgo
County Community Supervision and Corrections Department or any
information sought by said department from other sources will be
handled confidentially and on a need-to-know basis.

I shall save and hold harmless the Hidalgo County Community
Supervision and Corrections Department and any other agency
providing that department with information for any and all
disclosures made with regard to my commitment to the Boot Camp.

_____         6/18/01
SIGNATURE                         DATE

_____         Jun 18-2001
SIGNATURE OF WITNESS              DATE

000013

# AUTHORIZATION FOR RELEASE OF INFORMATION

**I hereby authorize** Romeo F. Montalvo Jr. M.D.     **to release to:**

**Name:** Judge Homer Salinas Rehabilitation Center

**Address:** P.O. Box 1109, Edinburg, Tx. 78540 / (956) 330-3324   Fax #

**The following information from the hospital records of:**

**Patient Name:** _Noe Gonzalez_     **Date of Birth:** _5-4-82_

**Treatment Date:** _Oct. 96, 99_     **Medical Record/SSN:** _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_

**Information to be released:**

- ✓ Entire Chart
- ✓ Emergency Room
- ✓ Face Sheet
- ✓ Operative Report
- ✓ Physician's Order
- ✓ Lab
- ✓ Radiology report
- ✓ Other _M R I Results_

- ✓ Short Stay Form
- ✓ History & Physical
- ✓ Discharge Summary
- ✓ Consultation
- ✓ Physician's Notes
- ___ EKG
- ___ Pathology Reports

**There are no limitations placed on dates, history of illness or diagnostic and therapeutic information, including any treatment of alcohol/drug abuse, HIV-AIDS, or psychiatric treatment. Please Initial Authentication X** _N.G._

**The above information is release for the following purposes and that purpose only** _Dr. Omar Garza, M.D._

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it and that in any event this authorization will expire 3 months from the date of my signature or otherwise specified by date, event or condition as follows.

**I further authorize that a photocopy of this authorization form will be fully acceptable as an original.**

**Patient Signature:** _[signature]_     **Date:** _6-18-01_

**Relationship to Patient:** _Boot Camp Nurse_  **Witness:** _Frank Lucio_

**Prohibition of Redisclosure:** This information has been disclosed to you from records whose confidentiality is protected by Federal Law 42 C.F.R. Part 2. You are prohibited from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

000014

# AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize                                        to release to:

Name: Judge Homer Salinas Rehabilitation Center

Address: P.O. Box 1109, Edinburg, Tx.  78540 / (956) 380-3324          Fax #

The following information from the hospital records of:

Patient Name: Moe Gonzalez          Date of Birth: 5-4-82

Treatment Date: Oct. 96, 97          Medical Record/SSN: 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

Information to be released:

| | | | |
|---|---|---|---|
| ✓ | Entire Chart | ✓ | Short Stay Form |
| ✓ | Emergency Room | ✓ | History & Physical |
| ✓ | Face Sheet | ✓ | Discharge Summary |
| ✓ | Operative Report | | Consultation |
| ✓ | Physician's Order | ✓ | Physician's Notes |
| | Lab | | EKG |
| ✓ | Radiology report | | Pathology Reports |
| ✓ | Other: M R I Results | | |

There are no limitations placed on dates, history of illness or diagnostic and therapeutic information, including any treatment of alcohol/drug abuse, HIV-AIDS, or psychiatric treatment. Please initial Authentication X   M G

The above information is release for the following purposes and that purpose only   Dr. Omar Garza M.D.

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on it and that in any event this authorization will expire 3 months from the date of my signature or otherwise specified by date, event or condition as follows.

I further authorize that a photocopy of this authorization form will be fully acceptable as an original.
Patient Signature:                          Date: 6-18-01

Relationship to Patient: Boot Camp Nurse   Witness: Frank Lucero

Prohibition of Rediclosure: This information has been disclosed to you from records whose confidentiality is protected by Federal Law 42 C.F.R., Part 2. You are prohibited from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

000015

BOOT CAMP



EDWARD G. APARICIO
JUDGE 92ND DISTRICT COURT

RODOLFO 'RUDY' DELGADO
JUDGE 93RD DISTRICT COURT

LETICIA HINOJOSA
JUDGE 139TH DISTRICT COURT

ROSE GUERRA REYNA
JUDGE 206TH DISTRICT COURT

JUAN R. PARTIDA
JUDGE 275TH DISTRICT COURT

MARIO E. RAMIREZ, JR.
JUDGE 332ND DISTRICT COURT

NOE GONZALEZ
JUDGE 370TH DISTRICT COURT

JOE E. LOPEZ
EXECUTIVE DIRECTOR

J.C. GOMEZ
DIRECTOR-BOOT CAMP

1000 NORTH 'M' RD.
P.O. BOX 1109
EDINBURG, TEXAS 78540
PHONE 956 380-3311
FAX (956) 380-3324

LETICIA LOPEZ
JUDGE 389TH DISTRICT COURT

AIDA SALINAS FLORES
JUDGE 398TH DISTRICT COURT

RODOLFO 'RUDY' GONZALEZ
JUDGE COUNTY COURT AT LAW NO. 1

G. JAIME GARZA
JUDGE COUNTY COURT AT LAW NO. 2

HOMERO GARZA
JUDGE COUNTY COURT AT LAW NO. 3

FEDERICO 'FRED' GARZA, JR.
JUDGE COUNTY COURT AT LAW NO. 4

# FAX
## COVER SHEET

Fax to 544-0831
(956)

TO: _P.O. Rolando Trevino_

DATE: _08-08-02_

SUBJECT: _Release of Medical Info._

We are transmitting **2** page(s) (including cover sheet).  If you do not receive all the pages, please call _(956) 380 3324_
at (956) 380-3311.

COMMENTS: _____

_____

_____

From the desk of...

Homer Salinas Rehab. Center
(Boot Camp)
1000 M. Rd./P.O. Box 1109
Edinburg, Texas 78539

The information contained in the accompanying transmission is or may be protected by grand juror other confidentiality statute, or by a work product privilege and is confidential.  This transmission is intended only for use by the addressee or entity above named.  If you are not the intended recipient, or the recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited.  No applicable privilege is waived or relinquished by the party sending the accompanying transmission.

If you have received this communication in error, please notify us immediately.  Under certain facts, improper dissemination may be a criminal offense.

000016

## AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize  Edinburg Regional Medical Ctr.  to release to:

Name: Judge Homer Salinas Rehabilitation Center (Boot Camp)

Address: P.O. Box 1109, Edinburg Tx. 78540 Fax # (956)380-3324

The following information from the hospital records of:

Patient name:  Noe Gonzalez            Date of Birth:    05/04/1982

Treatment Date:   7/02/01-7/11/01      Medical Record/SSN:  313695

Information to be released:

- X Entire Chart
- X Emergency Room
- X Face sheet
- X Operative Report
- X Physician's Order
- X Lab
- X Radiology Report
- ___ Other_____

- X Short Stay Form
- X History & Physical
- X Discharge Summary
- X Consultation
- X Physician's Notes
- X EKG
- ___ Pathology Reports

There are no limitations placed on dates, history of illness or diagnostic and therapeutic information, including any treatment of alcohol/drug abuse, HIV-AIDS, or psychiatric treatment.  Please initial authentication [/_____

The above information is release for the following purposes and that purpose only.  Medical review by Dr. Omar Garza.

I understand that I may revoke this authorization ant any time except to the extent that action has been taken in reliance on it and that in any event this authorization will expire 3 months from the date of my signature or otherwise specified by date, event or condition as follows.

I further authorize that a photocopy of this authorization form will be fully acceptable as an original.

Patient Signature:_____    Date:_____

Relationship to Patient:_____    Witness:_____

**Prohibition of Redisclosure:** This information has been disclose to you from records whose confidentiality is protected by Federal Law 42 C.F.R, Part 2, You are prohibited from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

000017

COMM                SUPERVISION & CORRECTIONS              TMENT
                         (BOOT CAMP)



EDWARD G. APARICIO
JUDGE 92ND DISTRICT COURT

RODOLFO "RUDY" DELGADO
JUDGE 93RD DISTRICT COURT

LETICIA HINOJOSA
JUDGE 139TH DISTRICT COURT

ROSE GUERRA REYNA
JUDGE 206TH DISTRICT COURT

JUAN R. PARTIDA
JUDGE 275TH DISTRICT COURT

MARIO E. RAMIREZ, JR.
JUDGE 332ND DISTRICT COURT

NOE GONZALEZ
JUDGE 370TH DISTRICT COURT

JOE E. LOPEZ
EXECUTIVE DIRECTOR

J.C. GOMEZ
DIRECTOR-BOOT CAMP

1000 NORTH "M" RD.
P.O. BOX 1109
EDINBURG, TEXAS 78540
PHONE (956) 380-3311
FAX (956) 380-3324

LETICIA LOPEZ
JUDGE 389TH DISTRICT COURT

AIDA SALINAS FLORES
JUDGE 398TH DISTRICT COURT

RODOLFO "RUDY" GONZALEZ
JUDGE COUNTY COURT AT LAW NO. 1

G. JAIME GARZA
JUDGE COUNTY COURT AT LAW NO. 2

HOMERO GARZA
JUDGE COUNTY COURT AT LAW NO. 3

FEDERICO "FRED" GARZA, JR.
JUDGE COUNTY COURT AT LAW NO. 4

Attn: Sara   or Noe.

Fax to
388-6011

# FAX
## COVER SHEET

TO: _Release of Medical Info. Edinburg Regional Medical Center_

DATE: _14 Aug. 2001_

SUBJECT: _Noe Gonzalez   Medical Record # 313695_

We are transmitting _2_ page(s) (including cover sheet). If you do not receive all the pages, please call _Frank Luevano_ at (956) 380-3311.

COMMENTS: _____

_____

_____

_____

From the desk of....

_Frank Luevano_

Homer Salinas Rehab. Center
(Boot Camp)
1000 M. Rd./P.O. Box 1109
Edinburg, Texas 78539

The information contained in the accompanying transmission is or may be protected by grand juror other confidentiality statute, or by a work product privilege and is confidential. This transmission is intended only for use by the addressee or entity above named. If you are not the intended recipient, or the recipient, you are hereby notified that any use, distribution or copying of this communication is strictly prohibited. No applicable privilege is waived or relinquished by the party sending the accompanying transmission.

If you have received this communication in error, please notify us immediately. Under certain facts, improper dissemination may be a criminal offense.

000018

RECEIVED
AUG 20 2001
BOOT CAMP
HIDALGO COUNTY EDINBURG, TX.

# McALLEN MEDICAL CENTER
## McALLEN, TEXAS 78503

PATIENT: GONZALEZ, NOE        MR#: 313695
PHYSICIAN: Socrates Garrigos, M.D.     RM#:

PHYSICAL EXAMINATION: General appearance, pleasant male, no distress. Vital signs, blood pressure 142/80, temperature 101.5, pulse 88, respirations 22. HEENT, atraumatic, pupils are PERRLA. Neck, no JVD. Lungs clear. Heart, regular rate. Abdomen, soft. Extremities, distal peripheral pulses are good. The right knee has an area of fluctuance at the tip of the patella with purulent discharge and tip of necrosis in the left anterior thigh. There is also an area of about 3 cm in diameter with erythema and necrotic 2 mm center. There is no pus or fluctuance in this lesion. Neurologically, unremarkable.

LABS: White blood cell count 13.7, hemoglobin 14.4, platelet 359,000, 83.3% neutrophils.

HOSPITAL COURSE: The patient was admitted to the services of Dr.Socrates Garrigos, started on Claforan 1 gm IV q.8h. and analgesia using Vicodin ES 2 p.o. q.6h. as well as Tylenol 500 mg. He was placed on regular diet and with a surgical consultation. Wound cultures were done and wet-to-dry dressing was done. Surgery saw the patient and recommended debridement and irrigation of the prepatellar abscess in the right knee. Ortho consult saw the patient, and the patient underwent wound debridement, incision and drainage of the abscess, with irrigation of the prepatellar abscess on the right knee. This was done on 07/04/01. Iodoform packing of the prepatellar abscess in the right knee was also done. The left thigh wound revealed Staph aureus and the right knee wound revealed MRSA. The patient was started on Vancomycin 1 gm q.12h. continuing Zosyn which had been started. By 07/06, ID consult went ahead and discontinued Zosyn and continued the patient on Vancomycin since MRSA was isolated from both wound cultures. The patient was taken back to the OR on 07/10/01 for a wound debridement, irrigation, and closure, placing 1 small Hemovac drain. By 07/11 the patient was afebrile, doing well, no new complaints, stable, and was dismissed home on Levaquin 500 mg q.d. for 10 days, Vicodin p.r.n. Follow up with Dr. Romero or Dr. Jelinek in 2 weeks. Follow with Dr. Schroeder 07/20. Wound care precautions given.

Socrates Garrigos, M.D.

TL422/SG   JOB: 16262
DD:  07/28/01
DT:  07/29/01

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or h : legal representative.

DISCHARGE SUMMARY

2

000019

*ERMC*

## McALLEN MEDICAL CENTER
### McALLEN, TEXAS 78503

### DISCHARGE SUMMARY

PATIENT:   GONZALEZ, NOE                          MR#:   313695
PHYSICIAN: Socrates Garrigos, M.D.                RM#:

ADMISSION DATE: 07/02/01

DISCHARGE DATE: 07/11/01

Dictated by: Alfredo Lopez, CRNA

ADMITTING DIAGNOSIS:  Right lower extremity cellulitis, rule out
abscess, rule out septic arthritis, possible brown recluse spider
bite.

DISCHARGE DIAGNOSES.
1.  Toxic affects of venom.
2.  Cellulitis of the right leg.
3.  Lymphangitis.
4.  Venomous spider bite.

PROCEDURE:  Excision, debridement, irrigation, and closure of open
wound, status post incision and drainage of prepatellar abscess of
the right knee.

CONSULTANTS:
1.  Frank Schroeder MD
2.  Jesus Valdez MD

SUMMARY OF HISTORY AND PHYSICAL:  This is a 19-year-old who was
brought in from boot camp to the emergency room with complaint of
intense pain and swelling to the right knee area and right leg
associated with fever.  This started 5 days ago after an insect
bite to this area.  He had been working out and kneeling on the
floor.  His guardian stated that there have been several incidents
with brown recluse spiders at the boot camp.  The patient
reportedly also mentions an insect bite or spider bite in the left
anterior thigh.

PAST MEDICAL HISTORY:  Negative.

ALLERGIES:  Negative.

PAST SURGICAL HISTORY:  Negative.

FAMILY HISTORY: Noncontributory.

IMMUNIZATIONS:  Up to date.

SOCIAL HISTORY:  Does not smoke.  Occasionally drinks alcohol.

Continued.....

000020

EDINBURG REGIONAL MEDICAL CENTER
1102 W. TRENTON ROAD, P.O. BOX 2000
EDINBURG, TEXAS 78539
(956) 388-6000

PATIENT: GONZALEZ, NOE          AGE: 19     RM: 0008     MR#: 313695

DOCTOR: SOCRATES GARRIGOS, M.D.     ADM: 07/02/2001     AR#: 341731594

CONTINUATION.....Page 3

LABORATORY/RADIOLOGICAL DATA:

Total white blood cell count 13,700, hemoglobin 14.4, and platelet count 359,000, 83.8% neutrophils.

Blood cultures have been ordered in the Emergency Room and are pending at this point.

ASSESSMENT:
1.    RIGHT LOWER EXTREMITY CELLULITIS.
2.    RULE OUT ABSCESS.
3.    RULE OUT SEPTIC ARTHRITIS WHICH I REALLY DOUBT GIVEN THE APPEARANCE OF THE KNEE.
4.    POSSIBILITY OF BROWN RECLUSE SPIDER BITE IS PRESENT.

PLAN:
1.    The patient will be treated accordingly with Claforan.
2.    We will obtain a surgical consultation for incision and drainage.

DATE POSTED:

SOCRATES GARRIGOS, M.D.

SG/azg
D:  07/02/2001
T:  07/03/2001    JOB#: 14716

HISTORY AND PHYSICAL EXAMINATION

000021

EDINBURG REGIONAL MEDICAL CENTER
1102 W. TRENTON ROAD, P.O. BOX 2000
EDINBURG, TEXAS 78539
(956) 388-600,0

---

PATIENT: GONZALEZ, NOE          AGE: 19     RM: C208     MR#: 313695

DOCTOR: SOCRATES GARRIGOS, M.D.     ADM: 07/02/2001     AR#: 341731594

---

CONTINUATION.....Page 2

PHYSICAL EXAMINATION:

GENERAL APPEARANCE:  The patient a very pleasant young man who appears to be in no acute distress but appears to be in pain. He is well developed, well nourished. He has an antalgic position to the right lower extremity. His mood, affect, and memory are intact.

VITAL SIGNS: Blood pressure: 143/80, temperature: 101.5, pulse: 88, respiration: 22.

HEAD, EYES, EARS, NOSE AND THROAT:  Atraumatic.  The pupils are equal, round and reactive to light and accommodation, normal conjunctivae, cornea, eyelids, and fundi.  The ear canals look normal. The membranes look normal. Nose: No bleeding or discharge, no congestion. The oropharynx looks normal.

NECK:  Shows no jugular venous distention, no bruits, no adenopathy.

CHEST:  The lungs are clear to auscultation and percussion.

HEART:  Reveals a regular rate and rhythm.  S1 and S2.  There is no gallop.

ABDOMEN:  Bowel sounds are present.  No hepatosplenomegaly.

EXTREMITIES:  Reveal good distal peripheral pulses. In the right knee area there is an area of fluctuance at the tip of the patella with purulent discharge and a tip of necrosis in the left anterior thigh. There is also an area of about 3 centimeters in diameter with erythema and necrotic 2 millimeter center. There is no pus or fluctuance in this lesion.

NEUROLOGICAL:  His speech is normal. CRANIAL NERVES: II through XII are intact.  REFLEXES: Normal.  STRENGTH:  Strength is symmetrical and normal.

This information has been disclosed to you from confidential medical records. You are prohibited from making any further disclosure without specific written consent of the person to whom it pertains or his legal representative.

CONTINUED.......HISTORY AND PHYSICAL

000022

EDINBURG REGIONAL MEDICAL CENTER
1102 W. TRENTON ROAD, P.O. BOX 2000
EDINBURG, TEXAS  78539
(956)  388-6000

PATIENT: GONZALEZ, NOE          AGE: 19     RM: 0208     MR#: 313695

DOCTOR: SOCRATES GARRIGOS, M.D.     ADM: 07/02/2001     AR#: 341731594

CHIEF COMPLAINT:     RIGHT KNEE PAIN.

HISTORY OF PRESENT ILLNESS:  The patient is a 19-year-old gentleman who is brought from the Boot Camp to the Emergency Room at Edinburg Regional Medical Center with a chief complaint of intense pain and swelling of the right knee area and right leg area associated with fever. The symptoms started about five days ago after he had an insect bite to this area. He also states that he has been working out and kneeling on the floor.

His guardian states that there have been several incidents with brown recluses at the Boot Camp.  The patient reportedly also  mentions an insect bite or spider bite in the left anterior thigh.

His parents have been contacted by Dr. Martinez from the Emergency Room and they have given verbal permission to treat the patient.

PAST MEDICAL HISTORY:  Negative.

ALLERGIES:  HE DENIES ANY ALLERGIES.

PAST SURGICAL HISTORY:  Negative.

REVIEW OF SYSTEMS:
CONSTITUTIONAL SYMPTOMS:  Other than fever and chills, the review of systems is basically unremarkable.  The patient denies nausea and vomiting, diarrhea, headaches, visual problems,  or pain in any other area other than the affected right lower extremity and left anterior thigh.

FAMILY HISTORY:  Not contributory.

IMMUNIZATIONS:  Up to date as per the patient.

SOCIAL HISTORY:   He states that he doesn't smoke and he occasionally drinks alcohol.

CONTINUED.......HISTORY AND PHYSICAL

000023

PHYSICAL EXAM: POSITIVE / NEGAT        :Normal AB=Abnormal NE=Not Exam.

Vital Signs: Temp _101.5_ PR _88_ RR ___ BP _143  80_ O2Sat ___ %

General Appearance: Normal___ Alert/Oriented x _____ Acute Distress___ Well Developed___ Nourished___

PSYCH: Normal___ Mood___ Affect___ Memory___

HEAD / FACE: Normal___ Atraumatic___

EYES: Normal___ PERRLA___ Conjunctivas___ Eyelid___ Cornea___ Fundi___

EARS: Normal___ Pinna___ Ear Canal___ TM___ R___ L___

NOSE: Normal___ Discharge___ Bleeding___ Congested___

OROPHARYNX: Normal___ Mouth___ Teeth___ Tongue___ Pharynx___ Tonsils___ Mucous___

NECK: Normal___ Supple___ Tender___ Thyromegaly___ Masses___ JVD___ Bruits___

BREAST: Normal___ Masses___ Tender___ Symmetric___ Nipple Discharge___

CHEST: Normal___ Tenderness___ Crepitus___ Paradoxical Movement___ Retractions___

LUNGS: Normal___ Clear___ Ventilation___ Symmetric___ Rales___ Wheezing___ Ronchi___
        Stridor___ Percussion___ R___ L___

HEART: Normal___ Rate: Regular___ Irregular___ Murmurs___ Gallops___ PMI___

VASCULAR: Normal___ Carotid Bruits___ JVD___ Distal Pulses: Radial___ Femoral___ Pedal___
        Abdominal Aorta___ Peripheral Edema___ Varicose Veins___

ABDOMEN: Normal___ Soft___ Distended___ Guarding___ Tender___ Rebound (+)___ Masses___
        Hepatomegaly___ Splenomegaly___ Murphy (+)___ CVA's___ Bowel Sounds___ Hernias___

RECTAL: Normal___ Tone___ Fissures___ Hemorrhoids___ Masses___

GENITAL: Normal___ Penis___ Testis___ VAGINAL: Vulva___ Vagina___ Discharge___
___ Bleeding___ Cervix___ Uterus___ Adnexa___ R___ L___

NEUROLOGICAL: Normal___ Speech___ CNII-XII___ DTR's___ Motor___ Sensory Function___

MUSCULOSKELETAL: Normal___ Neck___ Back___ Extremities___ Gait___

SKIN: Normal___ Color___ Dry___ Turgor___ Rash___ Hair___ Nails___ Lacerations___ Abrasions___ Contusions___

LYMPHATIC: Normal___ Nodes___ Cervical___ Axillary___ Inguinal___

| CBC: | SMA7: | CARDIAC: | UA: | LFT: |
|---|---|---|---|---|
| WBC _12.7_ | Gluc____ | CPK____ | PH____ | SGPT____ |
| Hgt____ | Bun____ | CPKMB____ | Prot____ | SGOT____ |
| Hct____ | Cr____ | Troponin____ | Glucose____ | LDH____ |
| Plat____ | Na____ | BLOOD GAS: | Ketones____ | BILI____ |
| Neut _83_ | K____ | PH____ | WBC____ | Alkphos____ |
| Lymp____ | Cl____ | PCO2____ | RBC____ | Amylase____ |
| Band____ | CO2____ | PC2____ | Bac____ | Lipase____ |
| Other____ | | HCO2____ | | INR____ |

EKG:                                                              PT____
XRAYS:                                                            PTT____

ER COURSE / PROCEDURES: _____

DX: _____

PLAN: _____

PHYSICIAN SIGNATURE _____    TIME OF DISCHARGE _____    DICTATION NO._____

Name: _____  Time Seen: _7:45 (?)_

CHIEF COMPLAINT: _Abcess / cellulitis_
_local necrosis (R) knee_

HPI: (Symptom, Location, Onset, Severity, Quality, Associated Symptoms, Treatment Prior to Arrival) _This pt a 19 y/o/o ♂ w/ petty_
_____ _____ _____ med ordered by_
_Metcalf n. Has severe cellulitis /_
_abcess formation & focal necrosis_
_w/ eruption on the (R) knee, two_
_5 days ago. Sec to insect bite ?_
_Fever 101.5°F_

## REVIEW OF SYSTEMS    POSITIVE / NEGATIVE

**CONSTITUTIONAL**
Fever / Chills
Weight Loss / Gain
Malaise / GBW
Decreased Appetite

**HEAD**
Headache
Head Trauma

**EYES**
Vision Problems
Pain
Discharge

**EARS**
Decreased Hearing
Earache
Discharge

**NOSE**
Nasal Congestion
Post Nasal Drip
Runny Nose

**OROPHARYNX**
Toothache
Sore Throat
Voice Changes

**NECK**
Neck Pain
Swollen Glands

**RESPIRATORY**
Productive Cough
Nonproductive Cough
SOB
Wheezing
Pleuritic Chest Pain

**VASCULAR**
Claudication
Pedal Edema

**HEMOTOLOGICAL**
Easy Bruising
Excessive Bleeding
Enlarged Node

**CARDIOVASCULAR**
Chest Pain
Effort Related Dys
Palpitations
Orthopnea
PND

**GASTROINTESTINAL**
Abdominal Pain
Nausea / Vomiting
Diarrhea
Hematemesis
Melena
Constipation

**URINARY**
Flank Pain
Dysuria
Frequency
Hematuria

**GENITAL**
Testicular Pain
Penile Discharge
Vaginal Bleeding
Vaginal Discharge

**MUSCULOSKELETAL**
Neck Pain
Back Pain
Extremity Pain
Joint Swelling
Joint Tenderness

**NEUROLOGICAL**
Altered Mental Status
Syncope
Dizziness
Focal Weakness
Focal Numbness
Seizures

**ENDOCRINE**
Heat / Cold Tolerance
Polydipsia
Polyphagia

**BREAST**
Breast Lump / Pain
Nipple Discharge

**SKIN**
Rash
Lesion

**PSYCHIATRIC**
Mood Swings
Insomnia
Anxiety

**ALL SYSTEMS NORMAL EXCEPT AS NOTED.**        **UNABLE TO OBTAIN DUE TO ALTERED MENTAL STATUS.**

PAST MEDICAL HX: Negative // A-Fib / AMI / Aneurysm / Angina / CAD / CHF / HTN / PTCA // Asthma / COPD /TB // Cirrhosis
Gall Stones / GI Bleed / PUD // Kidney Stones / UTI // DM / Hyperthyroidism / Hypothyroidism // CVA / Migraines / Seizures //
Arthritis / Gout // Glaucoma / Cataracts // Anemia // Depression // HIV // Psych. // Others _____

SURGICAL HX: Negative // Abd / Colecy / Appe / Hernia / Hyst / BTL / C-Sect. / CABG / Cataracts / Cervical or Lumbar / Ortho / TUF
Other _____

LMP: _____ EDC _____ G____ P____ A____ B____

FAMILY HX: Negative / CA / CAD / Depression / DM / HTN

MEDICATIONS: See Nurses' List

ALLERGIES: _____NKA_____

SOCIAL HX: Lives with: _____ Smoker _____  IMMUNIZATIONS: _____

Occupation: _____  Primary MD: _____

**(OVER)**

EDINBURG REGIONAL MEDICAL CENTER
1102 WEST TRENTON ROAD    P.O. BOX 2000
EDINBURG, TEXAS  78539
(956)  388-6000

---

PATIENT: GONZALEZ, NOE          AGE: 19    ROOM: 0308    MR#: 313695

DOCTOR: FRANK W. SCHROEDER, D.O.        ADM: 07/02/2001 AR#: 341731594

---

CONTINUATION.......Page 3


Having tolerated the procedure well, the patient was uneventfully
reacted from general anesthesia and brought to Post Anesthesia Care
Unit  in satisfactory condition.


cc:  MICHAEL JELINEK, M.D.
     SOCRATES GARRIGOS, M.D.




DATE POSTED: _____

                                    _____
                                    FRANK W. SCHROEDER, D.O.




FWS/se
D:  07/04/2001
T:  07/05/2001      JOB#: 15203

---

OPERATIVE REPORT

000026

EDINBURG REGIONAL MEDICAL CENTER
1102 WEST TRENTON ROAD    P.O. BOX 2000
EDINBURG, TEXAS  78539
(956)  388-6000

---

PATIENT: GONZALEZ, NOE          AGE: 19      ROOM: 0208      MR#: 313695

DOCTOR: FRANK W. SCHROEDER, D.O.      ADM: 07/02/2001 AR#: 341731594

---

CONTINUATION.......Page 2

into the knee joint or other areas, need for addressing other areas of
infection not determined by the patient's physical exam, pain, limited
motion, stiffness, weakness of limb.  They understand and wish to
proceed.  Informed consent was obtained.

PROCEDURE:  With the patient on the Operating Room in the supine
position on the Operating Room table, general anesthesia was
uneventfully administered.  Examination was first directed to the left
thigh.  There was a small pimple-like lesion approximately 2-3
millimeters in diameter obviously containing purulent material.  This
was expressed, approximately 3 cc of purulent was obtained.  The
surrounding wound was quite clean.  There was no evidence of cellulitis
or extension of this wound area.  A dressing was placed to this area.

Next, attention was directed to the right lower extremity.  A
tourniquet was placed but not inflated about the upper right thigh and
the right lower extremity was then prepped and draped in a sterile
fashion.  The wound edge was sharply debrided with a knife.  A curet
was then used to debride the anterior of the abscessed cavity.
Approximately 10 cc of purulent material and nonviable tissue was
removed.

The abscessed cavity was then copiously irrigated.  There did not
appear to be any intra-articular extension of this.  The cultures and
gram stain were obtained.  Following this, the wound was packed with
Iodoform gauze.  Sterile dressing was applied.

CONTINUED.........OPERATIVE REPORT                    000027

2

EDINBURG REGIONAL MEDICAL CENTER
1102 WEST TRENTON ROAD    P.O. BOX 2000
EDINBURG, TEXAS  78539
(956)  388-600,0

PATIENT: GONZALEZ, NOE          AGE: 19    ROOM: 0208    MR#: 313695

DOCTOR. FRANK W. SCHROEDER, D.O.      ADM: 07/02/2001 AR#: 341731594

DATE OF SURGERY:            7/4/2001

PREOPERATIVE DIAGNOSIS.     1.  PREPATELLAR ABSCESS OF THE RIGHT KNEE
                           2.  ABSCESS LEFT THIGH

POSTOPERATIVE DIAGNOSIS.    1.  PREPATELLAR ABSCESS OF THE RIGHT KNEE
                           2.  ABSCESS LEFT THIGH

OPERATION:                 1.  DEBRIDEMENT, INCISION AND DRAINAGE OF
                           ABSCESS WITH IRRIGATION OF PREPATELLAR
                           ABSCESS RIGHT KNEE.
                           2.  DRAINAGE OF ABSCESS LEFT THIGH.

SURGEON:                   FRANK W. SCHROEDER, D.O.

ANESTHESIA:                GENERAL.

COMPLICATIONS:             NONE.

ESTIMATED BLOOD LOSS:      15 CC.

DRAINS:                    IODOFORM PACKING OF PREPATELLAR ABSCESS
                           RIGHT KNEE.

INDICATIONS:  This 19 year old male presented to the hospital several
days ago with a history of a fall onto his left knee about one week
ago.  His knee became progressively painful and obviously infected.

He was admitted to the hospital and placed on intravenous antibiotics.
Orthopedic evaluation determined that there was a prepatellar abscess
present.  The pus was expressed at the bedside to decompress this area
and surgery was scheduled for the next day as the patient had just had
a full dinner.  Also, in the morning of surgery it was brought to my
attention by the family that there was a small abscess involving the
left thigh.  Apparently this is the result of a spider bite the patient
had sustained some time before.

The proposed surgery, expected outcome and possible complications have
been discussed with the family and patient in detail.  They understand
the potential complications to include but not be limited to continued
infection, failure to resolve infection, worsening of the infection,
failure to cure infection, chronic pain, extension of the infection

CONTINUED.........OPERATIVE REPORT

000028

EDINBURG REGIONAL MEDICAL CENTER
1102 WEST TRENTON ROAD    P.O. BOX 2000
EDINBURG, TEXAS  78539
(956)  388-6000

---

PATIENT: GONZALEZ, NOE              AGE: 19    ROOM: 0208    MR#: 313695

DOCTOR: FRANK W. SCHROEDER, D.O.         ADM: 07/02/2001 AR#: 341731594

---

CONTINUATION.......Page 2


Copious irrigation was carried out and the wound appeared to be clean
and free of any pus.  All portions of the wound were viable and
granulating.

The wound was then closed using a combination of simple and interrupted
and vertical mattress nylon sutures. The wound was closed over a small
Hemovac drain.  A sterile dressing was applied.

Having tolerated the procedure well, the patient was uneventfully
reacted from the general anesthesia  and brought to the Post Anesthesia
Care Unit in satisfactory condition.

CC:    SOCRATES GARRIGOS, M.D.

DATE POSTED:

                                    _____
                                    FRANK W. SCHROEDER, D.O.


FWS/azg
D:  07/10/2001
T:  07/11/2001     JOB#: 17548

---

OPERATIVE REPORT

000029

EDINBURG REGIONAL MEDICAL CENTER
1102 WEST TRENTON ROAD    P.O. BOX 2300
EDINBURG, TEXAS  78539
(956) 388-6000

PATIENT: GONZALEZ, NOE          AGE: 19    ROOM: 0203    MR#: 313395

DOCTOR: FRANK W. SCHROEDER, D.O.       ADM: 07/02/2001 AR#: 341731594

DATE OF SURGERY:              07/10/2001

SURGEON:                      FRANK W. SCHROEDER, D.O.

ANESTHESIA:                   GENERAL.

PREOPERATIVE DIAGNOSIS:        OPEN WOUND STATUS POST INCISION AND
                              DRAINAGE OF PREPATELLAR ABSCESS RIGHT KNEE.

POSTOPERATIVE DIAGNOSIS:       OPEN WOUND STATUS POST INCISION AND
                              DRAINAGE OF PREPATELLAR ABSCESS RIGHT KNEE.

OPERATION:                    WOUND DEBRIDEMENT.
                              IRRIGATION AND CLOSURE.

COMPLICATIONS:                NONE.

DRAINS:                       ONE SMALL HEMOVAC.

FLUIDS:                       600 CC CRYSTALLOIDS.

ESTIMATED BLOOD LOSS:         5 CC.

HISTORY:  This 19 year-old male was brought to the Operating Room
approximately six days ago for debridement and drainage of a
prepatellar abscess of the right knee.  The patient has been on
intravenous antibiotics and has responded very well.  It is felt that
the wound is in satisfactory condition for closure at this point.

The proposed surgery, expected outcome, and possible complications
including but not limited to infection, bleeding, blood vessel or nerve
injury, recurrence of the infection, need to reopen the wound,
dehiscence of the wound, need to maintain the leg in a protected
position to allow the wound to heal, have been discussed with the
patient and his mother and they understood.  An informed consent was
obtained.

PROCEDURE:  With the patient in the supine position on the Operating
Room table, general anesthesia  was uneventfully administered.  No
tourniquet was utilized.  The wound was debrided in its interior with a
curet.  The wound edges were sharply incised with a knife.

This information has been disclosed to
you from confidential medical records.
You are prohibited from making any
further disclosure without specific written
consent of the person to whom it pertains
or his legal representative.

CONTINUED........OPERATIVE REPORT

000030

RADIOLOGY REPORT

≈ 208

GONZALEZ, NOE                          DOB: 05/04/82 AGE:  19     ROOM: 12
PO BOX 1109                   , EDINBURG, TX  78540          956-380-3311
EXAM PERFORMED/QC BY: DELUNA, MICHELLE                        F/C   F
XR#: 000313695 EXAM DATE:  07/02/01  SEQ#:  117  SSN: 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  VT: ER

     XR KNEE 3V RT                      73562


PX R KNEE
=============================================================================
CLINICAL HISTORY:   RIGHT KNEE PAIN.

RIGHT KNEE 3 VIEWS

There  is soft tissue swelling.   An  MRI may be considered to exclude
any internal derangement.  There is no fracture or dislocation.

IMPRESSION:    **SOFT TISSUE SWELLING.**


SID/AA
V:  07/02/01  18:16
D:  07/03/01  09:36            READ BY A. S SIDHARTHAN, M.D.
T:  07/03/01  09:36         RELEASED BY A. S SIDHARTHAN, M.D.
=============================================================================
EDINBURG REGIONAL MEDICAL CENTER  |  GONZALEZ, NOE                    ER
         EDINBURG, TEXAS          |  ACCT#:  0341731594
                                  |  XRAY#:  000313695  05/04/82  M/19
    DEPARTMENT OF IMAGING         |  NICHOLAS METCALF, M.D.
RADIOLOGY - NUCLEAR MEDICINE
 ULTRASOUND - C.T. - M.R.I.
                         Page 1 of 1

                    ***CHART COPY***

EDINBURG REGIONAL MEDICAL CENTER
1102 W. Trenton, Edinburg, TX  78539
(956) 388-6710    CLIA ID# 45D0503580

C U M U L A T I V E   L A B O R A T O R Y   R E P O R T

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●| GONZALEZ,NOE

| Collection Date>|SA 07/07/2001 |MO 07/02/2001 | | | | | ID#: 341731594 |
| Time>| 02:05  2FL | 18:30  2FL | | | | Report:1    Page: 1 |
| |Lab Acn# 5651 |Lab Acn# 4251  Lab Acn# | Lab Acn# |Lab Acn# | | Reference Ranges |

| Collection Cmt. |Coll. by RDA |Coll. by RB | | | [ - ] |
| | |Comment -> aa | | | [ - ] |
| | Comment   aa  COLLECTED BY NURSE | | | |

C H E M I S T R Y

| Vanco.-Trough | 5.9 | | | | ug/mL | [ 5.0 - 10.0 ] |

H E M A T O L O G Y

| CBC | | CBC | | | | |
| WBC | | 13.7 HI | | | x 10 3 | [ 4.3 - 11.0 ] |
| RBC | | 4.65 | | | x 10 6 | [ 4.60 - 6.20 ] |
| Hemoglobin | | 14.4 | | | g/dl | [ 14.0 - 18.0 ] |
| Hematocrit | | 43.2 | | | % | [ 40.0 - 54.0 ] |
| MCV | | 93.3 | | | fl | [ 80.0 - 94.0 ] |
| MCH | | 31.2 | | | pg | [ 26.0 - 33.0 ] |
| MCHC | | 33.4 | | | g/dl | [ 31.0 - 36.0 ] |
| RDW - % | | 12.4 | | | % | [ 10.0 - 20.0 ] |
| MPV | | 8.4 | | | fl | [ 0.0 - 11.0 ] |
| Platelet Count | | 359 | | | x 10 3 | [ 150 - 375 ] |
| AUTO DIFF | | AUTO DIFF | | | | |
| Neutrophils % | | 83.8 HI | | | % | [ 53.2 - 78.4 ] |
| Lymphocytes % | | 8.0 LO | | | % | [ 17.0 - 39.5 ] |
| Monocyte % | | 6.7 | | | % | [ 0.0 - 14.0 ] |
| Eosinophil % | | 1.0 | | | % | [ 0.0 - 6.0 ] |
| Basophil % | | 0.5 | | | % | [ 0.0 - 2.0 ] |
| Neutrophils # | | 11.5 HI | | | x 10 3 | [ 2.0 - 7.0 ] |
| Lymphocytes # | | 1.1 LO | | | x 10 3 | [ 1.3 - 4.4 ] |
| Monocytes # | | 0.9 | | | x 10 3 | [ 0.0 - 1.4 ] |
| Eosinophils # | | 0.1 | | | x 10 3 | [ 0.0 - 0.5 ] |
| Basophils # | | 0.1 | | | x 10 3 | [ 0.0 - 0.2 ] |

Patient: GONZALEZ,NOE             Loc: 2FL  Room:  208S        Doctor : GARRIGOS, SOCRATES A
Hosp. #: 341731594                Sex: M    Age:  19           Printed:  07/07/2001 @ 19:06
SSN   : 000313695                 DOB: 5 -4 -1982               Report: 1    Page: 1

000032

EDINBURG REGIONAL MEDICAL CENTER
1102 W. Trenton, Edinburg, TX  78539
(956) 388-6710    CLIA ID# 45D0503580

## C U M U L A T I V E   L A B O R A T O R Y   R E P O R T

GONZALEZ,NOE
ID#: 341731594

| Collection Date> | WE 07/11/2001 | SA 07/07/2001 | MO 07/02/2001 | | | | Re rt:1   Page: 1 |
|---|---|---|---|---|---|---|---|
| Time> | 17:45 | 02:05   2FL | 18:30   2FL | | | | |
| | Lab Acn# D482 | Lab Acn# 5651 | Lab Acn# 4251 | Lab Acn# | Lab Acn# | | |
| | ==Most Recent== | | | | | | Reference Ranges |
| Collection Cmt | | Coll. by RDA | Coll  by RB | | | | - |
| | | | Comment -> aa | | | | - |
| Comment : aa  COLLECTED BY NURSE | | | | | | | |

## C H E M I S T R Y

| Discharged | | Comment -> aa | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Comment : aa  "See Addendum Single Reports for Pending | | | | | | |
| | | | Test Results" | | | | | |
| Vanco.-Trough | | | 5.9 | | | ug/mL | [ 5.0 - 10.0 ] |

## H E M A T O L O G Y

| | | | | | | | Reference | |
|---|---|---|---|---|---|---|---|---|
| CBC | | | CBC | | | | [ - ] | |
| WBC | | | 13.7 HI | | | x 10 3 | [ 4.3 - 11.0 ] | |
| RBC | | | 4.65 | | | x 10 6 | [ 4.60 - 6.20 ] | |
| Hemoglobin | | | 14.4 | | | g/dl | [ 14.0 - 18.0 ] | |
| Hematocrit | | | 43.2 | | | % | [ 40.0 - 54.0 ] | |
| MCV | | | 93.3 | | | fl | [ 80.0 - 94.0 ] | |
| MCH | | | 31.2 | | | pg | [ 26.0 - 33.0 ] | |
| MCHC | | | 33.4 | | | g/dl | [ 31.0 - 36.0 ] | |
| RDW - % | | | 12.4 | | | % | [ 10.0 - 20.0 ] | |
| MPV | | | 8.4 | | | fl | [ 0.0 - 11.0 ] | |
| Platelet Count | | | 359 | | | x 10 3 | [ 150 - 375 ] | |
| AUTO DIFF | | | AUTO DIFF | | | | [ - ] | |
| Neutrophils % | | | 83.8 HI | | | % | [ 53.2 - 78.4 ] | |
| Lymphocytes % | | | 8.0 LO | | | % | [ 17.0 - 39.5 ] | |
| Monocyte % | | | 6.7 | | | % | [ 0.0 - 14.0 ] | |
| Eosinophil % | | | 1.0 | | | % | [ 0.0 - 6.0 ] | |
| Basophil % | | | 0.5 | | | % | [ 0.0 - 2.0 ] | |
| Neutrophils # | | | 11.5 HI | | | x 10 3 | [ 2.0 - 7.0 ] | |
| Lymphocytes # | | | 1.1 LO | | | x 10 3 | [ 1.3 - 4.4 ] | |
| Monocytes # | | | 0.9 | | | x 10 3 | [ 0.0 - 1.4 ] | |
| Eosinophils # | | | 0.1 | | | x 10 3 | [ 0.0 - 0.5 ] | |
| Basophils # | | | 0.1 | | | x 10 3 | [ 0.0 - 0.2 ] | |



***** DISCHARGED SUMMARY REPORT *****

Patient: GONZALEZ,NOE
Hosp. #: 341731594
SSN   : 000313695

Loc: DIS Room:  208S
Sex: M    Age:  19
DOB: 5 -4 -1982

Doctor : GARRIGOS, SOCRATES A
Printed: 07/11/2001 @ 19:38
Report: 1    Page: 1

000033

# Edinburg Regional Medical Center

1102 West Trenton Road
Edinburg, TX 78539
(956) 388-6000

UHS   A Universal Health Services, Inc. Facility.

MED. REC. NO
313695

| PT NO. 341731594 | PATIENT NAME GONZALEZ, NOE | | | | COUNTY 108 |
|---|---|---|---|---|---|
| ADDRESS PO BOX 1109 | | | | | |
| CITY EDINBURG | STATE TX | ZIP 78540- | PHONE 956-380-3311 | EXT. | SOCIAL SECURITY NO 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 |
| AGE 9 | DOB 05/04/1982 | SEX M | RACE I | MS S | PREVIOUS NAME | RELIGION OTH | RM/BED 413 C-08 S |
| ADM DATE 07/02/01 | TIME 23:00 | SVC C | TYPE E | ACCIDENT DATE | VOLUNTARY ADM | ORGAN DNR | ISOL INFANT AGE |
| PT EMPLOYER INMATE | | | TELEPHONE | EXT | OCCUPATION INMATE | | |

EMPLOYER ADDRESS

| STATE | ZIP | RETIREMENT DATE |
|---|---|---|

NEAREST RELATIVE NAME

| RLTN ADDRESS | | | | |
|---|---|---|---|---|
| | STATE | ZIP | PHONE | EXT |

EMERGENCY CONTACT NAME

| RLTN ADDRESS | | | | |
|---|---|---|---|---|
| | STATE | ZIP | PHONE | EXT |

| GUARANTOR NAME GONZALEZ, NOE | | | RLTN S | SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|---|
| ADDRESS PO BOX 1109 | | | | PHONE 956-380-3311 |
| CITY EDINBURG | STATE TX | ZIP 78540- | OCCUPATION INMATE | EXT |
| GUARANTOR EMPLOYER INMATE | | PHONE | EXT | |

ADDRESS

| CITY | STATE | ZIP | FC F |
|---|---|---|---|

| INSURANCE NAME PRIVATE PAY | CODE 1970 | POLICY # | GROUP # | SUBSCRIBER GONZALEZ | REL | AUTH # |
|---|---|---|---|---|---|---|
| INSURANCE NAME 2 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
| INSURANCE NAME 3 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |

| ATTENDING PHYSICIAN GARRIGOS SOCRATES | 005959 | MED REC # 000007 | REF BY GUERRC | ADM T | PREV ADM DATE | PREVIOUS FACILITY |
|---|---|---|---|---|---|---|
| ADM DIAGNOSIS CELLULITIS RT KNEE | | MED SVC CODE MED | ALLERGIES NKA | | | SURGERY DATE |
| ADMITTING PHYSICIAN GARRIGOS SOCRATES | | ADMITTING C 005959 | AUTHORIZED BY | | | |
| PROCEDURE | | CLINICAL COMMENT | | MODE OF ARRIVAL/ACCOMPANIED BY ESCORTED BY OFFICER | | |

| REL OF INFO | ADV DIR | LIVING WILL | LOCATION OF WILL DIRECTIVE | FAMILY DOCTOR |
|---|---|---|---|---|

**FINAL DIAGNOSES** (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)

CODE

_____

_____

_____

_____

_____

_____

**PROCEDURES**

This information has been disclosed to
you from confidential medical records.
You are prohibited from making any
further disclosure without specific written
consent of the person to whom it pertains
or his legal representative.

_____

_____

**CONSULTING PHYSICIANS**

DRG _____

LOS _____

| TRANS TO | ACUTE | SNF | REHAB | HOSPICE | HOME HEALTH | HOME IV | AGAINST MED ADV | HOME |
|---|---|---|---|---|---|---|---|---|
| DISCHARGE DATE | TIME | OTHER | | | | | | |

| EXPIRED | TIME | <48HRS | >48HRS | CORONER | AUTOPSY YES | NO |
|---|---|---|---|---|---|---|

ATTENDING PHYSICIAN SIGNATURE & DATE

ATTORNEY AT LAW

5350 S. STAPLES · SUITE 209
CORPUS CHRISTI, TEXAS 78411
TELEPHONE (361) 992-8999   ·   FACSIMILE (361) 992-8373
E-MAIL ADDRESS: amoss@amlawyers.com

November 29, 2001

CM RRR. # 7000 0520 0024 6733 2111

ATTN: Boot Camp Program Coordinator
Judge Homero Salinas Rehabilitation Center
1000M RD
P.O. Box 1109
Edinburg, Texas 78540

RECEIVED DEC - 4 2001

RE:    Our Client:    Noe Gonzalez
       D/B:           May 4, 1982
       SS#:           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
       D/A            end of June or by July 2, 2001

Dear Sir:

The undersigned attorney represents Noe Gonzalez in a claim for personal injuries resulting from a spider bite that occurred on your premises while Mr. Gonzalez was serving as a cadet at your facility.

As you are aware, Mr. Gonzalez received two bites by brown recluse spiders and did not receive proper medical attention for at least five days after the incident. As a result of the incident, Mr. Gonzalez suffered toxic venom effects resulting in cellulitis and permanent disabling injuries.

I am sending this letter as part of my investigation of the occurrence which resulted in severe injury to Mr. Gonzalez. In furtherance of my investigation, I am requesting that you forward copies of all records in your possession concerning Mr. Gonzalez, including but not limited to his detention at your facility, his medical records and all documents involving Mr. Gonzalez' spider bite incident.

Enclosed is an authorization allowing you to furnish the requested information to me. If there are any costs incurred in this request, please bill me.

My client has requested that you do not contact him directly but that should you have any questions or comments, you should not hesitate to call me.

This letter is also meant to serve as a Notice of Claim pursuant to §101.101 of Ch. 101, Texas Civil Practices & Remedies Code.

Thank you for your anticipated cooperation and attention in this matter.

Very truly yours,

Abraham Moss

AM/lb

000035

```
PT NO:   PT273025Y  GONZ-      32  INOB          74695        ACCT TYPE: A
REG: 07/02/01  DSCH: 07/1.       FC: A  PT: E  EXP IND.    ACCT BAL:    26827.25
-------------------------------------------------------------- PAGE NO:  32
    ACCT BAL          978  V                                        PT BAL
    26827.25        26827.25                                          .00
  SVC    POST    SVC CD    DESCRIPTION/COMMENT-REF DATE    AMOUNT    BALANCE
 081601 081601                 ON RM DIFF.
 081601 081601             BALX RENDOE BALANCE TRANSFER
 081601 081601 88810254  PT/INS TRANSFER                 -2700.00    24478.25
 081601 081601 83371074  GUARANTEED SERVICE DISCOUNT      -351.00    24127.25
 081601 081601 88810254  PT/INS TRANSFER                  2700.00    26827.25
-------------------------------------------------------------------------------
 ! (PF14) RETURN TO COLL WKST      !(PF3) SELECT DTL
 ! (PF15) RETURN TO PT OVERVIEW    .!(PF10) ACCT CMNTS      PF15  D/E _____
 ! (PF6) PREVIOUS                  ! (PF8) BEGINNING
FA4XRSC1
```

000036

APPROVED OMB NO. 0938-0279

| EDINBURG REGIONAL MED CTR | | 3 PATIENT CONTROL NO | | 4 TYPE OF BILL |
|---|---|---|---|---|
| 1102 W. TRENTON RD. | | 341731594 | | P 111 |
| EDINBURG    TX 78539 | 5 FED TAX NO B | 6 STATEMENT COVERS PERIOD FROM    THROUGH | 7 COV D. 8 N.C.D. 9 C.I.D. 10 L.R.D. | |
| 3003861747 9563832480 | | 233069260  070201 071101 009 | | |

| 12 PATIENT NAME | 13 PATIENT ADDRESS | | | |
|---|---|---|---|---|
| GONZALEZ, NOE | PO BOX 1109    EDINBURG    TX 78540 | | | |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | ADMISSION 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO | CONDITION CODES 24 25 26 27 28 29 30 |
|---|---|---|---|---|---|---|---|---|---|---|
| 05041990 | M | S | 070201 | 21 | C | 7 | 17 | 01 | 1313595 | C5 |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 | A |
|---|---|---|---|---|---|---|

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| NOE GONZALEZ PO BOX 1109 EDINBURG TX 78540 | a 01    574.00 | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 110 | ROOM-BOARD/PVT | 913.00 | | 9 | 8217.00 | | 1 |
| 250 | PHARMACY | | | 74 | 3033.75 | | 2 |
| 258 | IV SOLUTIONS | | | 19 | 1216.50 | | 3 |
| 260 | IV THERAPY | | | 24 | 1507.75 | | 4 |
| 270 | MED-SUR SUPPLIES | | | 2 | 230.00 | | 5 |
| 271 | NON-STER SUPPLY | | | 6 | 158.00 | | 6 |
| 272 | STERILE SUPPLY | | | 28 | 949.00 | | 7 |
| 301 | LAB/CHEMISTRY | | | 1 | 93.75 | | 8 |
| 305 | LAB/HEMATOLOGY | | | 1 | 66.50 | | 9 |
| 306 | LAB/BACT-MICRO | | | 11 | 510.50 | | 10 |
| 320 | DX X-RAY | | | 1 | 157.00 | | 11 |
| 360 | OR SERVICES | | | 5 | 3072.00 | | 12 |
| 372 | ANESTHE/INCIDENT OTHER D | | | 1 | 1393.00 | | 13 |
| 420 | PHYSICAL THERP | | | 1 | 146.00 | | 14 |
| 424 | PHYS THERP/EVAL | | | 2 | 438.00 | | 15 |
| 450 | EMERG ROOM | | | 3 | 773.00 | | 16 |
| 636 | DRUG/DETAIL CODE | | | | 4020.50 | | 17 |
| 710 | RECOVERY ROOM | | | 4 | 1102.00 | | 18 |
| 001 | TOTAL CHARGES | | | | 27139.25 | | 19 |
| | | | | | | | 20 |
| | | | | | | | 21 |
| | | | | | | | 22 |
| | | | | | | | 23 |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| A HOMER SALINAS B | | Y | Y | | | |
| B | | | | | | |
| C | | | | | | |

| 57 | DUE FROM PATIENT > | 3051.00 |
|---|---|---|

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A GONZALEZ, NOE | 01 | 462733452 | INMATE | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| A | 3 | INMATE | |
| B | | | |
| C | | | |

| 67 PRIN. DIAG. CD | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG. CODES 71 CODE 72 CODE 73 CODE | 74 CODE | 75 CODE | 76 ADM. DIAG. CD | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|
| 9895 | 6826 | 4572 | | | | | 6826 | | |

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE DATE | 81 OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 82 ATTENDING PHYS. ID |
|---|---|---|---|---|
| 9 | 8622    070401 | 8622    071001 | 8604    071001 | TXBK1821 GARRIGOS SOCRATES |
| OP | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 83 OTHER PHYS. ID |
| | 8659    071001 | | | TXBK4234 SCHROEDER FRANK |
| | | | | OTHER PHYS. ID |

| 84 REMARKS | | 85 PROVIDER REPRESENTATIVE | 86 DATE |
|---|---|---|---|
| b HOMER SALINAS BOOTCA PO BOX 1109 EDINBURG    TX 78540 | | X Adam Hendrews | 07/15/01 |

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

UB-92 HCFA-1450    OCR/ORIGINAL
LASER GENERATED FORM

000037

```
                          ED1    2G, TX                         78539
BAUD 07/16/01             800 366-1747      MON
NP.     A/R               FEI # 23-3069260

     E
  NZALEZ ,NOE              ' 341731574 M 19  07/02/01 07/11/01   9  _
     GUAR PH: (956)380-3311


     NOE GONZALEZ                    1 HIDALGO COUNTY 80        462733452
     PO BOX 1109
     EDINBURG TX 78540

                                   GARRIGOS SOCRATES
```

ETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS   —

| | | | |
|---|---|---|---|
| '02 74020089 001 | | 2.25 | 2.25 |
| JPROFEN 600MG | TAB 250 | | |
| /02 74029067 002 | | 3.00 | 3.00 |
| ETAMINOPHEN 500MG | TAB 250 | | |
| /02 74030255 001 | | 1.50 | 1.50 |
| ORCOCOD/APAP/7.5/730MG TB 250 | | | |
| /02 74030255 002 | | 3.00 | 3.00 |
| DRUCOD/APAP7.57/750MG TB 250 | | ... | |
| /02 74042854 001 | | 98.50 | 98.50 |
| TAXIME 1GM VIAL | 636 | | |
| /02 74055674 001 | | 13.25 | 13.25 |
| D.CHLOR 0.9% 10ML VIAL | 636 | | |
| /02 74103052 001 | | 60.00 | 60.00 |
| RMAL SALINE 250ML | 258 | | |
| /02 71300198 001 | | 95.00 | 95.00 |
| .OOD CULTURE | 1 306 | | |
| /02 71300198 001 | | 95.00 | 95.00 |
| .OOD CULTURE | 1 306 | | |
| /02 71300644 001 | | 32.75 | 32.75 |
| AM STAIN SMEAR | 1 306 | | |
| /02 71300644 001 | | 32.75 | 32.75 |
| AM STAIN SMEAR | 1 306 | | |
| /02 71300859 001 | | 55.50 | 55.50 |
| NSTIVITY/ORGANISM ROUT1 306 | | | |
| /02 71302004 001 | | 38.75 | 38.75 |
| CTERIAL ID | 306 | | |
| /02 71302004 001 | | 38.75 | 38.75 |
| CTERIAL ID | 306 | | |
| /02 71304331 001 | | 29.75 | 29.75 |
| UND CULTURE | 306 | | |
| /02 71304331 001 | | 29.75 | 29.75 |
| UND CULTURE | 306 | | |
| /02 71500136 001 | | 66.50 | 66.50 |
| C COMPLETE BLOOD | 1 305 | | |

000038

EDI    G, TX                          76539
AUD 07/16/01        800 386-1747      MON
NP.    A/R          FEI # 23-3069260

E
NZALEZ ,NOE          341731594 M 19   07/02/01 07/11/01   9
GUAR PH  (956)380-3311

NOE GONZALEZ                    HIDALGO COUNTY BO        462733452
PO BOX 1109
EDINBURG TX 78540

                                GARRIGOS SOCRATES

02 53219101 001            157.00   157.00
KNEE GV RT          320
02 43021401 002            180.00   180.00
JECTION OF ANTIBIOTIC   450
02 43022557 001            593.00   593.00
EL-5 ED W/ PROCEDURES   450
02 61200010 001            913.00   574.00                 339.00
CM  0208
03 74030073 001              9.75     9.75
NITIDINE 150MG GEL CAP  250
3 74030255 002               3.00     3.00
OCOD/APAP/7.5/750MG TB  250
03 74030255 001              1.50     1.50
DROCOD/APAP/7.5/750MG TB 250
03 74030255 001              1.50     1.50
OROCOD/APAP/7.5/750MG TB 250
03 74030255 001              1.50     1.50
DROCOD/APAP/7.5/750MG TB 250
03 74042854 001             98.50    98.50
FOTAXIME 1GM VIAL       636
03 74042854 001             98.50    98.50
FOTAXIME 1GM VIAL       636
03 74047580 004             86.00    86.00
NTAMICIN 80MG INJ       636
03 74055674 001             13.25    13.25
D CHLOR 0.9% 10ML VIAL  636
03 74059684 001            126.50   126.50
PERACIL/TAZABACT 4.5GM  250
03 74059684 001            126.50   126.50
PERACIL/TAZABACT 4.5GM  250
03 74102716 001             86.25    86.25
CL IRRG POUR BTL 1000ML 258
03 74113028 001             72.00    72.00
RMAL SALINE 50ML PF     258

```
                        ED     RG, TX                      78539
BAUD 07/16/01           800 588-1747      MON
NP.    A/R              FEI # 23-3069260


   E
NZALEZ ,NOE              341731594 M 19   07/02/01 07/11/01   9
  GUAR PH: (956)380-3311


        NOE GONZALEZ                    1 HIDALGO COUNTY BO        462733452
        PO BOX 1109
        EDINBURG TX 78540

                                        GARRIGOS SOCRATES



 03 74113029 001              72.00    72.00
MAL SALINE 50ML PF       25S
 03 74113044 002             129.50   129.50
MAL SALINE 100ML PF       260
 03 74102690 001              86.25    86.25
L IRRG POUR BTL 500ML     260
 03 61200010 001             913.00   574.00                      339.00
M  0208
 04 74000985 001               6.50     6.50
 CIT/CIT ACID SF 10Z      250
 4 74012550 001               1.50     1.50
USATE SODIUM 100MG CAP    250
/04 74029612 001              2.25     2.25
ROCODONE/APAP       TAB   250
/04 74029612 001              2.25     2.25
ROCODONE/APAP       TAB   250
/04 74029612 001              2.25     2.25
ROCODONE/APAP       TAB   250
/04 74029612 001              2.25     2.25
ROCODONE/APAP       TAB   250
/04 74030073 001              9.75     9.75
NITIDINE 150MG GEL CAP    250
/04 74051871 001             16.50    16.50
RPHINE SULF 10MG INJ      636
/04 74051871 001             16.50    16.50
RPHINE SULF 10MG INJ      636
/04 74058785 001             27.50    27.50
DAZOLAM HCL 1MG/ML 2 ML   250
/04 74059684 001            126.50   126.50
PERACIL/TAZABACT 4.5GM    250
/04 74059684 001            126.50   126.50
PERACIL/TAZABACT 4.5GM    250
/04 74059684 001            126.50   126.50
PERACIL/TAZABACT 4.5GM    250
```

000040

EDI  G, TX
BAUD 07/16/01          800 366-1747   MON          73539
NP    A/R              FEI # 23-3069260

E
NZALEZ ,NOE          341731594 M 19  07/02/01 07/11/01   9
GUAR PH: (956)380-3311

NOE GONZALEZ                    1 HIDALGO COUNTY SO        462733452
PO BOX 1109
EDINBURG TX 78540

                               GARRIGOS SOCRATES

04 74059684 001              126.50   126.50
PERACIL/TAZABACT 4.5GM   250
04 74059684 001              126.50   126.50
PERACIL/TAZABACT 4.5GM   250
04 74078056 001                6.50     6.50
DROGEN PEROXIDE  4 OZ    250
04 74113044 001               64.75    64.75
RMAL SALINE 100ML PF    260
04 74113044 001               64.75    64.75
RMAL SALINE 100ML PF    260
04 74113044 001               64.75    64.75
AL SALINE 100ML PF      260
04 74113044 001               64.75    64.75
RMAL SALINE 100ML PF    260
04 74113044 001               64.75    64.75
RMAL SALINE 100ML PF    260
04 74113044 001               64.75    64.75
RMAL SALINE 100ML PF    260
04 74102872 001               92.50    92.50
CTATED RINGERS 1000ML   260
04 70500095 001               22.00    22.00
NDAGE ACE 4"            271
04 70500145 001                5.00     5.00
APTIC GAUZE 3 X 3       272
04 70501473 002                2.00     2.00
D COMBINE 7 1/2 X 8     272
04 70503354 001                8.00     8.00
NDAGE KERLIX ROLL       272
04 70503354 001                8.00     8.00
NDAGE KERLIX ROLL       272
04 70503545 001               14.00    14.00
NER SUCTION LINER 3000  272
04 70504766 001               47.00    47.00
EET EXTREMITY      DISP  272

BAUD 07/16/01    800  -8-1747    MON
MP.    A/R    FEI # 23-3069260

E
ONZALEZ ,NOE    : 341731594 M 19  07/02/01 07/11/01  9
GUAR PH. (956)380-3311

NOE GONZALEZ              1 HIDALGO COUNTY BO     462733452
PO BOX 1109
EDINBURG TX 78540

GARRIGOS SOCRATES

| Code | | Amount 1 | Amount 2 |
|---|---|---|---|
| 04 70505319 001 | | 74.00 | 74.00 |
| OCKINETTE IMPERVIOUS | 272 | 74.00 | 74.00 |
| 04 70505319 001 | | | |
| OCKINETTE IMPERVIOUS | 272 | 18.00 | 18.00 |
| 04 70510193 003 | | | |
| H IV ALL SIZES | 272 | 20.00 | 20.00 |
| 04 70541602 001 | | | |
| AP"COBAN" ALL SIZES | 272 | | |
| 04 70545843 001 | | | |
| BING MEDULLAR VENT | 272 | 6.00 | 6.00 |
| 04 70574074 003 | | | |
| TRODE ALL PURPOSE | 272 | 18.00 | 18.00 |
| 04 70583430 002 | | | |
| M BOARD PERSONAL COVER | 271 | 140.00 | 140.00 |
| 04 72100464 001 | | | |
| /GEN/AEROSOL (4 HR CHG) | 270 | 32.75 | 32.75 |
| 04 71300644 001 | | | |
| AM STAIN SMEAR | 1 306 | 29.75 | 29.75 |
| 04 71304331 001 | | | |
| UND CULTURE | 306 | 176.00 | 176.00 |
| 04 70400155 002 | | | |
| ESTHESIA GNRL EA AD 30MN | 372 | 442.00 | 442.00 |
| 04 70400163 001 | | | |
| ESTHESIA GNRL 001-030MN | 372 | 245.00 | 245.00 |
| 04 70401070 001 | | | |
| PRANE PER CASE | 372 | 1069.00 | 1069.00 |
| 04 70200019 001 | | | |
| ER ROOM 0-30 MIN | 360 | 370.00 | 370.00 |
| 04 70200159 002 | | | |
| RGERY EACH ADD'L 30 MIN | 360 | 26.50 | 26.50 |
| 04 74056417 001 | | | |
| NTANYL .05MG/ML 2ML | 636 | 441.00 | 441.00 |
| 04 70101001 001 | | | |
| CU 0-30 MIN | 710 | | |

000042

ED . G, TX                    78539
BAUD 07/16/01        800 386-1747    MON
INP.    A/R          FEI # 23-3069260

E
NZALEZ ,NOE            341731594 M 19  07/02/01 07/11/01   9  -
  GUAR PH. (956)380-3311

        NOE GONZALEZ                1 HIDALGO COUNTY BO      462733452
        PO BOX 1109
        EDINBURG TX 78540

                                        GARRIGOS SOCRATES

/04 70101019 001              110.00    110.00        —
CU EACH ADD 30 MIN       710
/04 61200010 001              913.00    574.00                    339.00
GM  0208
/05 74012550 001                1.50      1.50
CUSATE SODIUM 100MG CAP  250
/05 74012550 001                1.50      1.50
CUSATE SODIUM 100MG CAP  250
/05 74012550 001                1.50      1.50
CUSATE SODIUM 100MG CAP  250
5 74029612 002                  4.50      4.50
DROCODONE/APAP     TAB   250
/05 74030255 002                3.00      3.00
DROCOD/APAP/7.5/750MG TB 250
/05 74030255 002                3.00      3.00
DROCOD/APAP/7.5/750MG TB 250
/05 74058611 001              242.75    242.75
NCOMYCIN 1 GRAM INJ      636
/05 74058611 001              242.75    242.75
NCOMYCIN 1 GRAM INJ      636
/05 74058611 001              242.75    242.75
NCOMYCIN 1 GRAM INJ      636
/05 74059684 001              126.50    126.50
PERACIL/TAZABACT 4.5GM   250
/05 74059684 001              126.50    126.50
PERACIL/TAZABACT 4.5GM   250
/05 74078056 001                6.50      6.50
DROGEN PEROXIDE  4 OZ    250
/05 74079831 001               83.25     83.25
LYETHYLENE GLYCOL PWD    250
/05 74079831 002              166.50    166.50
LYETHYLENE GLYCOL PWD    250
/05 74113044 001               64.75     64.75
RMAL SALINE 100ML PF     260

```
                    EDI    RG, TX                       7853?
BAUD 07/16/01       800 386-1747      MON
NP.    A/R          FEI # 23-3069260


    E                    -5-.
 NZALEZ ,NOE              341731594 M 19  07/02/01 07/11/01    9
   GUAR PH: (956)380-3311


       NOE GONZALEZ                  1 HIDALGO COUNTY BO      462733452
       PO BOX 1109
       EDINBURG TX 78540


                                   GARRIGOS SOCRATES
```

```
'05 74113044 001              64.75    64.75
RMAL SALINE 100ML PF    260
'05 7410287? 001              92.50    92.50
CTATED RINGERS 1000ML   260
'05 74103052 001              60.00    60.00
RMAL SALINE 250ML       258
'05 74103052 001              60.00    60.00
RMAL SALINE 250ML       258
'05 74103052 001              60.00    60.00
RMAL SALINE 250ML       258
 5 70574074 003               6.00     6.00
ELTRODE ALL PURPOSE     272
'05 70574074 003              6.00-    6.00-
ECTRODE ALL PURPOSE     272
'05 70583430 002             18.00    18.00
M BOARD PERSONAL COVER  271
'05 70583430 002             18.00-   18.00-
M BOARD PERSONAL COVER  271
'05 76001643 001             73.00    73.00
IT TRAINING          1  420
'05 76004019 001            219.00   219.00
YSICAL THERAPY EVALUATION424
'05 76004019 001            219.00   219.00
YSICAL THERAPY EVALUATION424
'05 61200010 001            913.00   574.00        339.00
OM  0208
'06 74012550 001              1.50     1.50
CUSATE SODIUM 100MG CAP 250
'06 74029612 001              2.25     2.25
DROCODONE/APAP     TAB  250
'06 74051368 001             18.75    18.75
PERIDINE 50MG/ML INJ    636
'06 74053687 001             18.75    18.75
OMETHAZINE 25MG INJ     636
```

000044

```
                        EDI.   G, TX                    78539
BAUD 07/16/01           800 386-1747      MON
NP.   A/R               FEI # 23-3067260

    E
  NZALEZ ,NOE                341731594 M 19  07/02/01 07/11/01   9
    GUAR PH: (956)380-3311


    NOE GONZALEZ                      1 HIDALGO COUNTY BO        462733432
    PO BOX 1109
    EDINBURG TX 78540

                                            GARRIGOS SOCRATES



'06 74056611 001              242.75    242.75
NCOMYCIN 1 GRAM INJ     636
'06 74056611 001              242.75    242.75
NCOMYCIN 1 GRAM INJ     636
'06 74059684 001              126.50    126.50
PERACIL/TAZABACT 4.5GM  250
'06 74059684 001              126.50    126.50
PERACIL/TAZABACT 4.5GM  250
/06 74059684 001              126.50    126.50
PERACIL/TAZABACT 4.5GM  250
5 74059684 001                126.50    126.50
PERACIL/TAZABACT 4.5GM  250
/06 74059684 001              126.50-   126.50-
PERACIL/TAZABACT 4.5GM  250
/06 74059684 001              126.50-   126.50-
PERACIL/TAZABACT 4.5GM  250
/06 74113044 001               64.75     64.75
RMAL SALINE 100ML PF    260
/06 74113044 001               64.75     64.75
RMAL SALINE 100ML PF    260
/06 74113044 001               64.75     64.75
RMAL SALINE 100ML PF    260
/06 74113044 001               64.75     64.75
RMAL SALINE 100ML PF    260
/06 74113044 001               64.75-    64.75-
RMAL SALINE 100ML PF    260
/06 74113044 001               64.75-    64.75-
RMAL SALINE 100ML PF    260
/06 74103052 001               60.00     60.00
RMAL SALINE 250ML       258
/06 74103052 001               60.00     60.00
RMAL SALINE 250ML       258
/06 76001643 001               73.00     73.00
IT TRAINING           1 420
```

000045

```
                         IIC      TRENTON RD.
                         EDIN  RG, TX                    78539
BAUD 07/16/01            800 386-1747      MON
NP.   A/R                FEI # 23-3069260

    E
_NZALEZ ,NOE                341731594 M 19   07/02/01 07/11/01    9
  GUAR PH: (956)380-3311


        NOE GONZALEZ                    1 HIDALGO COUNTY BC      462733452
        PO BOX 1109
        EDINBURG TX 78540

                                    GARRIGOS SOCRATES



.06 61200010 001              913.00   574.00      —                339.00
CM  0208
.07 74012550 001                1.50     1.50
CUSATE SODIUM 100MG CAP   250
.07 74012550 001                1.50     1.50
CUSATE SODIUM 100MG CAP   250
.07 74029612 001                2.25     2.25
DROCODONE/APAP      TAB   250
.07 74029612 001                2.25     2.25
ROCODONE/APAP       TAB   250
   7 74029612 001               2.25     2.25
DROCODONE/APAP      TAB   250
/07 74055674 001               13.25    13.25
D CHLOR 0.9% 10ML VIAL    636
/07 74058611 001              242.75   242.75
NCOMYCIN 1 GRAM INJ       636
/07 74058611 001              242.75   242.75
NCOMYCIN 1 GRAM INJ       636
/07 74059684 001              126.50   126.50
PERACIL/TAZABACT 4.5GM    250
/07 74059684 001              126.50   126.50
PERACIL/TAZABACT 4.5GM    250
/07 74113044 001               64.75    64.75
RMAL SALINE 100ML PF      260
/07 74113044 001               64.75    64.75
RMAL SALINE 100ML PF      260
/07 74103052 001               60.00    60.00
RMAL SALINE 250ML         258
/07 74103052 001               60.00    60.00
RMAL SALINE 250ML         258
/07 71205215 001               93.75    93.75
NCOMYCIN               2  301
/07 61200010 001              913.00   574.00                      339.00
OM  0208
```

```
                    TIC    TRENTON RD.
                    EDINBURG, TX              78539
SAUD 07/16/01       800 386-1747    MON
NP.    A/R          FEI # 23-3069260

    E
NZALEZ ,NOE              341731594 M 19  07/02/01 07/11/01   9
  GUAR PH: (956)380-3311


    NOE GONZALEZ               1 HIDALGO COUNTY 50      462733452
    PO BOX 1109
    EDINBURG TX 78540

                                        GARRIGOS SOCRATES


'08 74012550 001            1.50       1.50
CUSATE SODIUM 100MG CAP   250
'08 74012550 001            1.50       1.50
CUSATE SODIUM 100MG CAP   250
'08 74055674 001           13.25      13.25
D CHLOR 0.9% 10ML VIAL    636
'08 74055674 001           13.25      13.25
D CHLOR 0.9% 10ML VIAL    636
'08 74058611 001          242.75     242.75
 NCOMYCIN 1 GRAM INJ       636
3 74058611 001            242.75     242.75
NCOMYCIN 1 GRAM INJ        636
'08 74058611 001          242.75-    242.75-
NCOMYCIN 1 GRAM INJ        636
'08 74059684 001          126.50     126.50
PERACIL/TAZABACT 4.5GM    250
'08 74059684 001          126.50     126.50
PERACIL/TAZABACT 4.5GM    250
'08 74079831 001           83.25      83.25
LYETHYLENE GLYCOL PWD     250
'08 74079831 001           83.25      83.25
LYETHYLENE GLYCOL PWD     250
'08 74113044 001           64.75      64.75
RMAL SALINE 100ML PF      260
'08 74113044 001           64.75      64.75
RMAL SALINE 100ML PF      260
'08 74103052 001           60.00      60.00
RMAL SALINE 250ML         258
'08 74103052 001           60.00      60.00
RMAL SALINE 250ML         258
'08 74103052 001           60.00-     60.00-
RMAL SALINE 250ML         258
'08 61200010 001          913.00     574.00              339.00
OM  0208
```

000047

EDI,    G, TX                          78539
BAUD 07/16/01          800 386-1747      MON
NP.    A/R             FEI # 23-3069260

E
NZALEZ ,NOE          : 341731594 M 19  07/02/01 07/11/01   9
  GUAR PH: (956)380-3311

NOE GONZALEZ                    1 HIDALGO COUNTY BO        462733452
PO BOX 1109
EDINBURG TX 78540

                                GARRIGOS SOCRATES

09 74012550 001                     1 50       1.50          —
USATE SODIUM 100MG CAP   250
09 74012550 001                     1.50       1.50
:USATE SODIUM 100MG CAP   250
09 74029612 001                     2.25       2.25
ROCODONE/APAP      TAB   250
09 74029612 001                     2.25       2.25
ROCODONE/APAP      TAB   250
09 74055674 001                    13.25      13.25
) CHLOR 0.9% 10ML VIAL   636
7 74058611 001                    242.75     242.75
.COMYCIN 1 GRAM INJ      636
09 74058611 001                   242.75     242.75
RCOMYCIN 1 GRAM INJ      636
09 74059684 001                   126.50     126.50
PERACIL/TAZABACT 4.5GM   250
09 74059684 001                   126.50     126.50
PERACIL/TAZABACT 4.5GM   250
09 74059684 001                   126.50     126.50
PERACIL/TAZABACT 4.5GM   250
09 74059684 001                   126.50-    126.50-
PERACIL/TAZABACT 4.5GM   250
/09 74113044 001                   64.75      64.75
RMAL SALINE 100ML PF     260
/09 74113044 001                   64.75      64.75
RMAL SALINE 100ML PF     260
/09 74113044 001                   64.75      64.75
RMAL SALINE 100ML PF     260
/09 74113044 001                   64.75-     64.75-
RMAL SALINE 100ML PF     260
/09 74103052 001                   60.00      60.00
RMAL SALINE 250ML        258
/09 74103052 001                   60.00      60.00
RMAL SALINE 250ML        258

000048

ED1    :G, TX                          79539
GAUD 07/16/01              800 386-1747      MON
:NP.    A/R              FEI # 23-3069260

E
,NZALEZ ,NOE          ` 341731594 M 19   07/03/01 07/11/01    9
  GUAR PH: (956)380-3311

      NOE GONZALEZ               1 HIDALGO COUNTY BC        462733452
      PO BOX 1109
      EDINBURG TX 78540

                                 GARRIGOS SOCRATES

'09 61200010 001              913.00    574.00        —              339.00
:M  0208
/10 74029612 001                2.25      2.25
DROCODONE/APAP      TAB  250
/10 74045964 001               95.75     95.75                         :
OPOFOL 10MG/ML      AMP  250
/10 74051350 001               18.75     18.75
PERIDINE 25MG/ML INJ    636
/10 74053687 001               18.75     18.75
OMETHAZINE 25MG INJ     636
 0 74058611 001               242.75    242.75
NCOMYCIN 1 GRAM INJ     636
/10 74058611 001              242.75    242.75
NCOMYCIN 1 GRAM INJ   `` 636
/10 74058785 001               27.50     27.50
DAZOLAM HCL 1MG/ML 2 ML 250
/10 74059684 001              126.50    126.50
PERACIL/TAZABACT 4.5GM  250
'/10 74059684 001             126.50    126.50
PERACIL/TAZABACT 4.5GM  250
'/10 74059684 001             126.50    126.50
PERACIL/TAZABACT 4.5GM  250
'/10 74059684 001             126.50-   126.50-
:PERACIL/TAZABACT 4.5GM 250
'/10 74088154 001              41.50     41.50
:DOCAINE 2% JELLY 5ML    250
'/10 74113044 001              64.75     64.75
JRMAL SALINE 100ML PF   260
'/10 74113044 001              64.75     64.75
JRMAL SALINE 100ML PF   260
'/10 74113044 001              64.75     64.75
JRMAL SALINE 100ML PF   260
'/10 74113044 001              64.75-    64.75-
JRMAL SALINE 100ML PF   260

000049

EDI   RG, TX                        78539
BAUD 07/16/01            800 386-1747      MON
NP.    A/R               FEI # 23-3069260

E
NZALEZ ,NOE            341731594 M 19  07/02/01 07/11/01   9

GUAR PH: (956)380-3311

NOE GONZALEZ                   1 HIDALGO COUNTY BO      462733452
PO BOX 1109
EDINBURG TX 78540

                                   GARRIGOS SOCRATES

10 74102872 001              92.50    92.50         —
TATED RINGERS 1000ML    260
10 74103052 001              60.00    60.00
MAL SALINE 250ML        258
10 74103052 001              60.00    60.00
MAL SALINE 250ML        258
10 70500095 001              22.00    22.00
DAGE ACE 4"             271
10 70500137 001              14.00    14.00
PTIC GAUZE 3 X 8        272
70501473 001               1.00     1.00
COMBINE 7 1/2 X 8       272
10 70501473 001            1.00     1.00
COMBINE 7 1/2 X 8       272
10 70503354 001              8.00     8.00
DAGE KERLIX ROLL        272
10 70503545 001             14.00    14.00
ER SUCTION LINER 3000   272
10 70504766 001             47.00    47.00
ET EXTREMITY    DISP    272
10 70505003 001             33.00    33.00
Y SKIN SCRUB            272
10 70505318 001             74.00    74.00
CKINETTE IMPERVIOUS     272
10 70512611 001             20.00    20.00
GROUND W/SENSOR ADULT   272
10 70514153 001            266.00   266.00
K MAJOR LAP             272
10 70523105 001             25.00    25.00
TERY TIPCLEAN           272
10 70541602 001             20.00    20.00
P"COBAN" ALL SIZES      272
10 70575063 001            170.00   170.00
OVAC 400ML W/TROCAR     272

EDI   G, TX                                    78539
.BAUD 07/16/01          800 386-1747      MON
:NP.   A/R              FEI #  23-3069260

    E
_NZALEZ ,NOE            341731594 M 19   07/02/01 07/11/01    9
   GUAR PH: (956)380-3311

        NOE GONZALEZ                    1 HIDALGO COUNTY BO        462733452
        PO BOX 1109
        EDINBURG TX 76540

                                        GARRIGOS SOCRATES


10 70577101 001                    76.00      76.00        —
MOBILIZER KNEE ALL SIZE   272
'10 72100464 001                   140.00     140.00
/GEN/AEROSOL (4 HR CHG)   270
'10 70400155 001                   88.00      88.00
ESTHESIA GNRL EA AD 30MN  372
'10 70400163 001                   442.00     442.00
ESTHESIA GNRL 001-030MN   372
'10 70200506 001                   1318.00    1318.00
=R OPER ROOM 0-30 MIN     360
 0 70200704 001                    315.00     315.00
=RG OPER ROOM ADD 30 MIN  360
/10 74056417 001                   26.50      26.50
NTANYL .05MG/ML 2ML       636
/10 70101001 001                   441.00     441.00
CU 0-30 MIN               710
/10 70101019 001                   110.00     110.00
CU EACH ADD 30 MIN        710
/10 61200010 001                   913.00     574.00                    339.00
JM  0208
/11 74012550 001                   1.50       1.50
CUSATE SODIUM 100MG CAP   250
/11 74018979 001                   41.50      41.50
VOFLOXACIN 500MG TAB      250
/11 74029612 001                   2.25       2.25
DROCODONE/APAP      TAB   250
/11 74058611 001                   242.75     242.75
:COMYCIN 1 GRAM INJ       636
/11 74058611 001                   242.75     242.75
:COMYCIN 1 GRAM INJ       636
/11 74059684 001                   126.50-    126.50-
ERACIL/TAZABACT 4.5GM     250
/11 74113044 001                   64.75-     64.75-
:MAL SALINE 100ML PF      260

000051

16

```
            IIO:     TRENTON RD.
            EDIN  .G, TX                    78539
AUD 07/16/01   800 386-1747      MON
P.   A/R        FEI # 23-3069260

   E
NZALEZ ,NOE          341731594 M 19   07/02/01 07/11/01   9
   GUAR PH: (956)380-3311
```

```
     NOE GONZALEZ              1 HIDALGO COUNTY BO      462733452
     PO BOX 1109
     EDINBURG TX 78540

                              GARRIGOS SOCRATES
```

```
MMARY OF CHARGES
C IP-PVT   9DAYS@   913.00   8217.00   5166.00                    3051.00
        PHARMACY              8519.75   8519.75
        MED/SURG SUPPLY       1387.00   1387.00
    --- IV THERAPY            1263.75   1263.75
        LABORATORY             670.75    670.75
        RADIOLOGY              157.00    157.00
        ANESTHESIA            1393.00   1393.00
        PHYSICAL THER          584.00    584.00
        EMERGENCY ROOM         773.00    773.00
        OPER ROOM             3072.00   3072.00
        RECOVERY ROOM         1102.00   1102.00
```

```
JB-TOTAL OF CHARGES      27139.25 24088.25                       3051.00
LANCE FORWARD
```

```
GUAR RELATIONSHIP: S        SEX: M    GUAR NO:   462733452
ACC-DATE:        TYPE: Z  TIME:           PLACE:      EMPL REL: N
DIAGNOSIS:       TOXIC EFFECT VENOM
                 CELLULITIS OF LEG
PROCEDURE: 86.22   07/04/01  EXC DEBRIDE WND/INFECT
           86.22   07/10/01  EXC DEBRIDE WND/INFECT
```

```
O T A L S          27139.25 24088.25                    3051.00
```

000052

WESTERN EMERGENCY PHYSICIANS A TEXAS LTD
2620 RIDGEWOOD R' STE
AKRON, OH 44313

# CREDIT LETTER

*[handwritten: 1st bill mailed out on 18 July 2001 (5-1-) 1228]*

September 27, 2001

NOE GONZALEZ
PO BOX 1109
EDINBURG TX 78540-1109

**RE: OVERDUE PAYMENT FOR ACCOUNT NUMBER 15966643/116 FOR $328.00**

Dear NOE GONZALEZ,

We are writing regarding an overdue account for medical services provided to you. We should receive your payment in full at the above address within the next ten (10) days to avoid further action. Payment by credit card can be made by visiting our website at hcfs.teamhealth.com, by telephone at 1-888-952-6772 or by FAX 330-873-2787, or by completing the form below and mailing to:

*[handwritten: P.O.L. Karena Starts.]*

WESTERN EMERGENCY PHYSICIANS A TEXAS LTD
2620 RIDGEWOOD RD STE 100
AKRON, OH 44313

If your payment is already in the mail, thank you for your attention to this matter, and please disregard this notice.

Thank You,

Patient Services
WESTERN EMERGENCY PHYSICIANS A TEXAS LTD

*[stamp: RECEIVED - 2 2001 CSCD ... HIDALGO COUNTY, EDINBURG, TX.]*

**NOTE:** **CREDIT CARD CHARGES WILL APPEAR AS "TEAM HEALTH" ON YOUR CREDIT CARD STATEMENT.**

---

NAME AS IT APPEARS ON YOUR CARD:_____

CARD NUMBER:_____ EXPIRATION DATE:_____

CHECK ONE:   VISA_____   MASTERCARD_____

AUTHORIZING SIGNATURE:_____

15966643/116

000053

5281

```
                          EDI. _ .G, TX                   78539
18AUD 07/16/01            800 386-1747    MON
ENP.    A/R               FEI # 23-3069260

    E                    ~ =      341731594 M 19   07/02/01 07/11/01   9 -
  NZALEZ ,NOE
    GUAR PH: (956)380-3311


      NOE GONZALEZ                    1 HIDALGO COUNTY BO      462733452
      PO BOX 1109
      EDINBURG TX 78540

                                      GARRIGOS SOCRATES
```

```
/11 74103052 001              60.00    60.00       —
RMAL SALINE 250ML      258
/11 74103052 001              60.00    60.00
RMAL SALINE 250ML      258
ALANCE FORWARD
```

```
_ T A L S          27139.25 24088.25              3051.00

341731594                          PAY THIS AMOUNT   3051.0

EDINBURG REG MED CTR
EDINBURG, TX                                    000054
```

17

```
                          EDI      G, TX                    78539
ISAUD 07/16/01            800 386-1747    MON
INP.     A/R              FEI # 23-3069260


    E
   NZALEZ ,NOE              341731594 M 19  07/02/01 07/11/01   9 -
    GUAR PH: (956)380-3311


        NOE GONZALEZ                    1 HIDALGO COUNTY BO      462733452
        PO BOX 1109
        EDINBURG TX 78540

                                        GARRIGOS SOCRATES



                   DRG-PAGE                      —


    CONCURRENT GROUPER USED:  MCOO
    DRG #:   440   MDC #:  21
    DRG-RATE-PER-CASE:   11754.76
    OUTLIER VALUE:

    GROUPER USED:           MCOO   (978)
    DRG #:   440
    DRG RATE PER CASE:   11754.76
    OUTLIER VALUE:
```

```
   T A L S           27139.25 24088.25                3051.00

 341731594                              PAY THIS AMOUNT   3051.0

 EDINBURG REG MED CTR
 EDINBURG, TX                                        000055
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | **Civil Action No. B-02-194** |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

**SUMMARY JUDGMENT EVIDENCE**

Exhibit D-5:
Affidavit of J.C. Gomez concerning Report on Lesions, Spider Bites and Methicillin-Resistant
Staphylococcus Aureus (MRSA), on Boot Camp Residents

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALES,* | § | |
| Plaintiff, | § | |
| | § | |
| *v.* | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| Defendants. | § | |

STATE OF TEXAS

COUNTY OF HIDALGO

### AFFIDAVIT OF J.C. GOMEZ

Before me, the undersigned notary, on this day, personally appeared J.C. Gomez, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. My name is J.C. Gomez. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct. I am a defendant in this lawsuit.

2. I am the Director of the Judge Homer Salinas Rehabilitation Center (Center) operated by the Hidalgo County Community Supervision and Corrections Department.

3. On December 4, 2002, I completed a 12-page chronology of the efforts to correct a suspected problem with spiders at the Center. The chronology, which is attached to this affidavit, is based on documents maintained at the Center, and my personal recollections of events that occurred between September 26, 2000, and June 14, 2002. I believe its contents are true and accurate.

IN WITNESS WHEREOF, I have hereto set my hand this 24/29 day of April, 2003.

_____
SIGNATURE

☑003
04/24/03   11:39   ☎380 3324
04/24/03   09:36   ☎                    STX Atty Gen                    ☑006/019

# CERTIFICATION

BEFORE ME, *Melissa R. Garza*, on this *24th* day of April, 2003, personally appeared J.C. Gomez, known to me (or proved to me on the oath of State ID) to be the person whose name is subscribed to the foregoing instrument and he/she has acknowledged to me that he executed the same for the purpose and the consideration therein expressed.

GIVEN under my hand and seal of office this *24th* day of April, 2003.

```
MELISSA R. GARZA
Notary Public, State of Texas
My Commission Expires
May 27, 2006
```

SIGNATURE OF NOTARY

2

TO :      Joe Lopez, Executive Director
          Hidalgo County CSCD

FROM:     J.C. Gomez, Director
          Homer Salinas Rehabilitation Center

DATE.     December 04, 2002

RE:       Report on Lesions, Spider Bites and Methicillin-Resistant Staphylococcus Aureus
          (MRSA), on Boot Camp Residents.


Sep. 26, 2000  Soliz Pest Control - Service Contract for general pest control Sep. 2000 - Dec.
               2000

Nov. 03, 2000  Purchased diazinon pest control for ants and other insects from Wal-Mart.

Dec. 11, 2000  First Reported Spider Bite incident Resident Jose Cantu, diagnosed and treated in
               house.

Dec. 25, 2000  Spider Bite incident Resident Rudy Guzman, diagnosed and treated in house.

Dec. 26, 2000  General Fumigation- Solis Pest Control.

Dec. 29, 2000  Spider Bite incident Resident Israel E. Estrada, diagnosed and treated in house.

Dec. 30, 2000  Purchased Home pest spider poison from Wal-Mart.

Jan. 2, 2001   First Treatment, Specifically for Spiders,  by Solis Pest Control.

Jan. 2, 2001   Spider Bite incident Resident Jesus Resendez, diagnosed and treated in house.

Jan. 15, 2001  Termite fumigation - ABC Pest Control Service

Jan. 22, 2001  General Fumigation by Solis Pest Control.

Feb. 8, 2001   Two Spider Bite incidents Resident Jesus Resendez (2nd. time) and Resident Jesus
               Espinoza, diagnosed and treated in house.

Mar. 3, 2001   Duct taped openings of boot camp bunks and torn mattresses.
               Caulked visible openings/crevices in dorm areas.
               Covered inside and outside of air conditioning vents with screens.

Mar. 5, 2001   Spider Bite incident Resident Rodrigo Zuniga, diagnosed and treated in house.

*01*

Mar. 12, 2001  Purchased role of aluminum screen from Home Depot to cover A/C vents and ducts.

Mar. 14, 2001  Spider Bite incident Resident Juan Ortiz, diagnosed and treated in house. Started daily visual inspection of all residents for spider bite symptoms by Boot Camp Staff and Nurse.

Mar. 19, 2001  Spider Bite incident Resident Daniel Salazar, diagnosed and treated in house.

Mar. 21, 2001  Purchased additional aluminum screens from McCoys to cover A/C vents and ducts.

Mar. 23, 2001  General Fumigation- Solis Pest Control.

Mar. 24, 2001  Re-inspected dorms and did additional caulking on all open areas along walls.

Mar. 26, 2001  Spider Bite incident Resident Javier Lucas, diagnosed and treated in house.

Mar. 28, 2001  Spider Bite incident Resident David Delgado, diagnosed and treated in house.

April 5, 2001  Spider Bite incident Resident Jesus Espinosa, diagnosed and treated in house (2nd. time).

April 12, 2001  Spider Bite incident Resident Jaime Lucio, diagnosed and treated in house.

April 19, 2001  Spider Bite incident Resident Michael Vera, diagnosed and treated in house.

April 25, 2001  General Fumigation- Solis Pest Control.

May 7, 2001  Spider Bite incident Resident Jose Ramirez, diagnosed and treated in house.

May 9, 2001  Spider Bite incident Resident Gilbert Garcia, diagnosed and treated in house.

May 14, 2001  Spider Bite incident Resident Eugenio Flores, diagnosed and treated in house.

May 18, 2001  Spider Bite incident Resident Joaquin Cantu, diagnosed and treated in house.

May 21, 2001  Spider Bite incident Resident Ryan Garza, diagnosed and treated in house.

May 22, 2001  First referral for hospitalization at Edinburg Regional Medical Center for a spider bite, Resident Joaquin Cantu.

May 23, 2001  General Fumigation by Solis Pest Control and additional spider treatment for both dorms.

02

May 24, 2001    Purchased painters caulking from Broadway Hardware to continue covering opening and crevices in dorm areas.

May 29, 2001    Resident Joaquin Cantu was released from Edinburg Regional Medical Center.

May 30, 2001    Spider Bite incident Resident David Delgado, diagnosed and treated in house.

May 30, 2001    Spider Bite incident Resident Michael Skief, diagnosed and treated in house.

May 31, 2001    Purchased additional caulking and a blade set to cover openings and crevices in dorm areas.

June 4, 2001    Spider Treatment on both dorms by Esparza Pest Control (New Vendor).

June 4, 2001    Additional caulking of plumbing areas inside and outside of dorms.

June 4, 2001    Initiated daily procedure by residents of removing linen and covers of bunk mattresses to check for spiders before going to bed.

June 4, 2001    Initiated hourly monitoring spider watch by residents from 9:00 P.M. to 5:30 A.M.(aisles, bunks and residents)

June 4, 2001    Arranged bunks and lockers away from barrack walls.

June 14, 2001    Mandatory Staff Training by Dr. Garza.  Presentation entailed recognition of lesions, preventive measures and who to report them to.  A question/answer session was held after the meeting.

June 21, 2001    Spider Treatment by Esparza Pest Control.

June 22, 2001    General Fumigation by Solis Pest Control.

June 28, 2001    Spider Bite incident Resident David Mata, diagnosed and treated in house.

June 29, 2001    Spider Bite incident Resident Fernando de la Rosa, diagnosed and treated in house.

July 2, 2001    Second referral for hospitalization at Edinburg Regional Medical Center for a Spider Bite- Resident Noe Gonzalez.

July 3, 2001    Spider Bite incident Resident David Mata, diagnosed and treated in house (2nd. time).

July 4, 2001    Spider Bite incident Resident Enrique Valdez, diagnosed and treated in house.

July 4, 2001    Spider Bite incident Resident Randy Jimenez, diagnosed and treated in house.

July 4, 2001    Spider Bite incident Resident Guadalupe Gonzalez, diagnosed and treated in house.

July 6, 2001    Spider Treatment by Esparza Pest Control on both dorms.

July 6, 2001    Contacted Hidalgo County Risk Management Office and asked them for assistance.  Spoke to Mr. Daniel Flores.  He said he would come at a later date.

July 6, 2001    Purchased additional caulking from Wal-Mart to cover opening and crevices in dorm areas.

July 8, 2001    Third Referral for hospitalization at Edinburg Regional Medical Center for a Spider Bite Resident Enrique Valdez.

July 9, 2001    Spider Bite incident Resident Sean Fox, diagnosed and treated in house.

July 9, 2001    Spider Bite incident Resident Leroy Gutierrez, diagnosed and treated in house.

July 9, 2001    Service contract signed with D-Best Pest Control for General Pest Control Services.

July 10, 2001   Spider Bite incident Resident Ricky Lee Vasquez, diagnosed and treated in house.

July 10, 2001   Spider Bite incident Resident David Mata, diagnosed and treated in house.

July 10, 2001   D-Best Pest Control  first treatment.

July 11, 2001   Resident Noe Gonzalez was released from Edinburg Regional Medical Center.

July 12, 2001   Spider Bite incident Resident Joel Cruz, diagnosed and treated in house.

July 16, 2001   Spider Bite incident Resident Randy Jimenez, diagnosed and treated in house (2nd. time).

July 16, 2001   Spider Bite incident Resident Joaquin Cantu, diagnosed and treated in house (2nd. time).

July 17, 2001   Resident Enrique Valdez was released from Edinburg Regional Medical Center.

July 18, 2001   Spider Bite incident Resident Rodolfo Castillo, diagnosed and treated in house.

July 18, 2001   Follow up visit from D-Best Pest control



July 20, 2001  Dr. Stormy Sparks , from the Texas A&M Agriculture Service, came to the Boot Camp for an on site tour of our facility. He stated that the preventive measures we had taken and the tent fumigation, using the chemical "vikane" would be very beneficial. He recommended that we forward any spiders caught at the Boot Camp to him for identification.

July 20, 2001  General fumigation by Solis Pest Control.(after this treatment, his contract was terminated).

July 24, 2001  Received fax from Dr. Sparks informing us that the spiders we had taken to him for identification purposes were sent to Texas A&M - College Station's Research Lab. He stated that the findings were not Brown Recluse Spiders or any species of normal concern. He further stated that in discussing this problem with experts on spiders, that the problem was probably not recluse spiders. The number, frequency and location of bites is highly unusual for this spider.

July 24, 2001  Spider Bite incident Resident Mario Salinas, diagnosed and treated in house.

July 24, 2001  Purchased additional caulking from McCoys.

July 25, 2001  Spider Bite incident Resident Michael Garcia, diagnosed and treated in house.

July 31, 2001  Completed Tent fumigation by Orkin Pest Control-Both Dorms.

Aug. 1, 2001  Spider Bite incident Resident Ricky Lee Vasquez, diagnosed and treated in house (2nd. time).

Aug. 1, 2001  Spider Bite incident Resident Reynaldo Ybarra, diagnosed and treated in house.

Aug. 1, 2001  Spider Bite incident Resident Joaquin Cantu, diagnosed and treated in house (3rd. time).

Aug. 1, 2001  Spider Bite incident Resident Luis Hidrogo, diagnosed and treated in house.

Aug. 2, 2001  Daniel Flores, Hidalgo County Risk Management Employee stated that we may be bringing the spiders from outside CSR Projects. He specifically stated that the San Carlos Warehouse had spider problems. We immediately stopped the CSR project at San Carlos.

Aug. 8, 2001  Pest control fumigation and Glue boards by D-Best Pest Control.

Aug. 16, 2001 Spider Treatment and Glue Boards by D-Best Pest Control.

Aug. 17, 2001 Spider Bite incident Resident Javier Gonzalez, diagnosed and treated in house.

Aug. 20, 2001 Spider Bite incident Resident Julio Sanchez, diagnosed and treated in house.

Aug. 29, 2001 Spider Bite incident Resident Joel Cruz, diagnosed and treated in house
             (2nd. time).

Aug. 29, 2001 Spider Bite incident Resident Jeremiah Gonzalez, diagnosed and treated in house.

Sept. 1, 2001  Spider Bite incident Resident Sean Fox, diagnosed and treated in house
             (2nd. time).

Sept. 3, 2001  Spider Bite incident Resident Randy Jimenez, diagnosed and treated in house
             (3rd. time).

Sept. 5, 2001  Spider Bite incident Resident Raul Solis, diagnosed and treated in house.

Sept. 5, 2001  Spider Bite incident Resident Rodolfo Mejia, diagnosed and treated in house.

Sept. 5, 2001  Spider Bite incident Resident Ricky Lee Vasquez, diagnosed and treated in house
             (3rd. time).

Sept. 5, 2001  Spider Bite incident Resident Jorge Zavala, diagnosed and treated in house.

Sept. 6, 2001  Spider Bite incident Resident Jose Ceja, diagnosed and treated in house.

Sept. 6, 2001  Spider Treatment and Glue Boards by D-Best Pest Control.

Sept. 13, 2001 Spider Bite incident Resident Felix Martinez, diagnosed and treated in house.

Sept. 17, 2001 Spider Bite incident Resident Jesus Salazar, diagnosed and treated in house.

Sept. 17, 2001 Contacted Dr. Kenneth R. Summy, Science Professor at the University of Texas
             Pan American.  Informed him of our spider problem and asked him for assistance.

Sept. 18, 2001 Spider Bite incident Resident Fernando de la Rosa, diagnosed and treated in
             house (2nd. time).

Sept. 18, 2001 Dr. Summy came to the Boot Camp and was given a tour of our facility.
             Dr. Summy recommended that we do an additional three fumigations.

Sept. 19, 2001 Meeting with Max Davis, owner of D-Best Pest Control, reference spiders.

Sept. 21, 2001  Meeting with Max Davis, owner of D-Best Pest Control, reference spiders.



Sept. 26, 2001 Spider Bite incident Resident Isidro Martinez, diagnosed and treated in-house.

Sept. 26, 2001 Spider Bite incident Resident J se Bazan, diagnosed and treated in house.

Oct. 1, 2001    Spider Bite incident Resident Steven Trevino, diagnosed and treated in house.

Oct. 4, 2001    Spider Bite incident Resident Cipriano Olivarez, diagnosed and treated in house.

Oct. 10, 2001   Tent Fumigation- Alpha Dorm by Orkin Pest Control.

Oct. 12, 2001   Met with Omar Garza, Boot Camp Doctor, Dr. Kenneth Summy, Science
                Professor University of Texas Pan American, Max Davis, owner of D-Best Pest
                Control and Esteban Trevino, Orkin Representative for a conference on all steps
                taken up to now for spider control.

Oct. 13, 2001   Dormitory air condition ducts cleaned by Coit Services Company.

Oct. 15, 2001   Spider Bite incident Resident Jose Gonzalez, diagnosed and treated in house.

Oct. 15, 2001   Spider Bite incident Resident Ruben Martinez, diagnosed and treated in house.

Oct. 15, 2001   Spider Bite incident Resident Aaron Marquez, diagnosed and treated in house.

Oct. 17, 2001   On this date, I in the presence of Dr. Omar Garza called Dr. Rick Vetter,
                Department of Entomology, University of California at Riverside. The purpose of
                this call was to ask Dr. Vetter for help in reference to our spider problem and an
                article he had written, entitled the "Myth of the Brown Recluse." Dr. Vetter stated
                that he was not familiar with our geographical area and that unless we had found a
                brown recluse spider, he was ruling out the brown recluse spider as being the
                the source of our problems. When Dr. Vetter asked "Why do you think these
                incidents are spider bites?" Dr. Garza informed Dr. Vetter that the wounds or bites
                were consistent with those of a brown recluse spider bite and that he was treating
                the same problem at the Segovia State Prison facility, and at Evin's Juvenile
                Detention Center. Dr. Vetter replied that he was not a medical doctor, yet,
                he was not convinced that the problem was brown recluse spiders.

Oct. 22, 2001   Tent Fumigation- Bravo Dorm by Orkin Pest Control.

Oct. 22, 2001   Spider Bite incident Resident Jeremiah Gonzalez, diagnosed and treated in house
                (2nd. time).
Oct. 24, 2001   Spider Treatment and Glue Boards by D-Best Pest Control.

Oct. 29, 2001   Spider Bite incident Resident Juan Lopez, diagnosed and treated in house.



Oct. 29, 2001  Spider Bite incident Resident Felix Martinez, diagnosed and treated in house (2nd. time).

Oct. 31, 2001  Spider Bite incident Resident Aaron Marquez, diagnosed and treated in house (3rd. time).

Nov. 09, 2001  Tent Fumigation--Alpha Dorm by Orkin Pest Control.

Nov. 12, 2001  Tent Fumigation--Bravo Dorm by Orkin Pest Control.

Nov. 30, 2001  Spider Treatment and Glue Boards by D-Best Pest Control.

Dec. 11, 2001  Spider Bite incident Resident Aaron Marquez, diagnosed and treated in house (2nd. time).

Dec. 21, 2001  Spider Bite incident Resident Samuel Mcleod, diagnosed and treated in house.

Dec. 26, 2001  Spider Bite incident Resident Joe Mican, diagnosed and treated in house.

Dec. 26, 2001  Spider Treatment and Glue Boards by the D-Best Pest Control.

Dec. 30, 2001  Spider Bite incident Resident Jorge Suarez, diagnosed and treated in house.

Jan. 7, 2002   New pest control after treatment vendor-Orkin Pest Control, twice per month.

Jan. 9, 2001   Spider Treatment and Glue Boards by Orkin Pest Control.

Jan. 12, 2002  Spider Bite incident Resident Artemio Castañeda, diagnosed and treated in house.

Jan. 12, 2002  Spider Treatment and Glue Boards by Orkin Pest Control.

Jan. 14, 2002  Tent Fumigation for Bravo Dorm postponed by Orkin, rescheduled for January 15, 2002.

Jan. 14, 2002  Spider Bite incident Resident Rico Garza, diagnosed and treated in house.

Jan. 15, 2002  Tent Fumigation postponed by Orkin Pest Control for 2nd time, rescheduled for January 21, 2002.

Jan. 16, 2002  Spider Bite incident Resident Carlos Guerra, diagnosed and treated in house.

Jan. 16, 2002  Spider Bite incident Resident Eric Iglesias, diagnosed and treated in house.

Jan. 17, 2002  Mattress fogging- Bravo Dorm by Orkin Pest Control.

Jan. 21, 2002   Tent Fumigation postponed by Orkin Pest Control for 3rd time, rescheduled for January 22, 2002.

Jan. 23, 200⁀   Tent Fumigation Bravo Dorm by Orkin Pest Control. ..

Jan. 23, 2002   Spider Bite incident Resident Charlie Perez, diagnosed and treated in house.

Jan. 25, 2002   Spider Bite incident Resident Samuel Mcleod, diagnosed and treated in house (2nd. time).

Jan. 26, 2002   Fourth Referral for hospitalization at Edinburg Regional Medical Center Resident Charlie Perez.

Jan. 28, 2002   Spider Bite incident Resident Aaron Marquez, diagnosed and treated in house (4th. time).

Jan. 30, 2002   Mattress fogging - Alpha Dorm by Orkin Pest Control- 2nd time.

Jan. 31, 2002   Tent Fumigation of Alpha Dorm by Orkin Pest Control was postponed.

Feb. 1, 2002   Resident Charlie Perez released from Edinburg Medical Center.

Feb. 4, 2002   Contacted Texas Department of Health, Harlingen Office and obtained the number for the Austin office of the Texas Department of Health.

Feb. 4, 2002   Spider Bite incident Resident Nathan Hyer, diagnosed and treated in house.

Feb. 4, 2002   Spider Bite incident Resident Otoniel Tanguma, diagnosed and treated in house.

Feb. 5, 2002   Contacted Texas Department of Health, Austin Office.  Left word for Mr. Roy G. Burton, Vector Control Entomologist to give me a call.

Feb. 6, 2002   Mr. Burton, Texas Department of Health, Austin Texas, returned my call and I apprised him of our problem.  He informed me that he was going to talk to his supervisor and see if he could come down to our facility.

Feb. 6, 2002   Spider Treatment and Glue Boards by Orkin Pest Control.

Feb. 11, 2002   Spider Bite incident Resident Juan Lopez, diagnosed and treated in house (2nd. time).

Feb. 13, 2002   Tent Fumigation Alpha Dorm by Orkin Pest Control.

O9

Feb. 13, 2002 Spider Bite incident Resident Artemio Castañeda, diagnosed and treated in house (2nd. time).

Feb. 14, 2002 Spider Treatment and Glue Boards by Orkin Pest Control.

Feb. 20, 2002 Spider Treatment and Glue Boards by Orkin Pest Control.

Feb. 27, 2002 Spider Bite incident Resident Luis Ramirez, diagnosed and treated in house.

Feb. 28, 2002 Spider Bite incident Resident Otoniel Tanguma, diagnosed and treated in house (2nd. time).

March 5, 2002 Purchased new plastic mattress covers for existing bunk mattresses.

March 6, 2002 Spider Treatment and Glue Boards by Orkin Pest Control.

March 14, 2002 On this date, Mr. Roy G. Burton, Vector Control Entomologist, Alberto J. Garcia, and Roy Tijerina, employees of the Texas Department of Health, toured our facility. Mr. Burton suggested that we put glue boards on the coil springs of the bunk beds and in the supply storage area. He further stated that he would get back to us and provide additional information. He felt that we had taken adequate preventive measures.

March 20, 2002 Met with Charlie Montgomery, Hidalgo County Risk Management Director and informed her about our continued problem at the Boot Camp. She suggested that we disinfect the bathrooms and showers with bleach and water.

March 20, 2002 Spider Bite incident Resident Stephen Sevilla, diagnosed and treated in house.

March 20, 2002 Spider Treatment and Glue Boards by Orkin Pest Control.

March 21, 2002 Initiated disinfecting bathrooms and showers with bleach and water.

March 22, 2002 Bought special disinfectant to treat showers and bathroom areas as per Ms. Montgomery. She thinks that our problem is Staphylococcus Aureus.

March 25, 2002 Fifth Referral for hospitalization at Edinburg Regional Center Resident Stephen Sevilla.

March 25, 2002 Ms. Charlie Montgomery faxed me information on Methicillin-resistant Staphylococcus Aureus (MRSA). MRSA is a germ that can cause Staph infection.

March 25, 2002 Spider Bite incident Resident David Hernandez, diagnosed and treated in house.

March 25, 2002   Held battalion formation and informed all residents and staff about MRSA.

March 26, 2002   Spider Bite incident Resident Noe Basquez, diagnosed and treated in house.

March 27, 2002   Spider Bite incident Resident Juan Jose Ramirez, diagnosed and treated in house.

March 27, 2002   As per Dr. Omar Garza we isolated all residents that were being treated for Staph infection.

March 28, 2002   Telephone Conversation with Dr. Jelinek, Contagious Disease Specialist, who is treating Resident Stephen Sevilla for Staphylococcus Aureus. He stated that he was not completely ruling out spider bites, but that all cases referred to him by the hospital were being treated as having Staph infection. Dr. Jelinek further suggested that we continue with our preventive measures of isolation and disinfecting. Dr. Jelinek also recommended that we screen everybody for Staph Infection by getting a nasal culture test for all residents and staff.

April 1, 2002    Ms. Charlie Montgomery, Hidalgo County Risk Management Director, informed me that she was going to contact a medical lab for a price quote for nasal culture testing for everybody at the Boot Camp.

April 2, 2002    Spider Bite incident Resident Robert Hanover, diagnosed and treated in house.

April 3, 2002    Spider Treatment and Glue Boards by Orkin Pest Control.

April 3, 2002    Resident Stephen Sevilla released from Edinburg Regional Medical Center.

April 4, 2002    Started use of anti-bacterial soap by residents on a daily basis before/after morning, afternoon and evening meals.

April 8, 2002    Spider Bite incident Resident Todd Peikert, diagnosed and treated in house.

April 12, 2002   Telephone conversation with Dr. Laura E. Robinson, Texas Department of Health, informing me that she, along with some staff from the Harlingen Office of the Texas Department of Health would be at the Boot Camp at 9:30 A.M. on April 19, 2002. Purpose of their visit would be to draw blood from those residents that are being treated for lesions or spider bites. She further stated that the cause could be bed mites.

April 14, 2002   Spider Bite incident Resident David Hernandez, diagnosed and treated in house.

April 17, 2002   Spider Treatment by Orkin Pest Control.

April 17, 2002   Spider Bite incident Resident Andres Garcia, diagnosed and treated in house.

*11*

April 18, 2002   Mr. Joe Lopez, Executive Director for the Hidalgo CSCD and myself met with District Judge Noe Gonzalez, overseer of The Hidalgo County Community Supervision and Corrections Department, to discuss the resident population afflicted with lesions, spider bites or MRSA. We recommended to Judge Gonzalez that he give us permission to release 1st Platoon residents early and to postpone the entry of the incoming platoon scheduled to come in on April 22 until a later date.   The 1st Platoon had been scheduled to graduate on May 31, 2002. This will give us the opportunity to culture test all staff and residents for MRSA and identify those who are positive or negative.  Those testing positive would be isolated and treated until medically cleared by the Boot Camp Doctor. It will also give us time to take appropriate steps to stop the spread of MRSA by conducting a thorough disinfecting procedure of dorm areas. New policies and procedures will also be implemented to screen all incoming Boot Camp residents for MRSA. We will also contact the Texas Department of Health and request additional help and information on what other steps we can take to stop the spread of MRSA.

April 18, 2002   Mr. Joe Lopez, Frank Luevano, Boot Camp Nurse and myself took Resident Steven Sevilla to Dr. Jelinek for Resident Sevilla's follow-up visit and to inform him on steps we planned to take at the Boot Camp.  Dr. Jelinek agreed with our action plan and that both staff and residents should take the nasal culture test for MRSA(methicillin-resistant staphylococcus aureus).  Dr. Jelenik further stated that this staph infection was very prevalent in the community.

April 19, 2002   Dr. Laura Robinson, Texas Department of Health, Austin Texas and two nurses from the Harlingen Office of the Department of Health met with me at the Boot Camp.  During this meeting I gave Dr. Robinson information on the number of residents that have been medically treated, the number that have been hospitalized, the number in isolation and the steps we have taken to address this problem. After the meeting Dr. Robinson and the assisting nurses drew blood samples from the five residents that were in isolation.

April 19, 2002   All staff and residents underwent a nasal swab culture for MRSA and swabs were forwarded to Microbiology Specialty Lab, McAllen, Texas.

**April 22, 2002   Received culture test results from Microbiology Specialty Lab resulting in all staff being negative and four residents positive for MRSA.**

April 22, 2002   Spider Bite Incident- Isaac Gonzalez, diagnosed and treated in house.

April 29, 2002   Initiated process of releasing those residents that tested negative for MRSA.

May 2, 2002   Board of Judges approved the new policy of having all incoming residents tested for MRSA before entering the Boot Camp.

*12*

May 3, 2002    Released Resident Andres Garcia who had tested positive for MRSA after being medically cleared by Boot Camp Dr. Omar Garza.

May 7, 2002    Released Residents Noe Basquez, Robert Hanover and Issac Gonzalez who had had tested positive for MRSA after being medically cleared by Boot Camp Dr. Omar Garza.

May 28, 202    All Boot Camp Staff attended 4 hours of HIV/AIDS and Hepatitis Training.

May 29, 2002    All Boot Camp Staff attended 2 hours of MRSA Training and Tuberculosis Infection Control.

May 29, 2002    Contacted Dr. Robinson, of the Harlingen Office of the Texas State Department of Health to come and conduct an inspection of our facility.

June 14, 2002    Meeting with Mr. Joe Lopez, Dr. Omar Garza, Boot Camp Doctor, Frank Luevano, Boot Camp Nurse, Charlie Montgomery, Hidalgo County Risk Management Director and Ms. Carmen Velarde, Infectious Disease Control Nurse, Edinburg Regional Hospital. At this meeting we reviewed all the steps that we had taken to control the spread of MRSA. It was agreed by Dr. Omar Garza, Ms. Carmen Velarde, and Mrs. Charlie Montgomery that we could start accepting new residents into the Boot Camp

13

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| *NOE GONZALEZ,*<br>**Plaintiff,** | § | |
| | § | |
| | § | |
| *v.* | § | **Civil Action No. B-02-194** |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

## SUMMARY JUDGMENT EVIDENCE

Exhibit D-6:
Affidavit of Kirk Long, Director of Residential Services for the Texas Department of Criminal
Justice Community Justice Assistance Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| Plaintiff, | § | |
| | § | |
| *v.* | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| Defendants. | § | |

**AFFIDAVIT OF KIRK LONG**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, personally appeared Kirk Long who, being by me duly sworn, deposed as follows:

My name is Krik Long. I am over twenty-one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am currently employed as the Director of Residential Services for the Texas Department of Criminal Justice Community Justice Assistance Division (TDCJ-CJAD). I have worked for TDCJ-CJAD since January 2, 1994. I also worked in the residential facility operated by the Bastrop County Community Supervision and Corrections Department from 1988 through 1993.

In general, TDCJ-CJAD determines the core services community supervision and corrections departments (CSCDs) will provide. The division develops minimum standards for the departments' programs, facilities and equipment and develops methods for measuring the success of the programs. The division tracks the performance of CSCDs, monitors and reviews their budgets, offers technical

help and training, and awards special state grants.

TDCJ-CJAD distributes State funds to CSCDs. The funds are allotted to departments annually by the Texas Legislature and provide about 65 percent of their operating budgets. Departments received about $224M in fiscal year (FY) 2002 and again in FY 2003. Additionally, they receive funds by collecting court-ordered fees from offenders, and through support of their local governments, they have office space, equipment and other operational necessaries.

The Residential Unit develops standards (found at Texas Administrative Code §163.39) and monitors residential facilities operated by CSCDs throughout the State of Texas. Residential facilities allow judges to save prison beds for violent felons while giving other offenders the treatment or sanction that will serve them and society best. The facilities include restitution centers, court residential treatment centers, intermediate sanctions facilities, substance abuse treatment facilities and boot camps. The unit consults with the planning staff during the review of the residential program proposals.

Boot camps are highly structured residential punishment programs modeled after military basic training. They target young, first-time offenders and emphasize physical exercise, strict supervision and discipline. They also offer education and life skills training and require offenders to make restitution to their victims and society. Boot camps also may also offer substance abuse education.

I am familiar with the Judge Homer Salinas Rehabilitation Center Boot Camp operated by the Hidalgo County CSCD. I have carefully reviewed the chronology prepared by the Boot Camp's Director, Mr. J.C. Gomez. In my opinion, the actions taken by Mr. Gomez and the staff of the Boot Camp to address the problem of suspected spiders in the facility were reasonable, met TDCJ-CJAD

standards, and complied American Corrections Association standards.

IN WITNESS WHEREOF, I have hereto set my hand this 26th day of March, 2003.

KIRK LONG

## CERTIFICATION

BEFORE ME, _____, on this 26th day of March, 2003, personally appeared Kirk Long, known to me (or proved to me on the oath of State ID) to be the person whose name is subscribed to the foregoing instrument and he/she has acknowledged to me that he executed the same for the purpose and the consideration therein expressed.

GIVEN under my hand and seal of office this 26th day of March, 2003.

GLORIA A. CHANDLER
Notary Public, State of Texas
My Commission Expires
FEBRUARY 15, 2006

SIGNATURE OF NOTARY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. B-02-194** |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

## SUMMARY JUDGMENT EVIDENCE

Exhibit D-7:
Affidavit of J.C. Gomez concerning Grievances

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALES,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

STATE OF TEXAS

COUNTY OF HIDALGO

## AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared J.C. Gomez, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. My name is J.C. Gomez. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct. I am a defendant in this lawsuit.

2. I am the Director and custodian of the grievance records of the Judge Homer Salinas Rehabilitation Center (Center) operated by the Hidalgo County Community Supervision and Corrections Department.

3. Residents at the Center are advised when they enter the facility at intake that they will be treated fairly and equally. They are told that any resident who feels that he has been treated unfairly or has been discriminated against for any reason may file a grievance. According to our policy, documentation concerning grievances must be kept on file at the center.

4. These grievance records are kept by the Center in the regular course of business, and it is the regular course of business for an employee or representative of the Center to file grievances made by residents.

5. I have reviewed the grievance files for the Judge Homer Salinas Rehabilitation Center and have noted that Resident Noe Gonzales, a resident at the Center in June and July of 2001 and the plaintiff in this lawsuit, did not file a grievance during his stay at the Center.

IN WITNESS WHEREOF, I have hereto set my hand this __7__ day of February, 2003.

SIGNATURE

## CERTIFICATION

BEFORE ME, _Melissa R. Garza_ on this __7th__ day of February, 2003, personally appeared J.C. Gomez, known to me (or proved to me on the oath of State ID) to be the person whose name is subscribed to the foregoing instrument and he/she has acknowledged to me that he executed the same for the purpose and the consideration therein expressed.

GIVEN under my hand and seal of office this __7th__ day of February, 2003.

SIGNATURE OF NOTARY

> MELISSA R. GARZA
> Notary Public, State of Texas
> My Commission Expires
> May 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALEZ,* | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| Defendants. | § | |

**SUMMARY JUDGMENT EVIDENCE**

Exhibit D-8:
Resident Rights

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *NOE GONZALES,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | Civil Action No. B-02-194 |
| | § | |
| *HIDALGO COUNTY, TEXAS, ROBERT* | § | |
| *LIZCANO, MICHAEL WILSON, JOE* | § | |
| *E. LOPEZ, SGT ALEX RAMIREZ, AND* | § | |
| *J.C. GOMEZ,* | § | |
| **Defendants.** | § | |

STATE OF TEXAS

COUNTY OF HIDALGO

### AFFIDAVIT OF J.C. GOMEZ

Before me, the undersigned notary, on this day, personally appeared J.C. Gomez, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. My name is J.C. Gomez. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct. I am a defendant in this lawsuit.

2. I am the Director of the Judge Homer Salinas Rehabilitation Center Boot Camp operated by the Hidalgo County Community Supervision and Corrections Department.

3. Attached is a copy of the Boot Camp's one-page policy concerning Resident's Rights that was in effect during 2001. This policy contains the grievance procedures for the Boot Camp.

IN WITNESS WHEREOF, I have hereto set my hand this 25th day of April, 2003.

<div align="center">

_J. C_____

SIGNATURE
</div>

<div align="center">

**CERTIFICATION**
</div>

BEFORE ME, _Melissa R Garza_, on this 25th day of April, 2003, personally appeared J.C. Gomez, known to me (or proved to me on the oath of State ID) to be the person whose name is subscribed to the foregoing instrument and he/she has acknowledged to me that he executed the same for the purpose and the consideration therein expressed.

GIVEN under my hand and seal of office this 25th day of April, 2003.

<div>

MELISSA R. GARZA
Notary Public, State of Texas
My Commission Expires
May 27, 2006
</div>

SIGNATURE OF NOTARY

<div align="center">

2
</div>

## RESIDENT'S RIGHTS

The Boot Camp staff will make every effort to avoid the elements of discrimination which can affect service delivery to the residents. Specifically the types of conduct which would constitute discrimination are those based on race, color, national origin, religion, age, handicap, or political belief. We understand cross cultural aspects of our residents, to include attitudes and feelings evoked by different racial/cultural values and the need for sensitivity to these and their impact on client services.

All residents who are received at the Boot Camp are informed at intake that they will all be treated fairly and equally. Positive behavior will be rewarded with equal privileges and infractions of the rules will carry sanctions which apply to all.

Any resident who feels that he has been treated unfairly or has been discriminated against for any reason may file a grievance by utilizing the following steps:

1. The resident will discuss his grievance with his sergeant and if it is not resolved, the sergeant will assist the resident in putting his grievance in writing.
2. The written grievance will be submitted to the Duty Officer.
3. The Duty Officer will meet with the resident and his sergeant and will attempt to resolve the issue.
4. If no resolution is agreed on, the Duty Officer will submit the written grievance along with a written summary of the meeting with the resident to the Boot Camp Director.
5. The Boot Camp Director will review the information and meet with the resident, his Sergeant, and the Duty Officer will provide guidance to the resident so his grievance can be heard by the Department Director where a final decision will be made.

Documentation will be made and kept on file on any grievance or action taken on any grievance which has been filed by a resident.

All residents are informed of their rights by the Duty Officer at the time of intake. This is done in either English or Spanish, whichever language the resident understands the best. Some of those rights which are explained in detail are as follows:

1. You have the right to expect that as a human being you will be treated respectfully, impartially, and fairly by all staff members.
2. You have the right to be informed of the rules, schedules, and procedures concerning the operations of the Boot Camp.
3. You have the right to freedom of religious affiliation and voluntary religious worship.