United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE GONZALEZ, | § | |
| | § | |
| *Plaintiff,* | § | C. A. NO.B-02-194 |
| | § | |
| vs. | § | |
| | § | |
| ROBERT LIZCANO, MICHAEL | § | |
| WILSON, JOE E. LOPEZ, | § | |
| ALEX. RAMIREZ and J.C. GOMEZ | § | |
| | § | |
| *Defendants.* | § | JURY DEMAND |

ORDER

Pending before the Court is the plaintiff, NOE GONZALEZ' motion for leave to file plaintiff's first amended original complaint. The Court hereby grants plaintiff's motion and orders that plaintiff's first amended original complaint be and it is hereby permitted to be filed with the papers in this cause.

DONE at Brownsville, Texas on this __1__ day of __August__, 2003.

_____
HILDA TAGLE
United States District Judge