United States Courts
Southern District of Texas
FILED

SEP 30 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE GONZALEZ, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | C. A. NO. B-02-194 |
| | § | |
| ROBERT LIZCANO, MICHAEL | § | |
| WILSON, JOE E. LOPEZ, | § | |
| SGT. ALEX RAMIREZ and J.C. GOMEZ | § | |
| *Defendants.* | § | JURY DEMAND |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO:   Defendant, ROBERT LIZCANO, MICHAEL WILSON, JOE E. LOPEZ, SGT. ALEX RAMIREZ and J.C. GOMEZ., by and through its attorney of record: John M. Orton, Assistant Attorney General, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548.

NOW COMES plaintiff, and in compliance with the Order entered by the Court in this cause, and Rule 26(a)(2)(B) of the Fed.R Civ.P., designate the following as persons who may be called as expert witnesses in this case:

1.   Frank W. Schroeder, DO
     6900 N. 10th Suite 4
     McAllen, Texas 78504
     Dr. Schroeder has not been retained by plaintiff.
     Medical records containing Dr. Schroeder's reports have previously been produced in initial disclosure documents bate no. 01-0475-00068 to 00297.

2.   Dr. Socrates Garrigos
     Dr. Jesus Valdes
     Dr. Maria L. Romero
     Dr. Frank Schroeder
     Edinburg Regional Medical Center
     1102 West Trenton Road
     Edinburg, Texas 78539
     Medical records containing the aforementioned doctors reports have previously been produced in initial disclosure documents bate no. 01-0475-00068 to 00297.

3.  Abraham Moss
    MOSS LAW OFFICE
    5350 S. Staples, Suite 209
    Corpus Christi. Texas 78411
    (361)992-8999        Telephone
    (361)992-8373        Telecopier

Mr. Moss is the attorney in charge of the case. He will testify regarding reasonable attorneys fees incurred in this case. He will testify that he has practiced law in excess of 25 years; has experience in defense and plaintiffs' tort and consumer cases; and that $250.00 per hour is reasonable considering the issues in the case, its complexity and his experience.

Respectfully submitted,

MOSS LAW OFFICE
5350 S. Staples, Suite 209
Corpus Christi, Texas  78411
(361) 992-8999 Telephone
(361) 992-8373 Telecopier

By: _____
Abraham Moss
State Bar No. 14581700
Fed Bar No. 364

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to wit:

| | |
|---|---|
| John M. Orton<br>Assistant Attorney General<br>Law Enforcement Defense Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | **Telecopied**: # 512-495-9139; *and*<br>**CM RRR**: # 7002 0860 0004 9313 5587 |

by certified mail, return receipt requested pursuant to Rule 5, Fed. R. Civ. Pro., and as otherwise indicated, on this the 30th day of September, 2003.

_____
Abraham Moss