IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOE GONZALEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-02-194 |
| | § | |
| HIDALGO COUNTY, TEXAS, ROBERT | § | |
| LIZCANO, MICHAEL WILSON, JOE | § | |
| E. LOPEZ, SGT ALEX RAMIREZ, AND | § | |
| J.C. GOMEZ, | § | |
| Defendants. | § | |

## PROPOSED AMENDMENTS TO THE SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, and the Order of this Court dated March 11, 2004, the parties propose the following amendments to the scheduling deadlines in the above numbered and styled cause:

1. There are no motions currently pending before the court. Additional dispositive motions shall be filed no later than June 5, 2004.

2. A timely jury demand has been made. This case shall be ready for trial on or after September 5, 2004. The parties estimate it will take approximately 24 hours to present the evidence in this case.

Respectfully submitted,

MOSS LAW OFFICE
5350 S. Staples, Suite 209
Corpus Christi, Texas 78411
(361) 992-8999 Telephone
(361) 993-8373 Telecopier

By: _____
Abraham Moss
State Bar No. 14581700
Fed Bar No. 364

**ATTORNEY FOR PLAINTIFF**

GREG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Chief, Law Enforcement Defense Division

By: *John M. Orton* w/ permission
JOHN M. ORTON
Assistant Attorney General
Law Enforcement Defense Division
Attorney in Charge
State Bar No. 00792038
Federal Bar No. 29115

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax No. (512) 495-9139
E-mail: john.orton@oag.state.tx.us

**ATTORNEYS FOR DEFENDANTS
LOPEZ, LIZCANO, WILSON,
RAMIREZ, AND GOMEZ**