25

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

NOE GONZALEZ §

vs. § Civil Action No. B- 02-194

HIDALGO COUNTY, TEXAS, ROBERT §
LIZCANO, MICHAEL WILSON, JOE
E. LOPEZ, SGT ALEX RAMIREZ, AND
J.C. GOMEZ

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3-4__ days.   ☐ Bench   ■ Jury

2. Discovery must be completed by:   **May 28, 2004**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

3. Dispositive Motions will be filed by:   **July 6, 2004**

4. Joint pretrial order is due:   **September 20, 2004**

5. Docket Call and final pretrial conference is set for 1:30 p.m. on:   **October 5, 2004**

6. Jury Selection is set for 9:00 a.m. on:   **October 7, 2004**
   *(The case will remain on standby until tried)*

Signed _May 7_, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge