UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

NOE GONZALEZ §
 §
versus §   CIVIL ACTION B-02-194
 §
HIDALGO COUNTY, TEXAS, §
ROBERT LIZCANO, MICHAEL WILSON,
JOE E. LOPEZ, SGT. ALEX RAMIREZ
AND J.C. GOMEZ

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### Amended Order Setting Docket Call and Jury Selection

1. Docket call and final pretrial conference
   has been moved-up to 1:30 p.m. on:              **9/22/2004**

2. Jury selection is set for 9:00 a.m. on:         **10/4/2004**
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed ____July 12____, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge