IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 1 3 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOE GONZALEZ, | § |
| *Plaintiff,* | § § C. A. NO.B-02-194 |
| vs. | § § |
| ROBERT LIZCANO, MICHAEL WILSON, JOE E. LOPEZ, ALEX. RAMIREZ and J.C. GOMEZ | § § § § |
| *Defendants.* | § § |

## JOINT MOTION TO DISMISS WITH PREJUDICE AND FOR ENTRY OF AGREED FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff and defendants file this motion to dismiss with prejudice pursuant to Rule 41(a)(2) and 56, Fed. R. Civ. P. and for entry of an agreed final judgment, respectfully showing as follows:

1. There is pending before the Court a motion for summary judgment filed by the defendant on or about April 15, 2004. Plaintiff requests the Court to dismiss, with prejudice, all claims pending before the Court contained in defendant's motion as well as any thus far not fully disposed of.

2. The parties agree that the Order of April 15, 2004, granting defendant's motion for summary judgment, should be made final.

3. For the foregoing reasons, the parties ask the Court to dismiss with prejudice all claims pending against defendant, and enter the attached Final Judgment.

WHEREFORE, plaintiff and defendant request that this motion be granted; that all pending claims of the plaintiff be dismissed with prejudice, and such other and further relief to which the parties may show themselves justly entitled.

        Respectfully submitted,

        MOSS LAW OFFICE
        5350 S. Staples, Suite 209
        Corpus Christi, Texas 78411
        (361) 992-8999 Telephone
        (361) 992-8373 Telecopier

By: _____
        Abraham Moss
        State Bar No. 14581700
        Fed Bar No. 364

ATTORNEYS FOR PLAINTIFF

WHEREFORE, plaintiff and defendant request that this motion be granted; that all pending claims of the plaintiff be dismissed with prejudice, and such other and further relief to which the parties may show themselves justly entitled.

Respectfully submitted,

MOSS LAW OFFICE
5350 S. Staples, Suite 209
Corpus Christi, Texas 78411
(361) 992-8999 Telephone
(361) 992-8373 Telecopier

By: _____
Abraham Moss
State Bar No. 14581700
Fed Bar No. 364

ATTORNEYS FOR PLAINTIFF

Greg Abbott
Attorney General of Texas

Barry R. McBee
First Assistant Attorney General

Edward D. Burbach
Deputy Attorney General for Litigation

David A. Talbot, Jr.
Assistant Attorney General
Chief, Law Enforcement Defense

By: _____
John M. Orton
Assistant Attorney General
Law Enforcement Defense Division
Attorney in Charge
State Bar No. 00792038
Fed Bar No. 29115

ATTORNEYS FOR DEFENDANTS