IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE GONZALEZ, | § | JURY DEMAND |
| | § | |
| *Plaintiff,* | § | C. A. NO.B-02-194 |
| | § | |
| vs. | § | |
| | § | |
| HIDALGO COUNTY, TEXAS, ROBERT LIZCANO, MICHAEL WILSON, JOE E. LOPEZ, SGT. RAMIREZ and J.C. GOMEZ | § | |
| | § | |
| *Defendants.* | § | JURY DEMAND |

## ORDER

Pending before the Court is Plaintiff and Defendant's motion to dismiss with prejudice and for entry of agreed final judgment, and the Court having considered said motion, orders that Defendants, JOE E. LOPEZ, ROBERT LIZCANO, MICHAEL WILSON, SGT. RAMIREZ and J.C. GOMEZ be and they are hereby dismissed with prejudice and that the Court's order granting defendant's second motion for summary judgment on April 15, 2004 is made final.

DONE at Brownsville, Texas this _____ day of _____, 2004.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE