IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOE GONZALEZ | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION B-02-194 |
| HIDALGO COUNTY, TEXAS, ROBERT LIZCANO, MICHAEL WILSON, JOE EL LOPEZ, SGT. RAMIREZ, AND J.C. GOMEZ | | |
| Defendants. | | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on September 21, 2004, the Court, having granted summary judgment in favor of the individual Defendants on April 14, 2004, and being now apprised that all remaining claims against them have been resolved and dismissed with prejudice, the Court enters final judgment in favor of the individual Defendants based on its April 14, 2004, summary judgment order, and pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 21st day of September 2004.

Hilda G. Tagle
United States District Judge