IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOE GONZALEZ, | § | JURY DEMAND |
| | § | |
| *Plaintiff,* | § | C. A. NO.B-02-194 |
| | § | |
| vs. | § | |
| | § | |
| HIDALGO COUNTY, TEXAS, ROBERT | § | |
| LIZCANO, MICHAEL WILSON, JOE E. | § | |
| LOPEZ, SGT. RAMIREZ and J.C. GOMEZ | § | |
| | § | |
| *Defendants.* | § | JURY DEMAND |

ORDER

Pending before the Court is Plaintiff and Defendant's motion to dismiss with prejudice and for entry of agreed final judgment, and the Court having considered said motion, orders that Defendants, JOE E. LOPEZ, ROBERT LIZCANO, MICHAEL WILSON, SGT. RAMIREZ and J.C. GOMEZ be and they are hereby dismissed with prejudice and that the Court's order granting defendant's second motion for summary judgment on April 15, 2004 is made final.

DONE at Brownsville, Texas this 21 day of September, 2004.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE